UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAVE THE GARDEN, BROOKS GIBBS,
KELLY MYER, JESSICA ANDUJAR,
TONATIUH TELLO, JILL GIBBS,
WILLIAM MATHIS, and JANICE BASLER,

      Plaintiffs,                                    Case No. _____
v.

CITY OF CLEARWATER,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, the City of Clearwater ("City"), removes the state court action styled *Save the Garden et al v. City of Clearwater,* Case No. 26-003144-CI, from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida ("State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division, under 28 U.S.C. §§ 1331, 1441, and 1446.

1.    Plaintiffs filed their two-count complaint in the State Court Action on May 22, 2026. Court I is a claim for declaratory judgment under Florida law. Count II is a claim under 42 U.S.C. § 1983 based on an alleged violation of the First Amendment to the United States Constitution.

2.      The City first received a copy of the complaint via email on May 22, 2026, and was served with process on June 1, 2026. Thus, this notice is timely filed under 28 U.S.C. § 1446(b).

3.      Copies of the docket and all documents filed in the State Court Action are attached as exhibits to this notice, as required by 28 U.S.C. § 1446(a) and Local Rule 1.06(b).

4.      Pursuant to 28 U.S.C. § 1446(d), a notice of filing this notice of removal (together with a copy of the notice of removal) will be filed with the Clerk of Court in the State Court Action and a copy will be served on Plaintiffs on the same date as this notice of removal.

5.      Venue is proper in the Middle District of Florida, Tampa Division, under 28 U.S.C. § 1441(a) and 1446(a), because it is the federal judicial district and division embracing the place where the state court action was pending, Pinellas County, Florida,

6.      This action is removable to federal court pursuant to 28 U.S.C. § 1441(a) because it could have been originally filed in this Court.

7.      The Court has original jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) over the § 1983 claim in Count II because it is a federal claim arising under a federal statute and the federal constitution.

8.      The state law claim joined in the complaint as Count I arises out of the same operative facts and is part of the same case and controversy as the federal claim in Count II.  More particularly, Counts I and II are both based on the same alleged action taken by the City with regard to Plaintiffs' initiative petition. If this case had been initially filed in this Court, this Court would have had supplemental jurisdiction over the state law claim. 28 U.S.C. § 1367(a).

9.      The City is not required to obtain consent of any other defendant because the City is the only defendant in this case.

10.     For the foregoing reasons, the entire action is removable under 28 U.S.C. § 1441, and the City has complied with all requirements to remove the case to this Court.

*s/Elizabeth Neiberger*
Elizabeth W. Neiberger
FL Bar No. 70102
BRYANT MILLER OLIVE P.A.
One S.E. Third Avenue, Suite 2200
Miami, FL  33131
(305) 374-7349 (Tel)
(305) 374-0895 (Fax)
eneiberger@bmolaw.com
akilpatrick@bmolaw.com
*Lead Counsel for Defendant, City of
Clearwater*

Jamie A. Kilpatrick
FL Bar No. 103267
BRYANT MILLER OLIVE P.A.
400 North Tampa Street, Suite 1600
Tampa, FL 33602

(813) 273-6677 (Tel)
(813) 223-2705 (Fax)
jkilpatrick@bmolaw.com
smcgee@bmolaw.com

*Attorneys for Defendant, City of Clearwater*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2026, this document was filed electronically with the clerk of the court by using the CM/ECF system, and a true and correct copy was served by email on the parties identified on the Service List below.

s/Elizabeth W. Neiberger
Elizabeth W. Neiberger

**Service List**

Nicholas L.V. Warren, Esq.
Daniel B. Tilley, Esq.
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
nwarren@aclufl.org
dtilley@aclufl.org

*Attorneys for Plaintiffs*

4