
KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
PINELLAS COUNTY, FLORIDA

**Pinellas County Clerk of the Circuit Court**
Public Records Case Details

Case Number: **26-003144-CI**

## Case Information

| Case Type | CONSTITUTIONAL CHALLENGE - STATUTE OR ORDINANCE |
|---|---|
| Court | Section 15 |
| UCN | 522026CA003144XXCICI |

## Parties

| Name | Type | DOB | Address |
|---|---|---|---|
| SAVE THE GARDEN | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| BROOKS GIBBS | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| KELLY MYER | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| JESSICA ANDUJAR | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| TONATIUH TELLO | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| JILL GIBBS | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| WILLIAM MATHIS | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| JANICE BASLER | PLAINTIFF | | 4343 WEST FLAGLER ST STE 400 MIAMI FL 33134 |
| CITY OF CLEARWATER | DEFENDANT | | 600 CLEVELAND ST 6TH FLOOR CLEARWATER FL 33756 |

## Events & Documents

| Date | Event | Comments | Docket # | Pages |
|---|---|---|---|---|
| 06/02/2026 | NOTICE OF HEARING | | 8 | 2 |
| 06/01/2026 | MOTION | TO EXPEDITE PROCEEDINGS, FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION, AND FOR CASE MANAGEMENT CONFERENCE | 9 | 4 |
| 06/01/2026 | SUMMONS RETURN OF SERVICE - SERVED | 06012026 | 7 | 2 |
| 05/28/2026 | SUMMONS - ISSUED | | 6 | 1 |
| 05/22/2026 | SUMMONS - ISSUED | | 5 | 1 |
| 05/22/2026 | STANDING ORDER ASSIGNING STREAMLINED CIVIL CASE TRACK | 2025-006 PA/PI-CIR | 4 | 2 |
| 05/22/2026 | COMPLAINT | WITH ATTACHMENTS | 3 | 27 |
| 05/22/2026 | SUMMONS - NOT ISSUED | PER AO 25-006 NEED STANDING ORDER | 2 | 1 |
| 05/22/2026 | CIVIL COVER SHEET - E-FILED | | 1 | 3 |

Page