**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAVE THE GARDEN, *et al.*,

    *Plaintiffs*,

v.                                                                      Case No. 8:26-cv-1662

CITY OF CLEARWATER,

    *Defendant*.

_____/

## NOTICE OF APPEARANCE

The undersigned attorney, Nicholas L.V. Warren, enters his appearance in this

matter on behalf of all Plaintiffs.

Respectfully submitted June 4, 2026,

/s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

*Attorney for Plaintiffs*