# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SAVE THE GARDEN, *et al.*,

    *Plaintiffs*,

v.                                    Case No. 8:26-cv-1662

CITY OF CLEARWATER,

    *Defendant*.

                                      /

## NOTICE OF APPEARANCE

The undersigned attorney, Daniel B. Tilley, appears for Plaintiffs.

Respectfully submitted June 4, 2026,

*/s/ Daniel B. Tilley*
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

*Attorney for Plaintiffs*