**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SAVE THE GARDEN, BROOKS GIBBS,
KELLY MYER, JESSICA ANDUJAR,
TONATIUH TELLO, JILL GIBBS,
WILLIAM MATHIS, and JANICE BASLER,

     Plaintiffs,                      Case No. 8:26-cv-01662

vs.

CITY OF CLEARWATER,

     Defendant.

_____/

**<u>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR
FOR DEFENDANT, CITY OF CLEARWATER</u>**

Jamie A. Kilpatrick of Bryant Miller Olive P.A. appears as additional counsel

for Defendant, City of Clearwater, and requests to be served with all pleadings,

notices, memoranda, and other papers in this action.

Dated: June 4, 2026.          *s/ Jamie A. Kilpatrick*
                                  Elizabeth W. Neiberger
                                  FL Bar No. 70102
                                  BRYANT MILLER OLIVE P.A.
                                  One S.E. Third Avenue, Suite 2200
                                  Miami, FL 33131
                                  (305) 374-7349 (Tel)
                                  (305) 374-0895 (Fax)
                                  eneiberger@bmolaw.com
                                  akilpatrick@bmolaw.com
                                  *Lead Counsel for Defendant, City of Clearwater*

                                  Jamie A. Kilpatrick

Page 1 of 2

FL Bar No. 103267
BRYANT MILLER OLIVE P.A.
400 North Tampa Street, Suite 1600
Tampa, FL 33602
(813) 273-6677 (Tel)
(813) 223-2705 (Fax)
jkilpatrick@bmolaw.com
smcgee@bmolaw.com

*Attorneys for Defendant, City of Clearwater*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2026, this document was filed electronically with the clerk of the court by using the CM/ECF system, which served a copy by email on CM/ECF registered users identified on the Service List below.

*s/ Jamie A. Kilpatrick*
Jamie A. Kilpatrick

**Service List**

Nicholas L.V. Warren, Esq.
Daniel B. Tilley, Esq.
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
nwarren@aclufl.org
dtilley@aclufl.org

*Attorneys for Plaintiffs*

Page 2 of 2