# Exhibit 1

**Save the Garden Initiative and Affidavit
(June 13, 2025)**

# INITIATIVE FOR PROPOSED CITY ORDINANCE

City of Clearwater, Florida

Submitted to the City Clerk of Clearwater on June 13, 2025

## BALLOT TITLE:

**Voter Approval Required for the Vacation of Public Right-of-Way in the Downtown**

## BALLOT SUMMARY:

A vacation of public right-of-way, in whole or in part, located within the Downtown Clearwater Community Redevelopment Area (DTCRA) shall be valid and effective only if it is first approved by a majority of the electors of the City of Clearwater voting in a municipal or special referendum. This change ensures that residents have the final say over whether public rights-of-way in Clearwater's downtown can be removed from public use.

## TEXT OF PROPOSED ORDINANCE:

AN ORDINANCE OF THE CITY OF CLEARWATER, FLORIDA, REQUIRING DIRECT VOTER APPROVAL FOR THE VACATION OF PUBLIC RIGHT-OF-WAY IN THE DOWNTOWN CLEARWATER COMMUNITY REDEVELOPMENT AREA (DTCRA); PROVIDING FOR DEFINITIONS, EXCEPTIONS, REFERENDUM REQUIREMENT, SEVERABILITY, AND AN EFFECTIVE DATE.

WHEREAS, the public right-of-way in the Downtown Clearwater Community Redevelopment Area (DTCRA) serves as a vital asset for transportation, accessibility, economic development, and public use; and

WHEREAS, the City of Clearwater seeks to ensure that decisions affecting the permanent relinquishment of public rights-of-way in this key area are made directly by the citizens;

NOW, THEREFORE, BE IT ORDAINED BY THE PEOPLE OF THE CITY OF CLEARWATER, FLORIDA:

## Section 1 – Definitions

1) Right-of-way means any land or interest in land, whether improved or unimproved, dedicated or otherwise set aside for public use, including but not limited to streets, sidewalks, alleys, easements, and public pathways.

2) Vacation means the act of legally abandoning, discontinuing, or extinguishing the public's interest in a right-of-way.

3) "Downtown Clearwater Community Redevelopment Area (DTCRA)" means the area defined in the official Clearwater Downtown Community Redevelopment Plan adopted by the City and any amendments thereto. The boundaries include Court-Chestnut Streets to the South, Drew-Jones Streets to the North, Clearwater Harbor to the West and Highland Avenue to the East.

## Section 2 – Referendum Requirement

No vacation of public right-of-way, in whole or in part, located within the Downtown Clearwater Community Redevelopment Area (DTCRA) shall be valid or effective unless first approved by a majority of the electors of the City of Clearwater voting in a municipal or special referendum.

For purposes of this ordinance, any agreement, lease, license, or public-private partnership that results in the long-term exclusive use, management, or effective control of a public right-of-way by a private or religious entity shall be treated as a vacation and shall also require voter approval under this section.

For the purposes of this ordinance, "effective control" shall be defined as any agreement, lease, license, or arrangement that grants a private or religious entity decision-making authority over the access, use, or operation of a public right-of-way for a period exceeding twelve months, or that otherwise restricts general public access in practice.

## Section 3 – Exceptions to Referendum Requirement

This ordinance shall not apply to any proposed vacation of public right-of-way within the Downtown Clearwater Community Redevelopment Area (DTCRA) if all the following conditions are met:

1) The vacation is exclusively required for a public purpose, including but not limited to:
   a) Flood mitigation or stormwater management;
   b) Installation or repair of utilities (e.g., water, sewer, electric, broadband);
   c) Public transit infrastructure or emergency access routes;
   d) City-owned public facilities such as parks, government buildings, or community centers;
2) The vacation does not result in ownership transfer or exclusive use by any private or religious entity;

3) The vacation is approved by a supermajority vote of at least four-fifths (4/5) of the City Council;

4) The City Council shall publicly certify the vacation by adopting a formal resolution during a publicly noticed meeting, which includes the following findings based on documented evidence and public record:

    a) That it serves a compelling public interest;

    b) That it maintains or improves public access; and

    c) That it is not associated with or intended to benefit a private development entity, as demonstrated through documented findings, public disclosures, and review of relevant property ownership records, financial interests, and development plans presented at the meeting.

## Section 4 – Severability

If any portion of this ordinance is declared unconstitutional or invalid by a court of competent jurisdiction, the remaining portions shall remain in full force and effect.

## Section 5 – Effective Date

This ordinance shall take effect immediately upon approval by voters and shall apply to all proposed right-of-way vacations thereafter, regardless of any prior action or consideration by any governmental body.

## Section 6 – Continuity of Boundaries

If the Downtown Clearwater Community Redevelopment Area (DTCRA) is modified, renamed, or dissolved after the adoption of this ordinance, the provisions herein shall remain applicable to the geographic boundaries of the DTCRA as defined at the time this ordinance was approved by the voters. This ensures the continued effect of this ordinance regardless of administrative or legislative changes to redevelopment district boundaries.

## PETITIONERS' COMMITTEE

The undersigned affiants are qualified voters in the City of Clearwater and shall constitute the petitioners' committee, responsible for circulating the petition and filing it in proper form. Each affiant states their name and address below, and all notices to the committee shall be sent to the address of the first-named affiant.

**Affiant's Name:** Brooks Gibbs
**Address:** 1204 Alameda Ave., Clearwater, FL 33759
(Address where all notices to the committee shall be sent)
**Signature:** _Brooks Gibbs_
**Date:** June 13, 2025

**Affiant's Name:** Jessica Andujar
**Address:** 549 Jasmine Way, Clearwater, FL 33756
**Signature:** _Jessica Marie Andujar_
**Date:** June 13, 2025

**Affiant's Name:** Kelly Myer
**Address:** 3311 San Bernadino St., Clearwater, FL 33759
**Signature:** _Kelly Myer_
**Date:** June 13, 2025

**Affiant's Name:** Tonatiuh M. Tello
**Address:** 549 Jasmine Way, Clearwater, FL 33756
**Signature:** _Tonatiuh Manuel Tello_
**Date:** June 13, 2025

**Affiant's Name:** Jill Gibbs
**Address:** 1204 Alameda Ave., Clearwater, FL 33759
**Signature:** _Jill nicole Gibbs_
**Date:** June 13, 2025


## NOTARY PUBLIC ACKNOWLEDGMENT

**STATE OF ~~FLORIDA~~** Virginia
**COUNTY OF ~~PINELLAS~~** Fairfax

Sworn to (or affirmed) and subscribed before me this 13th day of __June__, 2025, by the above-named affiants, who are personally known to me or who have produced ___driver's license___ as identification.

**Notary Public – State of ~~Florida~~** Virginia
(Signature) _____
(Name of Notary, printed) _____
My Commission Expires: ___02/28/2027___
Commission Number: ___8077655___



COMMONWEALTH OF VIRGINIA · ELECTRONIC NOTARY PUBLIC
N
**Md Abu Taleb**
_____
REGISTRATION NUMBER
8077655
COMMISSION EXPIRES
**February 28, 2027**

Notarized remotely online using communication technology via Proof.

4 of 4