# Exhibit 2

## Save the Garden Petition Blank

INITIATIVE PETITION BY ELECTORS OF THE
CITY OF CLEARWATER

To the City Council of Clearwater:

We, the undersigned, qualified voters of the City of Clearwater, pursuant to and subject to the limitations contained in Section 6.01, City Charter, hereby exercise our power to propose, by petition, the following ordinance to the council, and, if the council fails to adopt this ordinance as proposed without any change in substance, to adopt or reject the ordinance at a city election.  A copy of the proposed ordinance is attached.

| SIGNATURE | FULL NAME (Block Letters) | RESIDENCE ADDRESS (include apt. #) | DATE | PRECINCT (if known) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

STATE OF FLORIDA
COUNTY OF PINELLAS                                                              AFFIDAVIT OF PETITION CIRCULATOR

Before me personally appeared _____ who being by me first sworn deposes and says:  1) I personally circulated the above petition; 2) The number of signatures on the above petition is _____ ; 3) All of the signatures were made in my presence; 4) All of the signatures are genuine, to the best of my belief; 5) Each person signing this petition had an opportunity before signing to read the full text of the proposed initiative ordinance.

_____
Petition Circulator

Subscribed and sworn to (or affirmed) before me on _____, 20__
                                                                     (date)
by _____.    He/she is personally known to me or has
   (name of affiant, deponent or other signer)

presented _____ as identification.
              (type of identification)

_____
(NOTARY'S SIGNATURE AND SEAL)

12/06/2024