**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SAVE THE GARDEN, *et al.*,

    *Plaintiffs*,

v.                                  Case No. 8:26-cv-1662

CITY OF CLEARWATER,

    *Defendant*.

_____/

**DECLARATION OF JESSICA ANDUJAR**

I, Jessica Andujar, am over the age of 18 and make this declaration based upon my personal knowledge as follows:

1.      I am one of the founding petitioners' committee members for Save the Garden and a voter in Clearwater, Florida.

2.      I joined the Save the Garden effort because I feel strongly about keeping our public spaces for the public and requiring voter approval before the City transfers public streets downtown to private entities.

3.      I wanted (and still want) to join with fellow community members to spread the word about our initiative, collect petitions, and encourage others in the Clearwater community to support Save the Garden. To me, being part of the petitioners' committee is important to these efforts and to amplifying our collective voice. By signing on as a member of the committee, I was publicly signaling my support in a prominent and visible way, in addition to taking on the leadership role and responsibilities that it entails—including being responsible for circulating our

1

initiative. Doing so was and is important for advancing the initiative and getting our message out as broadly as possible.

4. More generally, it's important that Save the Garden show it has broad community support by having a broad cross-section of community members on the petitioners' committee, whether or not those supporters are voters.

5. I moved to Clearwater from New York in 2024. I believed I had registered to vote when I updated my driver's license after moving to Florida.

6. On October 7 or 8, 2025, I learned that I was not registered to vote after the City Clerk told Kelly Myer of this fact.

7. I was surprised to learn that I was not already registered to vote, and I quickly registered on October 8, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2026.

**Jessica Andujar**

2