# Exhibit 5

## Email from City Clerk to Ms. Myer and Mr. Gibbs (June 12, 2025)

 Gmail

Kelly Myer <clearwaterpatriot@gmail.com>

---

## Citizen Initiative

---

**Call, Rosemarie** <Rosemarie.Call@myclearwater.com>                    Thu, Jun 12, 2025 at 12:03 PM
To: "clearwaterpatriot@gmail.com" <clearwaterpatriot@gmail.com>
Cc: "brooks@brooksgibbs.com" <brooks@brooksgibbs.com>

Ms. Myer and Mr. Gibbs,

It was a pleasure speaking with you earlier. As discussed, attached is the current State manual for political committees.

As requested, I have approached Legal regarding your questions related to the petition slips and volunteers. Per Legal, the petition blanks provided by the City must be used. Regarding the use of volunteers to collect signatures, Legal is researching the matter. Section 6.04 of the city charter states the petitioners' committee will be responsible for circulating the petition and filing it in proper form. I will advise of Legal's findings once received.

Sincerely,

Rosemarie

Rosemarie Call, MPA, MMC

City Clerk

City of Clearwater

600 Cleveland Street, Suite 600

Clearwater, FL 33755

Phone: (727)444-7151

rosemarie.call@myclearwater.com

---

 **political-committee-handbook_2024-9-23-1 (1).pdf**
1625K