# <u>Exhibit 6</u>

## Emails Between City Clerk and Mr. Gibbs
## (Oct. 16–23, 2025)

 Gmail

## Fwd: City of Clearwater - Petitioner's Committee

**Call, Rosemarie** <Rosemarie.Call@myclearwater.com>                                          Mon, Oct 27, 2025 at 9:26 AM
To: Brooks Gibbs <brooks@brooksgibbs.com>
Cc: "Poirrier, Jennifer" <Jennifer.Poirrier@myclearwater.com>, "clearwaterpatriot@gmail.com"
<clearwaterpatriot@gmail.com>

Good morning, Mr. Gibbs,

The affidavits for the additional two members were received on October 7,2025.

Per Section 6.04 of the city charter, "Any five voters may commence initiative or referendum proceedings by filing with the city clerk or other official designated by the council an affidavit stating they will constitute the petitioners' committee and be responsible for circulating the petition and filing it in proper form, stating their names and addresses, specifying the address to which all notices to the committee are to be sent, and setting out in full the proposed initiative ordinance or citing the ordinance sought to be reconsidered."

Since the City cannot provide citizens with legal advice, please speak with your legal counsel regarding the sufficiency of the petitions moving forward.

Sincerely,

Rosemarie

Get Outlook for iOS

**From:** Brooks Gibbs <brooks@brooksgibbs.com>
**Sent:** Friday, October 24, 2025 3:41 PM
**To:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
**Cc:** Poirrier, Jennifer <Jennifer.Poirrier@MyClearwater.com>; Kelly Myer <clearwaterpatriot@gmail.com>; Jill Gibbs <jill@brooksgibbs.com>
**Subject:** Re: FW: City of Clearwater - Petitioner's Committee

> **CAUTION: This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Rosmarie,
Thank you for your response. Would you mind clarifying to things for me?

1. When you note that the petitioner's committee is "responsible" for circulating the petitions, can you clarify your definition of "circulating"?

2. We are still unclear as to whether or not you received our two additional committee members. Did you receive them and accept them?

3. Is there a limit to the number of committee members we can add?

Thank you again for your time and guidance. We truly appreciate your help as we work to ensure full compliance with the City's requirements.

Sincerely,
Brooks Gibbs
-----
www.BrooksGibbs.com
All Socials: @BrooksGibbs

On Thu, Oct 23, 2025 at 2:34 PM Call, Rosemarie <Rosemarie.Call@myclearwater.com> wrote:

> Good afternoon Mr. Gibbs,
>
> Regarding question 2, the city charter is clear - the petitioner's committee is responsible for circulating the petitions. Please note, the statute cited is not applicable in this matter because it relates to constitutional amendments.
>
> Rosemarie
>
> ---
>
> **From:** Call, Rosemarie
> **Sent:** Thursday, October 23, 2025 8:58 AM
> **To:** Brooks Gibbs <brooks@brooksgibbs.com>
> **Cc:** Poirrier, Jennifer <Jennifer.Poirrier@myclearwater.com>
> **Subject:** RE: FW: City of Clearwater - Petitioner's Committee
>
> Good morning, Mr. Gibbs,
>
> Re the deadline for the August 18, 2026 election, Thursday, April 30, 2026.
>
> Re question 2, please know I have approached Legal and will provide a response soon.
>
> Sincerely,
>
> Rosemarie
>
> ---
>
> **From:** Brooks Gibbs <brooks@brooksgibbs.com>
> **Sent:** Wednesday, October 22, 2025 3:12 PM

**To:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
**Subject:** Re: FW: City of Clearwater - Petitioner's Committee

---

**CAUTION:** **This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hi Rosemarie,

Yes, I received your notice, and of course, we investigated and remedied the technical oversight immediately. I intended to thank the individual who discovered this error (Terrence Lightey), but it appears that this individual is using a fake name, as my team could not find a record of his/her/their existence. Nevertheless, rest assured that **Jessica (the committee member of ours whose registration was in question) is indeed a confirmed registered voter**. Her voter registration number is: 133964037. We are moving forward as planned.

Please let me know your answers concerning the following TWO questions:

1. We have gathered approximately 5,200 signatures for our citizen initiative petition thus far. We understand that we are short of the required 10% to get the proposed ordinance on the March 2026 ballot; however, we will continue gathering voter signatures. **Could you please provide the deadline for the August 2026 ballot at your earliest convenience as we are preparing a video update for the community?**

2. There was another technical challenge that came up during this process that I want to clarify with you. **Does the City Code prohibit the Committee from delegating trained volunteer Circulators?** If you remember, the original five of us Clearwater citizens (now 7) who filed the ballot wording and affidavit constituted the Petitioners Committee. The citizen initiative commenced once you provided us with the formal petition blanks. As the City Code states, the committee is responsible for circulating and filing in proper form, which we are doing.

Florida law allows volunteers to be Circulators as long as they are registered voters and reside in Florida. Every volunteer circulator has been trained by us and is complying with the following City Code: "Affidavit of the circulator. Each paper of a petition shall have attached to it, when filed, an affidavit executed by the circulator thereof stating: That the circulator personally circulated the paper; the number of signatures thereon; that all the signatures were affixed in circulator's presence; that the circulator believes them to be the genuine signatures of the persons whose names they purport to be; and that each signer had an opportunity before signing to read the full text of the ordinance proposed or sought to be reconsidered." CLICK HERE for the statute (Section 4b) if you need it.

I appreciate your help. I don't know of anyone else in the city that we can go to for answers related to these questions. If you think I should ask someone else in the city (example: City Attorney or Office of Elections), please let me know and provide their contact info. We have always wanted to do everything properly and continue to do our best. If you see an area that we can improve or correct, don't hesitate to let us know.

sincerely,

Brooks


-----

www.BrooksGibbs.com

All Socials: @BrooksGibbs




On Wed, Oct 22, 2025 at 11:48 AM Call, Rosemarie <Rosemarie.Call@myclearwater.com> wrote:

> Good morning, Mr. Gibbs,
>
>
> Please confirm if you have received the attached letter and/or the email below.
>
>
> Sincerely,
>
> Rosemarie
>
> ---
>
> **From:** Call, Rosemarie
> **Sent:** Thursday, October 16, 2025 5:11 PM
> **To:** brooks@brooksgibbs.com
> **Subject:** City of Clearwater - Petitioner's Committee
>
>
> Good afternoon, Mr. Gibbs,
>
>
> Please see attached. A copy of the letter has been mailed to the address on file.
>
>
> Sincerely,
>
> Rosemarie
>
> ---
>
> **From:** ORLS_Scans@myclearwater.com <ORLS_Scans@myclearwater.com>
> **Sent:** Thursday, October 16, 2025 1:47 PM
> **To:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
> **Subject:** Scan