IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAVE THE GARDEN, *et al.*,

    *Plaintiffs*,

v.                                    Case No. 8:26-cv-1662

CITY OF CLEARWATER,

    *Defendant.*

_____/

## DECLARATION OF JILL GIBBS

I, Jill Gibbs, am over the age of 18 and make this declaration based upon my personal knowledge as follows:

1.    I am one of the founding petitioners' committee members for Save the Garden and a voter in Clearwater, Florida.

2.    Collaborating with Kelly Myer, after the City Clerk rejected our petition, we audited the rejections using the records the Clerk provided to us from public records requests. The information the Clerk provided is described in more detail in Ms. Myer's declaration.

3.    Using the Clerk's detailed spreadsheets of rejected signatures, the voter files she provided, and copies of our submitted petitions, Ms. Myer and I audited the rejected signatures. For a rejected signature noted on the Clerk's detailed spreadsheet, we reviewed the original petition form,

1

compared the information the Clerk recorded on her spreadsheet, and searched for the voter ourselves in the voter file. We then recorded our findings—whether we could find the voter or determine what "went wrong" in the verification process—in our notes as we went along. My notes are submitted with this declaration. As of June 5, we have completed this audit process for about one-third of the petition forms.

4.      Based on the audit Ms. Myer and I are doing, we learned that the Clerk rejected a signature as "not registered" if the voter was on inactive status. We have found over 65 inactive-status voters whom the Clerk marked as "not registered" but who are, in fact, registered to vote in Clearwater. We found these inactive voters registered on the list of inactive voters provided to us by the Pinellas County Supervisor of Elections. These are listed in the "Inactive" section of my notes.

5.      We also learned that the Clerk rejected a signature if the voter listed a City of Clearwater address that did not match the address on their voter record. We have identified over 60 voters whom the Clerk marked as "different address" but who are registered to vote in Clearwater. These are listed in the "Different Address in CW" section of my notes.

6.      For some of the "mismatched" addresses rejected because the

2

address didn't match the voter file, the voter had just a minor mistake in their house number.

7.  We found multiple names that were entered incorrectly on the Clerk's spreadsheet when compared to the petition form, or whose nonstandard names (like Spanish double last names) were rejected. For example:

   a.  Paul Panlilio was entered with "Paul" as his last name, and rejected.

   b.  Renee Dubuque was entered as "Dubugue" and rejected.

   c.  William Brown was entered as "M. Brown" and rejected.

   d.  Shanaya Forney was entered as "Shanaya Folney" and rejected.

   e.  Connie Mc Daniel was entered as "Connie McDaniel" and rejected

   f.  Deniece Anglero was entered as "Angelero" and rejected.

   g.  Desiree Lowe was entered as "Love" and rejected

   h.  A voter registered as Rebecca De Garmo signed as Rebecca Degarmo, and was rejected.

   i.  A voter signed as Debra Van Til, but was entered as "Vantil" and was rejected.

   j.  A voter registered as Kathleen Le Blanc was entered as "LeBlanc", and rejected.

   k.  Beatriz Dezengotita was entered as "De Zeh…" and rejected.

   l.  A voter registered as Jessica Perez-Marcelino (double last name) signed as Jessica Perez, and was rejected.

3

m. A voter registered as Schahriar Ramos-Roman (double last name) signed as Schahriar Ramos, and was rejected.

8. Similarly, we found multiple voters' address numbers that were searched incorrectly on the Clerk's spreadsheet when compared to the petition form. For example, Steven Schlueter had his 7s mistaken for 2s, and was rejected for "different address".

9. For some rejected signatures, the reasons given were just plain wrong. For example:

   a. Beatriz Perez-Garcia was rejected for "different address", but her address on the petition is the same as the voter roll.

   b. Robert Ritz was rejected for having registered to vote after signing, but he registered in 2015.

   c. Bruce E. Taylor was rejected for having registered to vote after signing, but he registered in 1977.

   d. Henry E. Moses Jr. was rejected for having registered to vote after signing, but he registered in 2020.

10. Based on our audit, we also learned that the Clerk may have rejected a signature if the voter listed their street address on their voter record, but omitted an apartment number.

11. Based on our audit, we also learned that the Clerk rejected a signature if a voter wrote down their address, but had a minor discrepancy. For example, 93-year-old Lorene Berkes registered at "1920 Carlos Ave" wrote "192 Carlos Ave" and was rejected as not registered.

4

12.   In total, we found over 50 errors because of misentered information, small errors or discrepancies in what a voter wrote down, or similar issues, or rejected signatures for which we could not figure out a reason. These are noted in the "Valid Voter" section of my notes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2026.

_____
Jill Gibbs