# <u>Exhibit 10</u>

## Clerk's Initial Spreadsheet Summary
## (Apr. 15, 2026)

| Petition Page | # Signatures Submitted | # Signatures Verified | Not registered with CW | different address | Signature Obtained prior to 10/7/25 | Checking totals |
|---|---|---|---|---|---|---|
| 1 | 14 | 10 | 4 | | 0 | 14 |
| 2 | 0 | 0 | 0 | | 0 | 0 |
| 3 | 17 | 15 | 2 | | 0 | 17 |
| 4 | 18 | 13 | 4 | 1 | 0 | 18 |
| 5 | 19 | 12 | 3 | | 4 | 19 |
| 6 | 20 | | | | 20 | 20 |
| 7 | 20 | 15 | 3 | 2 | 0 | 20 |
| 8 | 2 | 1 | 1 | | 0 | 2 |
| 9 | 5 | 2 | | | 3 | 5 |
| 10 | 0 | | | | 0 | 0 |
| 11 | 5 | 5 | | | 0 | 5 |
| 12 | 0 | | | | 0 | 0 |
| 13 | 14 | 11 | | | 3 | 14 |
| 14 | 0 | | | | 0 | 0 |
| 15 | 15 | 11 | 1 | | 3 | 15 |
| 16 | 0 | | 0 | | 0 | 0 |
| 17 | 7 | 1 | | | 6 | 7 |
| 18 | 0 | | | | 0 | 0 |
| 19 | 13 | | | | 13 | 13 |
| 20 | 0 | | | | 0 | 0 |
| 21 | 20 | | | | 20 | 20 |
| 22 | 20 | | | | 20 | 20 |
| 23 | 16 | | | | 16 | 16 |
| 24 | 0 | | | | 0 | 0 |
| 25 | 20 | | | | 20 | 20 |
| 26 | 20 | | | | 20 | 20 |
| 27 | 17 | | | | 17 | 17 |
| 28 | 4 | 3 | 1 | | 0 | 4 |
| 29 | 19 | 0 | 0 | 0 | 19 | 19 |
| 30 | 20 | 0 | 0 | 0 | 20 | 20 |
| 31 | 19 | 0 | 0 | 0 | 19 | 19 |
| 32 | 20 | 0 | 0 | 0 | 20 | 20 |
| 33 | 18 | | | | 18 | 18 |
| 34 | 19 | | | | 19 | 19 |
| 35 | 20 | | | | 20 | 20 |
| 36 | 19 | | | | 19 | 19 |
| 37 | 20 | | | | 20 | 20 |
| 38 | 18 | | | | 18 | 18 |
| 39 | 20 | | | | 20 | 20 |
| 40 | 20 | | | | 20 | 20 |
| 41 | 17 | | | | 17 | 17 |
| 42 | 20 | | | | 20 | 20 |
| 43 | 19 | | | | 19 | 19 |
| 44 | 20 | | | | 20 | 20 |
| 45 | 19 | | | | 19 | 19 |
| 46 | 19 | | | | 19 | 19 |
| 47 | 20 | | | | 20 | 20 |
| 48 | 17 | | | | 17 | 17 |
| 49 | 20 | | | | 20 | 20 |
| 50 | 19 | | | | 19 | 19 |
| 51 | 19 | | | | 19 | 19 |
| 52 | 20 | | | | 20 | 20 |
| 53 | 20 | | | | 20 | 20 |
| 54 | 20 | | | | 20 | 20 |
| 55 | 17 | | | | 17 | 17 |
| 56 | 20 | | | | 20 | 20 |
| 57 | 20 | | | | 20 | 20 |
| 58 | 17 | | | | 17 | 17 |
| 59 | 20 | | | | 20 | 20 |
| 60 | 5 | | | | 5 | 5 |
| 61 | 15 | | | | 15 | 15 |
| 62 | 20 | | | | 20 | 20 |
| 63 | 19 | | | | 19 | 19 |
| 64 | 19 | | | | 19 | 19 |
| 65 | 17 | | | | 17 | 17 |
| 66 | 20 | | | | 20 | 20 |
| 67 | 20 | | | | 20 | 20 |
| 68 | 20 | | | | 20 | 20 |
| 69 | 19 | | | | 19 | 19 |
| 70 | 20 | | | | 20 | 20 |
| 71 | 19 | | | | 19 | 19 |
| 72 | 19 | | | | 19 | 19 |

| | | | |
|---|---|---|---|
| 73 | 20 | 20 | 20 |
| 74 | 20 | 20 | 20 |
| 75 | 20 | 20 | 20 |
| 76 | 20 | 20 | 20 |
| 77 | 19 | 19 | 19 |
| 78 | 20 | 20 | 20 |
| 79 | 20 | 20 | 20 |
| 80 | 20 | 20 | 20 |
| 81 | 20 | 20 | 20 |
| 82 | 20 | 20 | 20 |
| 83 | 18 | 18 | 18 |
| 84 | 20 | 20 | 20 |
| 85 | 20 | 20 | 20 |
| 86 | 20 | 20 | 20 |
| 87 | 19 | 19 | 19 |
| 88 | 20 | 20 | 20 |
| 89 | 20 | 20 | 20 |
| 90 | 18 | 18 | 18 |
| 91 | 18 | 18 | 18 |
| 92 | 17 | 17 | 17 |
| 93 | 20 | 20 | 20 |
| 94 | 18 | 18 | 18 |
| 95 | 19 | 19 | 19 |
| 96 | 18 | 18 | 18 |
| 97 | 20 | 20 | 20 |
| 98 | 18 | 18 | 18 |
| 99 | 20 | 20 | 20 |
| 100 | 20 | 20 | 20 |
| 101 | 20 | 20 | 20 |
| 102 | 19 | 19 | 19 |
| 103 | 20 | 20 | 20 |
| 104 | 14 | 14 | 14 |
| 105 | 18 | 18 | 18 |
| 106 | 0 | 0 | 0 |
| 107 | 16 | 16 | 16 |
| 108 | 0 | 0 | 0 |
| 109 | 19 | 19 | 19 |
| 110 | 0 | 0 | 0 |
| 111 | 12 | 12 | 12 |
| 112 | 0 | 0 | 0 |
| 113 | 20 | 20 | 20 |
| 114 | 19 | 19 | 19 |
| 115 | 6 | 6 | 6 |
| 116 | 0 | 0 | 0 |
| 117 | 14 | 14 | 14 |
| 118 | 0 | 0 | 0 |
| 119 | 20 | 20 | 20 |
| 120 | 20 | 20 | 20 |
| 121 | 20 | 20 | 20 |
| 122 | 20 | 20 | 20 |
| 123 | 20 | 20 | 20 |
| 124 | 20 | 20 | 20 |
| 125 | 20 | 20 | 20 |
| 126 | 20 | 20 | 20 |
| 127 | 20 | 20 | 20 |
| 128 | 20 | 20 | 20 |
| 129 | 5 | 5 | 5 |
| 130 | 0 | 0 | 0 |
| 131 | 20 | 20 | 20 |
| 132 | 20 | 20 | 20 |
| 133 | 19 | 19 | 19 |
| 134 | 17 | 17 | 17 |
| 135 | 20 | 20 | 20 |
| 136 | 17 | 17 | 17 |
| 137 | 18 | 18 | 18 |
| 138 | 18 | 18 | 18 |
| 139 | 20 | 20 | 20 |
| 140 | 20 | 20 | 20 |
| 141 | 19 | 19 | 19 |
| 142 | 15 | 15 | 15 |
| 143 | 16 | 16 | 16 |
| 144 | 19 | 19 | 19 |
| 145 | 20 | 20 | 20 |
| 146 | 19 | 19 | 19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 147 | 20 | | | | 20 | 20 |
| 148 | 18 | | | | 18 | 18 |
| 149 | 18 | | | | 18 | 18 |
| 150 | 18 | | | | 18 | 18 |
| 151 | 20 | | | | 20 | 20 |
| 152 | 18 | | | | 18 | 18 |
| 153 | 19 | | | | 19 | 19 |
| 154 | 20 | | | | 20 | 20 |
| 155 | 19 | | | | 19 | 19 |
| 156 | 17 | | | | 17 | 17 |
| 157 | 20 | 1 | 2 | | 17 | 20 |
| 158 | 20 | | | | 20 | 20 |
| 159 | 18 | | | | 18 | 18 |
| 160 | 20 | | | | 20 | 20 |
| 161 | 20 | | | | 20 | 20 |
| 162 | 20 | | | | 20 | 20 |
| 163 | 17 | | | | 17 | 17 |
| 164 | 20 | | | | 20 | 20 |
| 165 | 17 | | | | 17 | 17 |
| 166 | 10 | | | | 10 | 10 |
| 167 | 20 | | | | 20 | 20 |
| 168 | 20 | | | | 20 | 20 |
| 169 | 16 | | | | 16 | 16 |
| 170 | 18 | | | | 18 | 18 |
| 171 | 19 | | | | 19 | 19 |
| 172 | 20 | | | | 20 | 20 |
| 173 | 19 | | | | 19 | 19 |
| 174 | 18 | | | | 18 | 18 |
| 175 | 10 | | | | 10 | 10 |
| 176 | 0 | | | | 0 | 0 |
| 177 | 20 | | | | 20 | 20 |
| 178 | 20 | | | | 20 | 20 |
| 179 | 20 | | | | 20 | 20 |
| 180 | 20 | | | | 20 | 20 |
| 181 | 20 | | | | 20 | 20 |
| 182 | 20 | | | | 20 | 20 |
| 183 | 20 | | | | 20 | 20 |
| 184 | 20 | | | | 20 | 20 |
| 185 | 19 | | | | 19 | 19 |
| 186 | 19 | | | | 19 | 19 |
| 187 | 15 | | | | 15 | 15 |
| 188 | 20 | | | | 20 | 20 |
| 189 | 10 | | | | 10 | 10 |
| 190 | 0 | | | | 0 | 0 |
| 191 | 19 | | | | 19 | 19 |
| 192 | 19 | | | | 19 | 19 |
| 193 | 19 | | | | 19 | 19 |
| 194 | 17 | | | | 17 | 17 |
| 195 | 10 | | | | 10 | 10 |
| 196 | 0 | | | | 0 | 0 |
| 197 | 9 | | | | 9 | 9 |
| 198 | 0 | | | | 0 | 0 |
| 199 | 18 | | | | 18 | 18 |
| 200 | 20 | | | | 20 | 20 |
| 201 | 17 | | | | 17 | 17 |
| 202 | 18 | | | | 18 | 18 |
| 203 | 20 | | | | 20 | 20 |
| 204 | 19 | | | | 19 | 19 |
| 205 | 19 | | | | 19 | 19 |
| 206 | 19 | | | | 19 | 19 |
| 207 | 20 | | | | 20 | 20 |
| 208 | 19 | | | | 19 | 19 |
| 209 | 15 | 11 | 4 | | 0 | 15 |
| 210 | 20 | 12 | 5 | | 3 | 20 |
| 211 | 20 | 0 | | | 20 | 20 |
| 212 | 20 | 0 | | | 20 | 20 |
| 213 | 20 | 13 | 6 | 1 | 0 | 20 |
| 214 | 20 | 7 | 3 | | 10 | 20 |
| 215 | 17 | 10 | 3 | | 4 | 17 |
| 216 | 20 | 15 | 5 | | 0 | 20 |
| 217 | 19 | 0 | | | 19 | 19 |
| 218 | 20 | 11 | 4 | | 5 | 20 |
| 219 | 19 | 0 | | | 19 | 19 |
| 220 | 20 | 0 | | | 20 | 20 |

| | | | | | |
|---|---|---|---|---|---|
| 221 | 20 | 10 | 2 | | 8 | 20 |
| 222 | 19 | 13 | 5 | 1 | 0 | 19 |
| 223 | 3 | 1 | | | 2 | 3 |
| 224 | 19 | 0 | | | 19 | 19 |
| 225 | 19 | 0 | | | 19 | 19 |
| 226 | 20 | 0 | | | 20 | 20 |
| 227 | 19 | 0 | | | 19 | 19 |
| 228 | 20 | 0 | | | 20 | 20 |
| 229 | 18 | 0 | | | 18 | 18 |
| 230 | 19 | 0 | | | 19 | 19 |
| 231 | 18 | 0 | | | 18 | 18 |
| 232 | 15 | 0 | | | 15 | 15 |
| 233 | 19 | 0 | | | 19 | 19 |
| 234 | 17 | 0 | | | 17 | 17 |
| 235 | 16 | 0 | | | 16 | 16 |
| 236 | 16 | 0 | | | 16 | 16 |
| 237 | 16 | 8 | 2 | | 6 | 16 |
| 238 | 2 | 1 | 1 | | 0 | 2 |
| 239 | 11 | 0 | | | 11 | 11 |
| 240 | 19 | 0 | | | 19 | 19 |
| 241 | 17 | 0 | | | 17 | 17 |
| 242 | 1 | 0 | | | 1 | 1 |
| 243 | 19 | 0 | | | 19 | 19 |
| 244 | 20 | 0 | | | 20 | 20 |
| 245 | 20 | 6 | | | 14 | 20 |
| 246 | 20 | 1 | | | 19 | 20 |
| 247 | 20 | 18 | 2 | | 0 | 20 |
| 248 | 20 | 17 | 3 | | 0 | 20 |
| 249 | 20 | 16 | 4 | | 0 | 20 |
| 250 | 19 | 16 | 3 | | 0 | 19 |
| 251 | 11 | 0 | | | 11 | 11 |
| 252 | 0 | 0 | | | 0 | 0 |
| 253 | 17 | 0 | | | 17 | 17 |
| 254 | 4 | 3 | 1 | | 0 | 4 |
| 255 | 18 | 0 | | | 18 | 18 |
| 256 | 0 | 0 | | | 0 | 0 |
| 257 | 19 | 0 | | | 19 | 19 |
| 258 | 10 | 1 | 4 | | 5 | 10 |
| 259 | 8 | 7 | 1 | | 0 | 8 |
| 260 | 0 | 0 | | | 0 | 0 |
| 261 | 18 | 7 | 11 | | 0 | 18 |
| 262 | 11 | 8 | 3 | | 0 | 11 |
| 263 | 19 | 6 | 12 | 1 | 0 | 19 |
| 264 | 16 | 10 | 6 | | 0 | 16 |
| 265 | 19 | 8 | 2 | | 9 | 19 |
| 266 | 18 | 13 | 5 | | 0 | 18 |
| 267 | 19 | 15 | 4 | | 0 | 19 |
| 268 | 19 | 12 | 7 | | 0 | 19 |
| 269 | 19 | 0 | | | 19 | 19 |
| 270 | 0 | 0 | | | 0 | 0 |
| 271 | 20 | 14 | 3 | | 3 | 20 |
| 272 | 20 | 18 | 2 | | 0 | 20 |
| 273 | 18 | 15 | 2 | 1 | 0 | 18 |
| 274 | 5 | 4 | 1 | | 0 | 5 |
| 275 | 18 | 12 | 6 | | 0 | 18 |
| 276 | 20 | 16 | 4 | | 0 | 20 |
| 277 | 19 | 15 | 3 | 1 | 0 | 19 |
| 278 | 0 | 0 | 0 | | 0 | 0 |
| 279 | 9 | 4 | 5 | | 0 | 9 |
| 280 | 0 | 0 | 0 | | 0 | 0 |
| 281 | 19 | 16 | 3 | | 0 | 19 |
| 282 | 19 | 14 | 4 | 1 | 0 | 19 |
| 283 | 19 | 12 | 6 | 1 | 0 | 19 |
| 284 | 19 | 15 | 4 | | 0 | 19 |
| 285 | 9 | 0 | | | 9 | 9 |
| 286 | 0 | 0 | | | 0 | 0 |
| 287 | 20 | 15 | 4 | | 1 | 20 |
| 288 | 18 | 4 | 3 | | 11 | 18 |
| 289 | 19 | 0 | | | 19 | 19 |
| 290 | 20 | 0 | | | 20 | 20 |
| 291 | 20 | 12 | 8 | | 0 | 20 |
| 292 | 20 | 12 | 4 | | 4 | 20 |
| 293 | 20 | 0 | | | 20 | 20 |
| 294 | 11 | 0 | | | 11 | 11 |

| | | | | | |
|---|---|---|---|---|---|
| 295 | 20 | 12 | 8 | | 0 | 20 |
| 296 | 2 | 1 | 1 | | 0 | 2 |
| 297 | 20 | 17 | 3 | | 0 | 20 |
| 298 | 18 | 0 | | | 18 | 18 |
| 299 | 18 | 10 | 8 | | 0 | 18 |
| 300 | 20 | 12 | 8 | | 0 | 20 |
| 301 | 19 | 17 | 2 | | 0 | 19 |
| 302 | 20 | 8 | | | 12 | 20 |
| 303 | 19 | 17 | 2 | | 0 | 19 |
| 304 | 19 | 15 | 4 | | 0 | 19 |
| 305 | 17 | 10 | 7 | | 0 | 17 |
| 306 | 0 | 0 | 0 | | 0 | 0 |
| 307 | 11 | 0 | | | 11 | 11 |
| 308 | 0 | 0 | | | 0 | 0 |
| 309 | 20 | 7 | 12 | 1 | 0 | 20 |
| 310 | 20 | 14 | 6 | | 0 | 20 |
| 311 | 20 | 0 | | | 20 | 20 |
| 312 | 20 | 0 | | | 20 | 20 |
| 313 | 19 | 2 | | | 17 | 19 |
| 314 | 20 | 17 | 3 | | 0 | 20 |
| 315 | 9 | 0 | | | 9 | 9 |
| 316 | 0 | 0 | | | 0 | 0 |
| 317 | 15 | 0 | | | 15 | 15 |
| 318 | 20 | 0 | | | 20 | 20 |
| 319 | 19 | 0 | | | 19 | 19 |
| 320 | 19 | 0 | | | 19 | 19 |
| 321 | 2 | 2 | 0 | | 0 | 2 |
| 322 | 20 | 19 | 1 | | 0 | 20 |
| 323 | 19 | 15 | 4 | | 0 | 19 |
| 324 | 19 | 17 | 2 | | 0 | 19 |
| 325 | 12 | 11 | 1 | | 0 | 12 |
| 326 | 0 | 0 | 0 | | 0 | 0 |
| 327 | 2 | 1 | 1 | | 0 | 2 |
| 328 | 0 | 0 | 0 | | 0 | 0 |
| 329 | 19 | 17 | 2 | | 0 | 19 |
| 330 | 17 | 17 | 0 | | 0 | 17 |
| 331 | 17 | 14 | 3 | | 0 | 17 |
| 332 | 0 | 0 | 0 | | 0 | 0 |
| 333 | 16 | 14 | 2 | | 0 | 16 |
| 334 | 20 | 13 | 7 | | 0 | 20 |
| 335 | 20 | 12 | 8 | | 0 | 20 |
| 336 | 20 | 12 | 7 | 1 | 0 | 20 |
| 337 | 20 | 12 | 8 | | 0 | 20 |
| 338 | 19 | 16 | 2 | 1 | | 19 |
| 339 | 20 | 13 | 7 | | | 20 |
| 340 | 19 | 13 | 6 | | | 19 |
| 341 | 5 | 3 | 1 | 1 | | 5 |
| 342 | 0 | 0 | 0 | | | 0 |
| 343 | 17 | 10 | 7 | | | 17 |
| 344 | 0 | 0 | 0 | | | 0 |
| 345 | 20 | 13 | 7 | | | 20 |
| 346 | 20 | 17 | 2 | | 1 | 20 |
| 347 | 5 | 3 | 2 | | | 5 |
| 348 | 0 | 0 | 0 | | | 0 |
| 349 | 20 | 6 | 14 | | | 20 |
| 350 | 11 | 0 | 11 | | | 11 |
| 351 | 19 | 12 | 7 | | | 19 |
| 352 | 20 | 10 | 10 | | | 20 |
| 353 | 20 | 19 | 1 | | | 20 |
| 354 | 18 | 17 | 1 | | | 18 |
| 355 | 19 | 5 | 14 | | | 19 |
| 356 | 20 | 14 | 6 | | | 20 |
| 357 | 18 | 16 | 2 | | | 18 |
| 358 | 17 | 12 | 5 | | | 17 |
| 359 | 20 | 15 | 5 | | | 20 |
| 360 | 17 | 11 | 6 | | | 17 |
| 361 | 20 | 15 | 5 | | | 20 |
| 362 | 20 | 14 | 6 | | | 20 |
| 363 | 20 | 11 | 9 | | | 20 |
| 364 | 20 | 14 | 6 | | | 20 |
| 365 | 20 | 19 | 1 | | | 20 |
| 366 | 20 | 19 | | | 1 | 20 |
| 367 | 20 | 15 | 5 | | | 20 |
| 368 | 20 | 10 | 8 | 2 | | 20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 369 | 20 | 16 | 4 | | | 20 |
| 370 | 20 | 17 | 3 | | | 20 |
| 371 | 18 | 16 | 2 | | | 18 |
| 372 | 19 | 13 | 6 | | | 19 |
| 373 | 20 | 18 | 2 | | | 20 |
| 374 | 18 | 12 | 6 | | | 18 |
| 375 | 20 | 13 | 7 | | | 20 |
| 376 | 0 | 0 | | | | 0 |
| 377 | 20 | 19 | 1 | | | 20 |
| 378 | 20 | 18 | 2 | | | 20 |
| 379 | 19 | 11 | 8 | | | 19 |
| 380 | 20 | 13 | 7 | | | 20 |
| 381 | 18 | 14 | 4 | | | 18 |
| 382 | 17 | 8 | 9 | | | 17 |
| 383 | 19 | 11 | 8 | | | 19 |
| 384 | 20 | 14 | 6 | | | 20 |
| 385 | 12 | 9 | 3 | | | 12 |
| 386 | 19 | 10 | 9 | | | 19 |
| 387 | 19 | 13 | 5 | 1 | | 19 |
| 388 | 20 | 9 | 11 | | | 20 |
| 389 | 19 | 12 | 7 | | | 19 |
| 390 | 20 | 18 | 1 | 1 | | 20 |
| 391 | 20 | 0 | | | 20 | 20 |
| 392 | 18 | 0 | | | 18 | 18 |
| 393 | 11 | 11 | 0 | | | 11 |
| 394 | 0 | 0 | 0 | | | 0 |
| 395 | 13 | 8 | 4 | 1 | | 13 |
| 396 | 0 | 0 | 0 | | | 0 |
| 397 | 17 | 10 | 7 | | | 17 |
| 398 | 0 | 0 | 0 | | | 0 |
| 399 | 15 | 6 | 8 | 1 | | 15 |
| 400 | 20 | 17 | 2 | 1 | | 20 |
| 401 | 20 | 15 | 4 | 1 | | 20 |
| 402 | 20 | 15 | 5 | | | 20 |
| 403 | 12 | 7 | 1 | | 4 | 12 |
| 404 | 0 | 0 | | | 0 | 0 |
| 405 | 1 | 1 | 0 | | | 1 |
| 406 | 0 | 0 | 0 | | | 0 |
| 407 | 12 | 0 | | | 12 | 12 |
| 408 | 0 | 0 | | | 0 | 0 |
| 409 | 7 | 0 | | | 7 | 7 |
| 410 | 0 | 0 | | | 0 | 0 |
| 411 | 4 | 0 | | | 4 | 4 |
| 412 | 0 | 0 | | | 0 | 0 |
| 413 | 8 | 0 | | | 8 | 8 |
| 414 | 0 | 0 | | | 0 | 0 |
| 415 | 0 | 0 | | | 0 | 0 |
| 416 | 4 | 0 | | | 4 | 4 |
| 417 | 17 | 17 | 0 | | | 17 |
| 418 | 18 | 13 | 5 | | | 18 |
| 419 | 20 | 14 | 6 | | | 20 |
| 420 | 17 | 9 | 8 | | | 17 |
| 421 | 11 | 8 | 3 | | | 11 |
| 422 | 19 | 14 | 5 | | | 19 |
| 423 | 20 | 8 | 12 | | | 20 |
| 424 | 2 | 0 | 2 | | | 2 |
| 425 | 20 | 13 | 7 | | | 20 |
| 426 | 19 | 16 | 3 | | | 19 |
| 427 | 12 | 7 | 5 | | | 12 |
| 428 | 0 | 0 | 0 | | | 0 |
| 429 | 19 | 11 | 8 | | | 19 |
| 430 | 18 | 13 | 5 | | | 18 |
| 431 | 20 | 11 | 9 | | | 20 |
| 432 | 18 | 10 | 8 | | | 18 |
| 433 | 20 | 13 | 7 | | | 20 |
| 434 | 19 | 13 | 5 | 1 | | 19 |
| 435 | 18 | 0 | | | 18 | 18 |
| 436 | 0 | 0 | | | 0 | 0 |
| 437 | 20 | 0 | | | 20 | 20 |
| 438 | 20 | 0 | | | 20 | 20 |
| 439 | 4 | 4 | 0 | | | 4 |
| 440 | 0 | 0 | 0 | | | 0 |
| 441 | 15 | 10 | 5 | | | 15 |
| 442 | 0 | 0 | 0 | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 443 | 19 | 9 | 10 | | | 19 |
| 444 | 19 | 15 | 4 | | | 19 |
| 445 | 12 | 7 | 5 | | | 12 |
| 446 | 0 | 0 | 0 | | | 0 |
| 447 | 18 | 10 | 8 | | | 18 |
| 448 | 20 | 13 | 7 | | | 20 |
| 449 | 20 | 12 | 8 | | | 20 |
| 450 | 20 | 17 | 3 | | | 20 |
| 451 | 19 | 14 | 5 | | | 19 |
| 452 | 20 | 16 | 3 | 1 | | 20 |
| 453 | 11 | 2 | 9 | | | 11 |
| 454 | 20 | 20 | 0 | | | 20 |
| 455 | 10 | 6 | 4 | | | 10 |
| 456 | 19 | 15 | 4 | | | 19 |
| 457 | 20 | 16 | 4 | | | 20 |
| 458 | 20 | 16 | 4 | | | 20 |
| 459 | 19 | 16 | 3 | | | 19 |
| 460 | 19 | 14 | 5 | | | 19 |
| 461 | 14 | 8 | 6 | | | 14 |
| 462 | 0 | 0 | 0 | | | 0 |
| 463 | 18 | | | | 18 | 18 |
| 464 | 0 | 0 | 0 | | 0 | 0 |
| 465 | 19 | 16 | 3 | | | 19 |
| 466 | 2 | 2 | 0 | | | 2 |
| 467 | 19 | 9 | 10 | | | 19 |
| 468 | 19 | 7 | 12 | | | 19 |
| 469 | 19 | 14 | 5 | | | 19 |
| 470 | 20 | 13 | 7 | | | 20 |
| 471 | 9 | 4 | 5 | | | 9 |
| 472 | 0 | 0 | 0 | | | 0 |
| 473 | 20 | 14 | 6 | | | 20 |
| 474 | 4 | 3 | 1 | | | 4 |
| 475 | 20 | 15 | 4 | 1 | | 20 |
| 476 | 20 | 18 | 1 | 1 | | 20 |
| 477 | 20 | 14 | 6 | | | 20 |
| 478 | 20 | 16 | 4 | | | 20 |
| 479 | 8 | 7 | 1 | | | 8 |
| 480 | 0 | 0 | | | | 0 |
| 481 | 16 | 10 | 6 | | | 16 |
| 482 | 18 | 12 | 6 | | | 18 |
| 483 | 20 | 13 | 6 | 1 | | 20 |
| 484 | 20 | 15 | 5 | | | 20 |
| 485 | 20 | 15 | 5 | | | 20 |
| 486 | 19 | 15 | 4 | | | 19 |
| 487 | 20 | 16 | 4 | | | 20 |
| 488 | 20 | 18 | 2 | | | 20 |
| 489 | 20 | 12 | 8 | | | 20 |
| 490 | 20 | 20 | 0 | | | 20 |
| 491 | 20 | 14 | 6 | | | 20 |
| 492 | 19 | 19 | 0 | | | 19 |
| 493 | 20 | 20 | 0 | | | 20 |
| 494 | 20 | 18 | 2 | | | 20 |
| 495 | 13 | 6 | 7 | | | 13 |
| 496 | 0 | 0 | 0 | | | 0 |
| 497 | 20 | 19 | 1 | | | 20 |
| 498 | 20 | 20 | 0 | | | 20 |
| 499 | 19 | 16 | 3 | | | 19 |
| 500 | 20 | 15 | 5 | | | 20 |
| 501 | 20 | 19 | 1 | | | 20 |
| 502 | 20 | 15 | 5 | | | 20 |
| 503 | 20 | 14 | 5 | 1 | | 20 |
| 504 | 18 | 12 | 6 | | | 18 |
| 505 | 19 | 12 | 7 | | | 19 |
| 506 | 20 | 12 | 8 | | | 20 |
| 507 | 10 | 9 | 1 | | | 10 |
| 508 | 0 | 0 | 0 | | | 0 |
| 509 | 19 | 16 | 3 | | | 19 |
| 510 | 20 | 16 | 4 | | | 20 |
| 511 | 19 | 9 | 10 | | | 19 |
| 512 | 19 | 18 | 1 | | | 19 |
| 513 | 19 | 14 | 5 | | | 19 |
| 514 | 20 | 11 | 9 | | | 20 |
| 515 | 4 | 3 | 1 | | | 4 |
| 516 | 0 | 0 | 0 | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 517 | 19 | 8 | 11 | | | 19 |
| 518 | 0 | 0 | 0 | | | 0 |
| 519 | 18 | 15 | 3 | | | 18 |
| 520 | 5 | 2 | 3 | | | 5 |
| | | | | | | 0 |
| | | | | | | 0 |
| | 8051 | 2705 | 1012 | 28 | 4306 | 8051 |