# Exhibit 11

## Clerk's Initial Detailed Spreadsheet
## (Apr. 15, 2026)

| Page # | Name | Not Registered CW/address outside of CW | Voter Roll address does not match petition form |
|---|---|---|---|
| 1 | M. HOSKINS | LA | |
| 1 | J.HOSKINS | NR | |
| 1 | A. ORLIK | LTF | |
| 1 | N. STARPOLI | NR | |
| 3 | C. HARTMAN | DTF | |
| 3 | E. EPPERSON | OM | |
| 4 | J. GILLIAM | DN | |
| 4 | M. GILLIAM | DN | |
| 4 | M. JOSEPH | CTF | |
| 4 | M. JONES | HR | |
| 4 | P. TURNER | | X |
| 5 | Navez, C | CTF | |
| 5 | Harvey, R | CTF | |
| 5 | Shehata, M | | |
| 7 | R. HART | NR | |
| 7 | K. LUDWIG | | X |
| 7 | R. PEREZ | NR | |
| 7 | A. JONES | | X |
| 7 | V. JORGE | NR | |
| 8 | J. FRIEND | NR | |
| 15 | R. DEGARMO | NR | |
| 28 | Zimmer, O | NR | |
| 157 | King, D | | different address |
| 157 | Smith, J | | incomplete address |
| 209 | R. FIELD | DTF | |
| 209 | A. PROFFITT | CTF | |
| 209 | L. MORAN | NR | |
| 209 | R. LESLIE | DTF | |
| 210 | A.AVDIC | NR | |
| 210 | P. KROBLOCH | SM | |
| 210 | I. HUFF | NR | |
| 210 | K. HARTMAN | LA | |
| 210 | R. KECI | DN | |
| 213 | Heath, W | NR | |
| 213 | Kauffman, N | NR | |
| 213 | Miller, B | NR | |
| 213 | Tidwell. S | NR | |
| 213 | Bavas, G | Different Address | |
| 213 | Paul, T | CTF | |
| 213 | Miller, J | CTF | |
| 214 | Sipes, J | FSMT | |
| 214 | Dixon, C | NR | |
| 214 | Goad, S | FMST | |
| 215 | J. DE LA ROSA | NR | |
| 215 | J. GOULISH | NR | |
| 215 | K. KAHL | SM | |
| 216 | P. GONZALEZ | CTF | |
| 216 | W. CORMIER | CTF | |
| 216 | J. HILL | CTF | |
| 216 | N. ARGIRIS | NR | |
| 216 | M. MCCALL | NR | |
| 218 | Rodriguez, J | NR | |
| 218 | DeMartino, T | NR | |
| 218 | Phillips, L | NR | |
| 218 | Blythe, S | FSMT | |
| 221 | D. NOVO | PHMT | |
| 221 | E. RAMIREZ | HR | |
| 222 | A. CANTILLO | NR | |
| 222 | P. HALEY | NR | |
| 222 | K. HARRMAN | FSMT | |
| 222 | J. WHALEY | CTF | |
| 222 | R. JACKSON | | X |
| 222 | R. WILSON | CTF | |
| 237 | Rasor, J | NR | |
| 237 | Finnegan, V | NR | |
| 238 | Smitley, K | NR | |
| 247 | J. ADAMAK | NR | |
| 247 | L. BUTTON | NR | |
| 248 | G. HUFF | CTF | |
| 248 | R. VALENCIA | NR | |
| 248 | N. BUCHWATTER | NR | |
| 249 | J. SPEARS | LA | |
| 249 | M. MCMANUS | CTF | |
| 249 | G. GEHO | NR | |

| | | | |
|---|---|---|---|
| 249 S. CLORRING | CTF | | |
| 250 M. MICHALIK | CTF | | |
| 250 S. MUFFLEY | NR | | |
| 250 A. PARCEL | CTF | | |
| 254 Floyd, G | NR | | |
| 258 Conley, M | NR | | |
| 258 Hamlett, C | NR | | |
| 258 Brown, M | NR | | |
| 258 Light..., D | DN | | |
| 259 J. GARCIA | NR | | |
| 261 H. PARKER | NR | | |
| 261 D. SWINDLEHURST | CTF | | |
| 261 S. HENDERSON | CTF | | |
| 261 A. JACKSON | NR | | |
| 261 M. JAKUBOWSKI | PP | | |
| 261 T. SMITH | LTF | | |
| 261 P. WEISS | NR | | |
| 261 N. PERNINI | LA | | |
| 261 J. PERNINI | LA | | |
| 261 A. PREUS | NR | | |
| 261 K. THIBODEAU | LTF | | |
| 262 K. DONOVAN | LA | | |
| 262 N. WIGHT | LA | | |
| 262 J. SOHEYS | CTF | | |
| 263 S. YEATES | HPTF | | |
| 263 C. MURPHY | NR | | |
| 263 R. GOBER | CTF | | |
| 263 L. GERMONY | NR | | |
| 263 M. BUNNELL | CTF | | |
| 263 V. BARRON | | X | |
| 263 K. TEDESCHI | CTF | | |
| 263 C. SPROWES | NR | | |
| 263 E. FEW | LA | | |
| 263 J. WEBER | HPTF | | |
| 263 A. JOU... | LA | | |
| 263 C. MCDONALD | CTF | | |
| 263 A. ALLEN | CTF | | |
| 264 R. CORONEL | NR | | |
| 264 B. ALBUYS | NR | | |
| 264 L. NEIL | CTF | | |
| 264 R. PRICE | HPTF | | |
| 264 C. SCHEINMAN | DTF | | |
| 264 G. WILLIAMSON | NR | | |
| 265 Schadt, S | NR | | |
| 265 Carter, B | NR | | |
| 266 Finocchio, J | NR | | |
| 266 Berman, J | NR | | |
| 266 Defrances, R | NR | | |
| 266 Henley, W | NR | | |
| 266 Bowing, D | NR | | |
| 267 M. WILSON | NR | | Note - there is a Megan A Wilson at diff address |
| 267 C. BODIN | NR | | |
| 267 S. TAGUE | CTF | | |
| 267 R MCCALL | NR | | |
| 268 C. FERRIS | NR | | |
| 268 M. BURKE | HPTF | | |
| 268 C.T. HO | | | |
| 268 M. ULMER | NR | | |
| 268 A. HARLAND | CTF | | |
| 268 T. KHALIL | LA | | |
| 268 M. KHALIL | LA | | |
| 271 D. LATHAM | LA | | |
| 271 M. GALLOWAY | HPTF | | |
| 271 A. GALLOWAY | HPTF | | |
| 272 B. CLARK | CTF | | |
| 272 M. SINGER | NR | | |
| 273 A. HELENSKI | HPTF | | |
| 273 M. MARCOS | NR | | |
| 273 J. MOONEY | | X | |
| 274 I. BERG | CTF | | |
| 275 L. ANDERSON | CTF | | |
| 275 B. PRESTIGIACOMO | | | |
| 275 D. RATCLIFFE | | | |
| 275 C. BATTIE | SIGNED PRIOR TO BEING REGISTERED | | |
| 275 D. KARVELAS | CTF | | |

| Num | Name | Code | Note |
|---|---|---|---|
| 275 | R. NODAR | LA | |
| 276 | S. MARTIN | NR | |
| 276 | T. DONKOR | NR | |
| 276 | K. HAYES | CTF | |
| 276 | V. GARBLA | CTF | |
| 277 | R. LEBRON | | X |
| 277 | S. DEPOMPEI | BL | |
| 277 | B. DEPOMPEI | BL | |
| 277 | A. BURKEL | BB | |
| 279 | T. SCALI | | |
| 279 | A. LYONS | BL | |
| 279 | E. DONOVAN | BL | |
| 279 | M. TALBERT | LA | |
| 279 | A. HALL | ETF | |
| 281 | S HARTMAN | LA | |
| 281 | L. SCHMIDT | LA | |
| 281 | L. BROOKS | NR | |
| 282 | A. ZIFFER | DN | |
| 282 | M. CASTRO | NR | |
| 282 | B. DUFFY | | X |
| 282 | A. HEERA | CTF | |
| 282 | J. BROOKS | | |
| 283 | S. SALSINI | | |
| 283 | D. CODOL | NR | |
| 283 | F. WIBLITZHOUSER | | |
| 283 | P. DICKINSON | | X |
| 283 | D. LOPEZ | LTF | |
| 283 | J. TORRES | LTF | |
| 283 | T. GREZBIEN | NR | |
| 284 | R. GROMER | LA | |
| 284 | A. BENDER | PP | |
| 284 | L, JONES | NR | |
| 284 | F. GONTIER | | |
| 287 | Meman, A | NR | |
| 287 | Plank, K | NR | |
| 287 | Cusumano, J | NR | |
| 287 | McSorely, L | BL | |
| 288 | Margaret, M | NR | |
| 288 | Ostermanchner, D | NR | |
| 288 | Kyle, K | NR | |
| 291 | S. LISOWSKI | LA | |
| 291 | A. COLLONDS | NR | |
| 291 | D. ADEYENO | NR | |
| 291 | M. BALI | CTF | |
| 291 | L. BRESINGER | NR | |
| 291 | N. VOS | BL | |
| 291 | C. CORMIER | CTF | |
| 291 | Arnold, H | NR | |
| 292 | W. RANDLES | NR | |
| 292 | A. TEPETADE | NR | |
| 292 | M. JONES | CTF | |
| 292 | E. ANTENCR | | ADDRESS NOT LEGIBLE |
| 295 | B. LEBOULCH | NR | |
| 295 | A. ORTIZ | NR | |
| 295 | C. RACH | NR | |
| 295 | A. RIOS | NR | |
| 295 | A. LAKES | NR | |
| 295 | N. TOWNSEND | NR | |
| 295 | M. JAMES | NR | |
| 295 | C. VALADEZ | NR | |
| 296 | R. COLINDERS | | X |
| 297 | Alvarado, M | NR | |
| 297 | Johnston, E | NR | |
| 297 | Caudillo, S | NR | |
| 299 | T. MONTANA | CTF | |
| 299 | L. GRIFFIN | LTF | |
| 299 | S. SEWAR | | |
| 299 | S. JAMES | | |
| 299 | S. GERGES | BL | |
| 299 | J. DEUTSH | | |
| 299 | C, MICHALIK | CTF | |
| 299 | L. LEONARD | PHMT | |
| 300 | B. HAM | | |
| 300 | B. COLEMAN | CTF | |
| 300 | K. MCBETH | LA | |

| Lot | Name | Code | Note |
|---|---|---|---|
| 300 | J. BRANCHI | CTF | |
| 300 | M. SMITH | CTF | |
| 300 | J. MCKEE | CTF | |
| 300 | L. GARCIA | LA | |
| 300 | A. GARCIA | CTF | |
| 301 | Biesinger, M | SP | |
| 301 | Hotho, E | | |
| 303 | F. HOPKINS | | |
| 303 | C. SCHNEIDER | | |
| 304 | S. NOVO | PHMT | |
| 304 | B. HAMER | | |
| 304 | J. SCHER | CTF | |
| 304 | M. GONZALEZ | CTF | |
| 305 | J. MURPHY | | NOT LEGIBLE |
| 305 | C. MERRITT | LA | |
| 305 | L. OHANLAN | CTF | |
| 305 | M. SCHETTNER | | |
| 305 | A. CURCHILL | | |
| 305 | N. BEAUDREAU | LA | |
| 305 | H. ISAS-PAULNO | CTF | |
| 309 | J. ST H... | DTF | |
| 309 | J. GREBIN | | |
| 309 | S. SUTKOWY | DTF | |
| 309 | M. GUREVITZ | DTF | |
| 309 | I. POPV | LA | |
| 309 | C. DIAZ | | X |
| 309 | G. OETTING | | |
| 309 | J. DREES | | |
| 309 | L. NANGANO | | |
| 309 | J. WALSH | HPTF | |
| 309 | M. HARTNER | LA | |
| 309 | B. HARTNER | LA | |
| 309 | E. BENNETT | | |
| 310 | MICHALIK M | CTF | |
| 310 | MICHALIK D | CTF | |
| 310 | WILSON G | | |
| 310 | D... D | | PROTECTED |
| 310 | SIMON A | | NO LOT # |
| 310 | SIMON J | | NO LOT # |
| 314 | Rodriguez, J | NR | |
| 314 | Oracios, P | NR | |
| 314 | Queredo, C | NR | |
| 322 | BOLTS M | | |
| 323 | SIRA S | CTF | |
| 323 | MCALISTER V | | |
| 323 | GINEX C | | |
| 323 | KERN E | | |
| 324 | WUNDERMAN A | | |
| 324 | MUELLER C | | |
| 325 | OLSON B | ETF | |
| 327 | HANDE D | | |
| 329 | RIOS S | | |
| 329 | GATRAS G | PHMT | |
| 331 | NANEAL R | | |
| 331 | TALCOTT G | | |
| 331 | L BLYTHE | | |
| 333 | SANDERS A | | |
| 333 | JONES C | | |
| 334 | A. SORTINO | CTF | |
| 334 | J. PADILLA | | |
| 334 | C. HERSHEY | LA | |
| 334 | L. WOOD | | |
| 334 | O.SMITH | | |
| 334 | GEORGE | | |
| 334 | R, R | not legible | |
| 335 | J. FRENCHETTE | LA | |
| 335 | L. A... | LA | |
| 335 | H. DYRING | LTF | |
| 335 | C X SHI | | |
| 335 | D. HANCOCK | CTF | |
| 335 | J. YEASTING | DTF | |
| 335 | M. HOLCOMB | | |
| 335 | J. CAPONE | CTF | |
| 336 | R. STREICHER | | |
| 336 | L. FAUST | CTF | |

| | | | |
|---|---|---|---|
| 336 H. SAMONTE | CTF | | |
| 336 D. HICKL | | X | |
| 336 A. VEHABOC | DN | | |
| 336 H. KANTOR | HPTF | | |
| 336 A. HERNANDEZ | HPTF | | |
| 336 J. ELAN | | | |
| 337 C. VERGARA TOBIAS | BL | | |
| 337 T. HIEL | NR | | |
| 337 J. POLLHILL | NR | | |
| 337 A. BOOS | NR | | |
| 337 A. DAVIS | NR | | |
| 337 A. BROOKS | NR | | |
| 337 L. BRYANT | NR | | |
| 337 A. ILIC | NR | | |
| 338 M. JONES | | X | |
| 338 A. YOUNG | | | |
| 338 J. OSBUN | CTF | | |
| 339 S LOUIS | | | |
| 339 H WASHER | | | |
| 339 J TOCE | | | |
| 339 S GERAY | | | |
| 339 S BUFANO | | | |
| 339 V GATTI | SRTU | | |
| 339 P HITCHCOCK | CTF | | |
| 340 R SCHWEMLEY | | | |
| 340 M DINAPOLI | CTF | | |
| 340 E PARKS | | | |
| 340 D JONES | | | |
| 340 L SCHRADER | LA | | |
| 340 R HARRIS | | | |
| 341 N ODKAN | | DIFFERENT ADDRESS | |
| 341 O MANUEL | | | |
| 343 N ODONOGHUE | | | |
| 343 C SINGER | DTF | | |
| 343 D WINCKLER | LTF | | |
| 343 M RAWE | DTF | | |
| 343 M SACHS | | | |
| 343 K GLASSELL | CTF | | |
| 343 E HEITZ | DTF | | |
| 345 S SILVER | DN | | |
| 345 R MANSON | | | |
| 345 K RANDAZZO | HPTF | | |
| 345 M KOULOUVARIS | DTF | | |
| 345 B LUND | DTF | | |
| 345 N PANNETON | CTF | | |
| 345 A PANNETON | CTF | | |
| 346 V BUTLAND | | | |
| 346 J MADDEN | LA | | |
| 347 M RIOS | | | |
| 347 M GORDON | HPTF | | |
| 349 E TORRES | | | |
| 349 E TORRES | | | |
| 349 A HERNANDEZ | | | |
| 349 A FLORES | | | |
| 349 C ORTIZ | | | |
| 349 J BETTRON | | | |
| 349 O CRUZ | | | |
| 349 A CONDA | | | |
| 349 I BETTRON | | | |
| 349 T WALTER | HPTF | | |
| 349 J RUSCH | DN | | |
| 349 C COLBERT | | | |
| 349 A | | ILLEGIBLE | |
| 349 T COLBERT | | | |
| 350 N COLEMAN | DN | | |
| 350 G LEE | PH | | |
| 350 L CHARREZ | TS | | |
| 350 B AMARANTINIS | PH | | |
| 350 N AMARANTINIS | PH | | |
| 350 B NICHOLS | | | |
| 350 P DEXTER | | | |
| 350 T STEPHENS | DN | | |
| 350 J KOPPLIN | PH | | |
| 350 E VERHAYDEN | | | |
| 350 I R | | INCOMPLETE ADDRESS | |

| | | | |
|---|---|---|---|
| 351 De La Cruz, A | LA | | |
| 351 Willis, N | | | |
| 351 Desouza, K | | | |
| 351 Lewis. P | CTF | | |
| 351 K, S | | | |
| 351 Lourenco, M | DN | | |
| 351 Dietz, H | | | |
| 352 M SMITH | DTF | | |
| 352 S KAPOBOUT | DTF | | |
| 352 T PETERSON | LA | | |
| 352 T PAEPSASAVATH | CTF | | |
| 352 O MARTINEZ | | | |
| 352 D HOOPER | | | |
| 352 J ANDERSON | | | |
| 352 H FISHER | PHMT | | |
| 352 P MCKEE | CTF | | |
| 352 CHURCHILL, K | | | |
| 353 A WERLY | | | |
| 354 D CZERNIAWSKI | | | |
| 355 D BURST | CTF | | |
| 355 B NAJERA | CTF | | |
| 355 A NAJERA | CTF | | |
| 355 C HAGGERTY | HR | | |
| 355 T HAGGERTY | HR | | |
| 355 J HAGGERTY | HR | | |
| 355 P BURNS | CTF | | |
| 355 J BURNS | CTF | | |
| 355 J GROTE | CTF | | |
| 355 J CHAPMAN | LA | | |
| 355 C CHAPMAN | LA | | |
| 355 E CLAUSEN | | | |
| 355 D BONE | | | |
| 355 K MIMS | HPTF | | |
| 356 J DARBY | LA | | |
| 356 N FIELD | PHMT | | |
| 356 D BELL | CTF | | |
| 356 J BLATTENBURGER | CTF | | |
| 356 S BLATTENBURGER | CTF | | |
| 356 C BRUST | CTF | | |
| 357 T SZIRKO | LA | | |
| 357 K LAM | | | |
| 358 H DANIELS | | | |
| 358 C RAISCH | | | |
| 358 V RAISCH | | | |
| 358 K PIYAR | | | NO ADDRESS |
| 358 REECE, B | CTF | | |
| 359 R EDONIS | | | |
| 359 R HITCHCOCK | | | |
| 359 S A | | | ILLEGIBLE |
| 359 P IDENSLEY | LA | | |
| 359 K CRAVER | LA | | |
| 360 N HUGHES | | | |
| 360 R HUGHES | | | |
| 360 G KERN | | | |
| 360 S MASTANDRE | | | |
| 360 M SHAVER | NR | | |
| 360 K STANTZ | NR | | |
| 361 T TRAN | NO ADDRESS | | |
| 361 P. J | BL | | |
| 361 M. PALMER | NR | | |
| 361 V. GODFREY | DN | | |
| 361 P. BALMER | NR | | |
| 362 N. JANI | | | |
| 362 M. JANI | | | |
| 362 R. OBRIEN | CTF | | |
| 362 J. COLEMAN | | | |
| 362 J. RIBALTA | PHMT | | |
| 362 N. HALL | CTF | | |
| 363 B. SULLIVAN | HPTF | | |
| 363 M. SULIAO | | | |
| 363 D. HULL | | | |
| 363 K. ROBINSON | CTF | | |
| 363 C. LEVINE | CTF | | |
| 363 A. M | | | |
| 363 F. MCMAHON | | | |

| | | | |
|---|---|---|---|
| 363 C. HOFSTETER | CTF | | |
| 363 IJ. Levine | CTF | | |
| 364 K. PENNEL | LA | | |
| 364 K.A. | HPTF | | |
| 364 M. KRUCHTEN | LA | | |
| 364 D. BARRETT | PP | | |
| 364 J. WINK | SP | | |
| 364 E. FLORENCE | CTF | | |
| 365 K. COLON | | | |
| 367 D. PENNELL | | | |
| 367 E. LOVEJOY | LA | | |
| 367 B. MALLORY | | | |
| 367 D, BAYER | | | |
| 367 D. HARRIS | | | |
| 368 M. HALL | BTF | | |
| 368 J. WAZ | | | |
| 368 J. DONAHAY | | | |
| 368 M. THOMAS | | | |
| 368 J. BURGESS | | | |
| 368 B. CRAVES | | | |
| 368 G. NORMAN | | | |
| 368 K. SOWERS | | | |
| 368 O. MALKOVA | | X | |
| 368 B.H. | ADDRESS LISTED IN OLDSMAR | | |
| 369 E KUHNLE | DN | | |
| 369 S WORBY | | | |
| 369 D TRUCK | | | |
| 369 V VITIE HALO | | | |
| 370 J HUDCOVA | | | |
| 370 J DELEON | | | |
| 370 R BUODON | | | |
| 371 S PAERMO | HPTF | | |
| 371 V MCGINN | | | |
| 372 J MEDINA | | | |
| 372 S FOLEY | CTF | | |
| 372 E PASTILHA | | | |
| 372 Z SEKULSKI | LTF | | |
| 372 C MIERAS | | | |
| 372 J EDWARDS | | | |
| 373 J BRFPH | | | |
| 373 A MCGROARTY | | | |
| 374 A YAROW-DAVIDSON | | | |
| 374 J ARRINFTON | CTF | | |
| 374 M ELLIOTT | LTF | | |
| 374 A ELLIOTT | LTF | | |
| 374 M MILLER | LA | | |
| 374 B MILLER | | | |
| 375 B ELDER | | | |
| 375 S STELLER | | | |
| 375 K STELLER | | | |
| 375 K STELLER | | | |
| 375 M CISMROS | | | |
| 375 J MCKENNON | PHMT | | |
| 375 A ZUEREB | CTF | | |
| 377 W MESSER | | | |
| 378 M WILLIAMS | | | |
| 378 T LAPLANTE | | | |
| 379 A LEBRON | | | |
| 379 T EBY | | | |
| 379 N KELLOGG | LA | | |
| 379 G TRIELOFF | LA | | |
| 379 J BERFGLUND | CTF | | |
| 379 E DIAZ | DTF | | |
| 379 L ROSA | CTF | | |
| 379 R ROSA | CTF | | |
| 380 A KATAYA | PHMT | | |
| 380 E MOORE | | | |
| 380 M PASCO | PP | | |
| 380 M FLORES | PHMT | | |
| 380 R OCONNOR | CTF | | |
| 380 O OCONNOR | CTF | | |
| 380 D LESSITER | SRTU | | |
| 381 N QUINTANILLA | | | |
| 381 D MCNED | | | |
| 381 R OHMAN | ETF | | |

| | | |
|---|---|---|
| 381 | O MCCLELLAND | SP |
| 382 | V WILKES | BL |
| 382 | K AKKARI | DTF |
| 382 | J KOULOUVARIS | DTF |
| 382 | I FREITAS | CTF |
| 382 | S ORDNER | LA |
| 382 | D BRALSFORD | |
| 382 | J BOOKER | |
| 382 | M VOSPER | |
| 382 | E VOSPER | |
| 383 | INFANTE-PELANCO, H | NR |
| 383 | GALLOWAY, K | SP |
| 383 | PALERMO, L | HPTF |
| 383 | PALERMO, M | HPTF |
| 383 | HAYES, J | NR |
| 383 | HAYES, P.W. | NR |
| 383 | HAYES, L | NR |
| 383 | HOLBROOK, R | HPTF |
| 384 | JOHNSON, S | CTF |
| 384 | JOHNSON, K | CTF |
| 384 | TEPES, K | CTF |
| 384 | HERNANDEZ, K | NR |
| 384 | RADDATZ, R | NR |
| 384 | JACKSON, C | NR |
| 385 | MAZWELL, K | SIGNED ON 12/31/25, REGISTERED 1/6/26 |
| 385 | WHITM..., C | NR |
| 385 | SARACENO, L | NR |
| 386 | SERN, E | NR |
| 386 | SILVA, K | CTF |
| 386 | BENAVIDES, A | NR |
| 386 | APGO, J | NR |
| 386 | LIENECK, C | OM |
| 386 | LEEMAN, J | LTF |
| 386 | ORITZ, C | LTF |
| 386 | COLE, K | CTF |
| 386 | CALANDRA, G | CTF |
| 387 | MAFODDA, J | LA |
| 387 | ARANA, S | DIFFERENT ADDRESS |
| 387 | PIOQUINTO, J | NR |
| 387 | VERGARA, K | LA |
| 387 | MATRANGA, G | LA |
| 387 | LABERGE, R | NR |
| 388 | ZEBLEY, C | CTF |
| 388 | WASILEWSKI, J | CTF |
| 388 | COTE, L | STFU |
| 388 | SAKHATSKY, A | ETF |
| 388 | SHUTTERS, M | DN |
| 388 | CRANDALL, D | CTF |
| 388 | GUERRERO, M | NR |
| 388 | MARTINEZ, J | NR |
| 388 | LESSITER, C | SRTU |
| 388 | TRIELOFF, L | BTF |
| 388 | Trieloff, B | BTF |
| 389 | SEILER, H | NR |
| 389 | LIER, B | CTF |
| 389 | THOMPSON, L | HPTF |
| 389 | SAK, C | CTF |
| 389 | CRAVER, S | LA |
| 389 | ROSADO, K | NR |
| 389 | DE ZEH..., B | NR |
| 390 | HEASLETT, T | DIFFERENT ADDRESS |
| 390 | CALTAGIRONE, M | NR |
| 395 | BOND, R | NR |
| 395 | BRYANT, A | HPTF |
| 395 | PEEK, K | NR |
| 395 | MAYA, B | NR |
| 395 | LEARN, K | DIFFERENT ADDRESS |
| 397 | PATTERSON, B | NO ADDRESS PROVIDED |
| 397 | MONTCHAL, A | STFU |
| 397 | PEREZ, J | NO ADDRESS PROVIDED |
| 397 | ACEVEDO, B | CTF |
| 397 | SOLOMAN, A | CTF |
| 397 | WILLIS, K | NR |
| 397 | JOHNSON, M | PHMT |
| 399 | ROGERS, M | DIFFERENT ADDRESS |

| | | |
|---|---|---|
| 399 | RYAN, J | TS |
| 399 | RAMOS, S | NR |
| 399 | ZIELRA, C | NR |
| 399 | RONALD, L | NR |
| 399 | SHORT, M | LTF |
| 399 | SHORT, D | LTF |
| 399 | KEJAWSKI, L | NR |
| 399 | JONES, P | NR |
| 400 | NEYW, A | NR |
| 400 | STACEY, A | NR |
| 400 | NEVILLE, C | DIFFERENT ADDRESS |
| 401 | CHETTA, S | NR |
| 401 | ORLIK, D | LTF |
| 401 | PATRICK, E | NR |
| 401 | CASTONGUAY, W | DIFFERENT ADDRESS |
| 401 | GASPER, T | CTF |
| 402 | MARTIN, K | NR |
| 402 | HINC..., F | SP |
| 402 | MANOJLOVIC, I | NR |
| 402 | GRAHAM, K | CTF |
| 402 | CROZFEL..., K | NR |
| 403 | Kugeares, S | NR |
| 418 | BASIC, N | DTF |
| 418 | MCLANE, B | NR |
| 418 | HUMERICK, M | NR |
| 418 | STEVENS, L | NR |
| 418 | PETERSON, D | NR |
| 419 | GOULET, D | CTF |
| 419 | CLARK, P | CTF |
| 419 | FISHER, S | CTF |
| 419 | VANDERLAAN, C | BB |
| 419 | ROBINSON, K | NR |
| 419 | VANDORLAAN, B | BB |
| 420 | ANDERSON, C | NR |
| 420 | HOUSER, B | CTF |
| 420 | EDWARD, J | NR |
| 420 | KONOCHUK-SIEBOLT, P | DTF |
| 420 | FACEMYER, P | CTF |
| 420 | WRIGHT, S | NR |
| 420 | FERNANDEZ-ROJO, E | CTF |
| 420 | LEONARD, S | CTF |
| 421 | FEDERSPIEL, C | CTF |
| 421 | SW..., C | NR |
| 421 | TAMOURIDES, H | CTF |
| 422 | STUCKEY, D | CTF |
| 422 | SULLIVAN, S | CTF |
| 422 | ROBINSON, R | NR |
| 422 | SIMMONS, J | NR |
| 422 | SHAFER-EWALD, A | NR |
| 423 | KELLY, E | LA |
| 423 | KELLY, T | LA |
| 423 | NORDEN, J | NR |
| 423 | MACKEY, S | NR |
| 423 | VICHETO, J | CTF |
| 423 | JONES, G | NR |
| 423 | ALLEN, T | NR |
| 423 | BURTON, F | NR |
| 423 | PERRY, J | CTF |
| 423 | PERRY, L | CTF |
| 423 | PAYNE, T | CTF |
| 423 | HEWSTON, A | NR |
| 424 | PALYOK, G | NR |
| 424 | BEAK, J | NR |
| 425 | JEFFIRES, B | LA |
| 425 | CUEVAS, M | HPTF |
| 425 | ESPADA, D | CTF |
| 425 | SEISS, P | CTF |
| 425 | LAFOND, D | CTF |
| 425 | MC...P, P | CTF |
| 425 | CELANI, P | CTF |
| 426 | TEAGUE, K | CTF |
| 426 | COLLEON, M | CTF |
| 426 | TREMPAR, A | HPTF |
| 427 | MARTIN, M | DTF |
| 427 | FLORES DE PARDO, V | DTF |

| 427 | KAMENICA, Z | NR |
|---|---|---|
| 427 | HARGETT, H | CTF |
| 427 | KOLBINSKIE, I | DN |
| 429 | SANDERS, D | NR |
| 429 | DEERWESTER, L | NR |
| 429 | PETTIT, A | LTF |
| 429 | HAYES, L | NR |
| 429 | KOLARIC, S | NR |
| 429 | MITROVIC, B | NR |
| 429 | TODORVIC, M | NR |
| 429 | LANGFORD, C | NR |
| 430 | MARSHALL, A | NR |
| 430 | ALL..., D | CTF |
| 430 | CHEE, L | NR |
| 430 | EINSELEN, P | DTF |
| 430 | TAPIA, V | DTF |
| 431 | TACKETT, A | NR |
| 431 | MORRISON, P | NR |
| 431 | CONSTANTINE, A | PHMT |
| 431 | GUILLEN, W | ETF |
| 431 | GUILLEN, H | ETF |
| 431 | GUILLEN, T | ETF |
| 431 | DURAN, J | CTF |
| 431 | PARK, G | NR |
| 431 | PETERSON, K | SP |
| 432 | DALLAROSA, J | CTF |
| 432 | DALLAROSA, V | CTF |
| 432 | ZEHR, S | LA |
| 432 | POPE, T | NR |
| 432 | LERENA, A | NR |
| 432 | PAULO, A | NR |
| 432 | ROBERTS, S | NR |
| 432 | FLESKE, M | NR |
| 433 | MINNIS, K | DN |
| 433 | HAYWARD, M | NR |
| 433 | BERG, D | NR |
| 433 | BRYANT, R | NR |
| 433 | SOMMERS, J | DTF |
| 433 | ESPINOZA CAMPOS, | DTF |
| 433 | ZURKAN, A | BL |
| 434 | TAYLOR, S | SIGNED PRIOR TO VOTER REGISTRATION |
| 434 | SMITH, Z | SIGNED PRIOR TO VOTER REGISTRATION |
| 434 | ECHEZABAL, S | CTF |
| 434 | LANSIQUOT, B | CTF |
| 434 | CHANDOR, M | DTF |
| 434 | RALSTON, M | DIFFERENT ADDRESS |
| 441 | HALLIDAY, M | NR |
| 441 | SERCTES, G | NR |
| 441 | SEISS, N | CTF |
| 441 | WILLIS, C | NR |
| 441 | BECKER, A | NR |
| 443 | GALINDO, L | LA |
| 443 | GALINDO, K | LA |
| 443 | CROW, R | CTF |
| 443 | SIDER.., A | NR |
| 443 | BROOKS, H | NR |
| 443 | RICHARDSON, C | NR |
| 443 | YELLETS, B | CTF |
| 443 | YELLETS, K | CTF |
| 443 | MCCLAIN, I | NR |
| 443 | WILTSE, P | LTF |
| 444 | KANE, S | NR |
| 444 | RAMSEY, K | HPTF |
| 444 | NURRE, S | NR |
| 444 | STEES, C | NR |
| 445 | SULLIVAN, T | NR |
| 445 | MORALES, N | CTF |
| 445 | SANCHEZ, L | CTF |
| 445 | ZUC.., A | NR |
| 445 | ZIMMERMAN, M | NR |
| 447 | MORTON, D | NR |
| 447 | OLIVENBAUM, G | CTF |
| 447 | GEIST, T | CTF |
| 447 | MORI, C | CTF |
| 447 | MORI, S | CTF |

| | | |
|---|---|---|
| 447 | BELTAZA, S | HPTF |
| 447 | KELLOGG, A | HPTF |
| 447 | KELLOGG, T | HPTF |
| 448 | LOGAN, L | TS |
| 448 | ANDERSON, A | DTF |
| 448 | WOOD, S | HPTF |
| 448 | WOODS, D | SP |
| 448 | KIRBY, B | NR |
| 448 | TUCKER, K | NR |
| 448 | AVILA, J | NR |
| 449 | RUSH, T | NR |
| 449 | PETERS, K | LA |
| 449 | ZABONICK, L | CTF |
| 449 | ZABONICK, N | CTF |
| 449 | SILVA, S | NR |
| 449 | CLEVELAND, J | NR |
| 449 | POPE, E | CTF |
| 449 | POPE, N | CTF |
| 450 | POTTER, C | NR |
| 450 | PRASHAD, S | DN |
| 450 | WAFULA, D | NR |
| 451 | BERGERON, B | NR |
| 451 | CARLISLE, L | NR |
| 451 | DAY, R | NR |
| 451 | SULLIVAN, T | NR |
| 451 | HADDADIN, A | NR |
| 452 | ELWOOD, W | NR |
| 452 | STROPKAI, D | NR |
| 452 | JUSKA, M | DIFFERENT ADDRESS |
| 452 | CANTALUPO, P | NR |
| 453 | MUNNA, M | NR |
| 453 | GRAHAM, S | NR |
| 453 | FLEMING, F | CTF |
| 453 | SMITH, K | NR |
| 453 | AVO.., D | NR |
| 453 | RODRIGUEZ, M | DN |
| 453 | MATHIS, E | SP |
| 453 | KOVA, G | LA |
| 453 | AHMED, F | NR |
| 455 | PALMA, J | CTF |
| 455 | FRANTELLIZZI | NR |
| 455 | VEGHTE, T | NR |
| 455 | CITASZ, P | NR |
| 456 | THOMAS, S | NR |
| 456 | SMITH, W | NR |
| 456 | WOODRUFF, C | CTF |
| 456 | AINSWORTH, R | OM |
| 457 | RODGERS, M | HPTF |
| 457 | ARMENTROUT, A | NR |
| 457 | THEM…, | NOT LEGIBLE |
| 457 | PITTS, M | NR |
| 458 | HERRIN, H | DTF |
| 458 | GRAYBILL, S | DTF |
| 458 | HINTZ, R | NR |
| 458 | FREY, G | NR |
| 459 | SULLIVAN, A | CTF |
| 459 | DONALDSON, A | CTF |
| 459 | LINDSAY, C | NR |
| 460 | HARPER, R | HPTF |
| 460 | MERRILL, N | HPTF |
| 460 | NOEUL, N | NR |
| 460 | JONES, W | HPTF |
| 460 | CHAMBERLAIN, A | NR |
| 461 | MILES, J | LA |
| 461 | FOLLMAN, J | NR |
| 461 | DISISTO, M | NR |
| 461 | NOEL, L | NR |
| 461 | KVAAL, G | CTF |
| 461 | SCHMIDT, R | CTF |
| 465 | LEBOULCH, B | NR |
| 465 | ORTIZ, A | NR |
| 465 | MONTANO, M | NR |
| 467 | SUSSMAN, S | CTF |
| 467 | DARLING, G | NR |
| 467 | TYSON, J | NR |

| | | |
|---|---|---|
| 467 | JENSEN, T | NR |
| 467 | HERRERA, p | NR |
| 467 | ZAWRO..., C | NR |
| 467 | SNYDER, J | CTF |
| 467 | SNYDER, W | CTF |
| 467 | ZAW, E | NR |
| 467 | XIONG, N | NR |
| 468 | CELENTONO, W | CTF |
| 468 | LOPEZ, M | NR |
| 468 | MERCELO, A | NR |
| 468 | NEGRON, M | LA |
| 468 | PHILLIPS, L | CTF |
| 468 | A.N. | NOT LEGIBLE |
| 468 | DESTEFAN, C | CTF |
| 468 | DESSTEFANO, E | CTF |
| 468 | RIVERA, N | NR |
| 468 | COMOLLARI, X | NR |
| 468 | BRUNO, M | NR |
| 468 | BURGESS, T | NR |
| 469 | MICHEL, G | NR |
| 469 | MOBLEY, K | CTF |
| 469 | DENNIS, A | NR |
| 469 | YANG, F | NR |
| 469 | ANDRADE, M | CTF |
| 470 | DOBRA, S | NR |
| 470 | LIM, R | ETF |
| 470 | AIGARS | NR |
| 470 | DAMICO | CTF |
| 470 | ABREU, Y | NR |
| 470 | STEPHENS, D | CTF |
| 470 | FLYNN, S | NR |
| 471 | MCCRED, S | PHMT |
| 471 | HARSH, J | NR |
| 471 | ROSE, A | DN |
| 471 | ROSE, K | DN |
| 471 | NOWOTARSKI, J | NR |
| 473 | MEDINA, M | NR |
| 473 | RHODES, P | DN |
| 473 | AUSTEN, S | OLDSMAR |
| 473 | SANTOS, J | NR |
| 473 | DAVIS, R | NR |
| 473 | POLLARD, S | CTF |
| 474 | PALACIO, M | NR |
| 475 | KOKKALIS, D | DIFFERENT ADDRESS |
| 475 | MCKINNEY, M | NR |
| 475 | SEEMAN, L | LTF |
| 475 | COOK, O | LTF |
| 475 | AITKEN, J | NR |
| 476 | STODDARD, D | DIFFERENT ADDRESS |
| 476 | VADIRO, N | NR |
| 477 | HERNON, M | CTF |
| 477 | REEDINGER, R | CTF |
| 477 | CROMER, B | CTF |
| 477 | OLIVENCIA, K | DTF |
| 477 | OLIVENCIA, C | DTF |
| 477 | NUNEZ, V | NR |
| 478 | JABONERO, D | NR |
| 478 | POE, W | NR |
| 478 | TREMBLY, R | DN |
| 478 | TIMLIN, J | NR |
| 479 | Goehringer, G | NR |
| 481 | WALTERS, T | HPTF |
| 481 | DAVIS, M | LA |
| 481 | FILLATTI, | DTF |
| 481 | MILNER, F | CTF |
| 481 | KIGHT, D | LA |
| 481 | SHEA, C | HPTF |
| 482 | KINGSTON, D | LA |
| 482 | KINGSTON, H | LA |
| 482 | MOORE, J | HPTF |
| 482 | PERKINS, J | NR |
| 482 | DEANGELIS, K | NR |
| 482 | MILES, S | LA |
| 483 | FELL, J | NR |
| 483 | BEEBE, H | NR |

| | | |
|---|---|---|
| 483 | ALEJANDRO, L | LA |
| 483 | HAYNOR, A | CTF |
| 483 | HAYNOR, G | CTF |
| 483 | NEWMAN, G | NR |
| 483 | Tambusco, D | different address |
| 484 | FOX, TONI | NR |
| 484 | JACKSON, M | NR |
| 484 | KLINE, A | NR |
| 484 | DIXON, A | NR |
| 484 | REUSS, R | LA |
| 485 | LOPEZ, L | NR |
| 485 | ESCOTT, O | LTF |
| 485 | OLSON, T | DTF |
| 485 | ROSENFIELD, J | NR |
| 485 | SHIVER, T | NR |
| 486 | HOLCOMB, J | NR |
| 486 | M.., RICHARD | NR |
| 486 | S..., ANTHONY | NR |
| 486 | UNGER, S | NR |
| 487 | HOUD, H | NR |
| 487 | DWORIAN, J | NR |
| 487 | FRANCIS, A | NR |
| 487 | CORANT, J | NR |
| 488 | JELLS, C | NR |
| 488 | KUHN, D | NR |
| 489 | CLAROS, M | LA |
| 489 | POYDN, D | LA |
| 489 | SMITH, M | LA |
| 489 | HARRIS, R | NR |
| 489 | WRIGHT, G | NR |
| 489 | PUPKE, T | NR |
| 489 | LEZZI, K | NR |
| 489 | H.., ALEXIS | NR |
| 491 | POUPHO, S | NR |
| 491 | POUPHO, N | NR |
| 491 | WAUGH, M | CTF |
| 491 | CROSS, L | CTF |
| 491 | ARGINS, N | NR |
| 491 | HUGHES, H | CTF |
| 494 | JONES, G | NR |
| 494 | RUMSEY, M | NR |
| 495 | JESILBAS, E | LA |
| 495 | STALKER, P | NR |
| 495 | MENDOZA, E | NR |
| 495 | GRIZELL, J | NR |
| 495 | 12TH LINE NOT LEGIBLE | |
| 495 | PHILLIPS, T | CTF |
| 495 | BARKER, R | CTF |
| 497 | DAVIS, A | NR |
| 499 | COLLINS, T | INVALID LAST NAME |
| 499 | POPOVIA, A | NR |
| 499 | LOWZA, T | NR |
| 500 | SCHWARTZ, S | NR |
| 500 | FORD, S | NR |
| 500 | ESCAMILLA, M | NR |
| 500 | KARSON, K | NR |
| 500 | HUERTAS, A | NR |
| 501 | BEHRING, B | NR |
| 502 | HERNANDEZ, D | NR |
| 502 | LOOMIS, M | NR |
| 502 | OCHS, C | NR |
| 502 | GIANOUZSOS, S | NR |
| 502 | LINTON, T | NR |
| 503 | MCDONALD, G | NR |
| 503 | DRAKAKIS, S | NR |
| 503 | HILL, E | DIFFERENT ADDRESS |
| 503 | ROBLES, N | NR |
| 503 | RIVERA, M | BNR |
| 503 | NW? | NOT LEGIBLE |
| 504 | YATES, K | NR |
| 504 | HOUSER, B | CTF |
| 504 | LEHMAN, T | NR |
| 504 | BAUER, L | CTF |
| 504 | MARTON, B | CTF |
| 504 | MCC..., P | NR |

| | | | |
|---|---|---|---|
| 505 KIMBERLY, F | LA | | |
| 505 STORZK, D | CTF | | |
| 505 STORZK, D | CTF | | |
| 505 JONES, D | CTF | | |
| 505 MCNEIL, J | LA | | |
| 505 BERG, C | NR | | |
| 505 SUSSMANI, P | CTF | | |
| 506 PINATO, M | CTF | | |
| 506 ERVIN, L | CTF | | |
| 506 ERVIN, D | CTF | | |
| 506 TATKUS, S | CTF | | |
| 506 SHEBANI, E | NR | | |
| 506 GARCIA, J | CTF | | |
| 506 GREER, T | HR | | |
| 506 LEBRON, A | NR | | |
| 507 M SCHEVER | | | |
| 509 M KARBOWSKA | | | |
| 509 D CLARKE | | | |
| 509 A MORGAN | | | |
| 510 C IACOBUCCI | | | |
| 510 L MASIC | | | |
| 510 D VIJAYAN | | | |
| 510 C MCFADDEN | | | |
| 511 L MYERS | | | |
| 511 M LINDSAY | | | |
| 511 V MONTENEGRO | | | |
| 511 R GUIDRY | LA | | |
| 511 B PRSTAC | STFU | | |
| 511 L LAFLEUR | | | |
| 511 A SALUM | DTF | | |
| 511 D GULLEDGE | DTF | | |
| 511 M SMITH | LA | | |
| 511 D R | | | ILLEGIBLE |
| 512 D DIXON | | | |
| 513 R SHIRLEY | | | |
| 513 E.... | | | ILLEGIBLE |
| 513 D HEPBURN | | | |
| 513 S LOPREATO | | | |
| 513 D BAUMAN | LA | | |
| 514 L MARTIN | | | |
| 514 D DOHERTY | LA | | |
| 514 B COMBS | | | |
| 514 D T | | | ILLEGIBLE |
| 514 A LOVE | | | |
| 514 G LOVE | | | |
| 514 W SOLOMON | | | |
| 514 N JOHNSON | | | |
| 514 W EASON | | | |
| 515 D FIESTO | | | |
| 517 B GUGGIA | | | |
| 517 K JACOBS | CTF | | |
| 517 J MELERO | CTF | | |
| 517 N BARTOCO | | | |
| 517 A BARTOCO | | | |
| 517 M ESCOTT | LTF | | |
| 517 E KATHRYN | CTF | | |
| 517 A RUESING | | | |
| 517 J WARREN | LA | | |
| 517 L LOPEZ | CTF | | |
| 517 J LOPEZ | CTF | | |
| 519 W THOMSON | | | |
| 519 L RAPP | LA | | |
| 519 S HERNANDEZ | CTF | | |
| 520 J RICHERT | | | |
| 520 N ? | | | ILLEGIBLE |
| 520 K SHARKEY | | | |