# Exhibit 12

## Clerk's Supplemental Spreadsheet Summary
## (Apr. 28, 2026)

| Petition Page | # Signatures Submitted | # Signatures Verified | Not registered with CW/Could not verify | Different address | Signed Previously | Total | |
|---|---|---|---|---|---|---|---|
| 1A | 8 | 6 | 1 | 0 | 1 | 8 | |
| 2A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3A | 9 | 8 | 1 | 0 | 0 | 9 | |
| 4A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5A | 20 | 7 | 9 | 1 | 3 | 20 | |
| 6A | 1 | 1 | 0 | 0 | 0 | 1 | |
| 7A | 8 | 3 | 2 | 0 | 3 | 8 | |
| 8A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9A | 19 | 13 | 2 | 0 | 4 | 19 | |
| 10A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 11A | 19 | 16 | 2 | 0 | 1 | 19 | |
| 12A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 13A | 19 | 11 | 8 | 0 | 0 | 19 | |
| 14A | 20 | 12 | 8 | 0 | 0 | 20 | |
| 15A | 15 | 14 | 1 | 0 | 0 | 15 | |
| 16A | 19 | 15 | 4 | 0 | 0 | 19 | |
| 17A | 18 | 13 | 3 | 0 | 2 | 18 | |
| 18A | 19 | 16 | 3 | 0 | 0 | 19 | |
| 19A | 20 | 18 | 2 | 0 | 0 | 20 | |
| 20A | 19 | 13 | 5 | 0 | 1 | 19 | |
| 21A | 5 | 4 | 0 | 0 | 1 | 5 | |
| 22A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 23A | 10 | 8 | 2 | 0 | 0 | 10 | |
| 24A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 25A | 20 | 17 | 2 | 1 | 0 | 20 | |
| 26A | 15 | 12 | 1 | 1 | 1 | 15 | |
| 27A | 20 | 15 | 5 | 0 | 0 | 20 | |
| 28A | 19 | 17 | 1 | 0 | 1 | 19 | |
| 29A | 18 | 13 | 4 | 0 | 1 | 18 | |
| 30A | 20 | 14 | 6 | 0 | 0 | 20 | |
| 31A | 17 | 16 | 1 | 0 | 0 | 17 | |
| 32A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 33A | 6 | 4 | 1 | 0 | 1 | 6 | |
| 34A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 35A | 19 | 16 | 3 | 0 | 0 | 19 | |
| 36A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 37A | 19 | 14 | 4 | 0 | 1 | 19 | |
| 38A | 19 | 13 | 1 | 0 | 5 | 19 | |
| 39A | 19 | 15 | 3 | 0 | 1 | 19 | |
| 40A | 19 | 13 | 5 | 1 | 0 | 19 | |
| 41A | 20 | 15 | 3 | 0 | 2 | 20 | |
| 42A | 9 | 6 | 2 | 1 | 0 | 9 | |
| 43A | 20 | 8 | 11 | 0 | 1 | 20 | |
| 44A | 20 | 13 | 4 | 0 | 3 | 20 | |
| 45A | 15 | 7 | 8 | 0 | 0 | 15 | |
| 46A | 20 | 14 | 4 | 0 | 2 | 20 | |
| 47A | 13 | 10 | 3 | 0 | 0 | 13 | |
| 48A | 0 | 0 | 0 | 0 | 0 | 0 | |
| 49A | 20 | 14 | 5 | 1 | 0 | 20 | |
| 50A | 20 | 14 | 6 | 0 | 0 | 20 | |
| 51A | 20 | 16 | 1 | 1 | 2 | 20 | |
| 52A | 16 | 7 | 6 | 0 | 3 | 16 | |
| 53A | 20 | 15 | 5 | 0 | 0 | 20 | |
| 54A | 3 | 3 | 0 | 0 | 0 | 3 | |
| 55A | 7 | 7 | 0 | 0 | 0 | 7 | |
| 56A | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | | | | 0 | |
| **TOTAL:** | **701** | **506** | **148** | **7** | **40** | **701** | |