# Exhibit 13

## Clerk's Supplemental Detailed Spreadsheet (Apr. 28, 2026)

| Page Number | Last Name, First Name | Verified Registered Voter | Date of Signature |
|---|---|---|---|
| 01A | CRISP, JORDYN | YES | 4/6/2026 |
| 01A | WARD, KAITLYN | YES | 4/6/2026 |
| 01A | DRIVER, BRYNLIE | YES | 4/6/2026 |
| 01A | KISTNER, DEANA | CTF | 4/13/2026 |
| 01A | MUSA, BASSAM | YES | 4/13/2026 |
| 01A | ROCKMAN, DEBRA | YES | 4/15/2026 |
| 01A | DARDEN, ANN | YES | 4/15/2026 ALSO SIGNED 10/14/2025 |
| 01A | SEAGER, MICHAEL | YES | 4/15/2026 |
| 02A - NO SIGNATURES | | | |
| 03A | LYON, DENNIS | NR | 4/11/2026 |
| 03A | JOYNER, CLIFF | YES | 4/11/2026 |
| 03A | CLARY, JEAN | YES | 4/11/2026 |
| 03A | CLARY, SCOTT | YES | 4/11/2026 |
| 03A | SCOTT, WILLIAM | YES | 4/11/2026 |
| 03A | SCOTT, MARY | YES | 4/11/2026 |
| 03A | GREBENEV, CARRIE | YES | 4/11/2026 |
| 03A | GREBENEV, DIMITRY | YES | 4/11/2026 |
| 03A | THEKKETHALA, ANNIE | YES | 4/11/2026 |
| 04A - NO SIGNATURES | | | |
| 05A | KOSTUCK, ROBERT | YES | 4/10/2026 ALSO SIGNED 10/02/2025 |
| 05A | PHILLIPS, ARTHUR | CTF | 4/10/2026 |
| 05A | PETRUCCI, ANTHONY | YES | 4/10/2026 |
| 05A | MURRAY, JOANN | CTF | 4/10/2026 |
| 05A | MUNOZ, MARIO | NR | 4/10/2026 |
| 05A | COX, NORMA | DTF | 4/10/2026 |
| 05A | KRAL, ROBERT | NR | 4/10/2026 |
| 05A | LISTER, KELLEY | YES | 4/10/2026 |
| 05A | MILLER, RICHARD | YES | 4/10/2026 ALSO SIGNED 8/21/2025 |
| 05A | WALLWORK, BRANDY | NR | |
| 05A | WALLWORK, DAVID | NR | |
| 05A | MILLER, KATHLEEN | YES | 4/10/2026 |
| 05A | MORGAN, ELLEN | YES | 4/10/2026 |
| 05A | HENRY-COLLINS, MARVA | DIFFERENT ADDRESS | |
| 05A | JENNINGS, GEORGE | YES | 4/10/2026 |
| 05A | JONES, LEONARD | CTF | 4/10/2026 |
| 05A | MACINTYRE, BRUCE | YES | 4/10/2026 |
| 05A | MACINTYRE, DONNA | YES | 4/10/2026 |
| 05A | MERKER, LES | HR | 4/10/2026 |
| 05A | HARRINGTON, LINDA | YES | 4/10/2026 |
| 06A | HEINS, ANTON | YES | 4/10/2026 |
| 07A | HOLDER, CHERYL | YES | 4/14/2026 ALSO SIGNED 9/9/2025 |
| 07A | SMYER, JEFFREY | YES | 4/14/2026 ALSO SIGNED 10/13/2025 |
| 07A | SMYER, DEBORAH | YES | 4/14/2026 ALSO SIGNED 10/13/2025 |
| 07A | TOAL, OWEN | YES | 4/14/2026 |
| 07A | WALTERS, KEALEY | LTF | 4/14/2026 PROTECTED ADDRESS |
| 07A | CHAPMAN, ANDREW | YES | 4/14/2026 |
| 07A | MATTHEWS, ROSEMARY | NR | 4/14/2026 |
| 07A | SLOAN, NICHOLAS | YES | |
| 08A NO SIGNATURES | | | |
| 09A | LAUGHLIN, KEVIN | YES | 4/14/2026 |
| 09A | WILDER, JANICE | CTF | 4/14/2026 |
| 09A | GREEN, MARGUERITE | YES | 4/14/2026 Signed on 8/10/2025 |
| 09A | CASSELMAN, BRENNER | YES | 4/14/2026 |
| 09A | ATKINSON, STEPHEN | YES | 4/14/2026 |
| 09A | PETERSON, CASEY | YES | 4/14/2026 Signed on 9/18/2025 |
| 09A | HERRON, DAN | YES | 4/14/2026 |
| 09A | GRASTON, DANIEL | YES | 4/14/2026 |
| 09A | ASENCIO, RALPH | YES | 4/14/2026 Also signed 10/10/2025 |
| 09A | HUMPHREY, JOYCE | YES | 4/16/2026 |
| 09A | GRYMES, SUSAN | YES | 4/16/2026 |
| 09A | BOGGS, JANICE | YES | 4/16/2026 Signed 8/3/2025 |
| 09A | STEINER, SUSAN | YES | 4/16/2026 |
| 09A | LAMONT, MONICA | YES | 4/16/2026 |
| 09A | CONATY, SANDRA | YES | 4/16/2026 |
| 09A | TIEMEIER, PATRICIA | YES | 4/16/2026 Signed 8/18/2025 |
| 09A | TIEMEIR, DONALD | YES | 4/16/2026 signed on 8/21/2025 |
| 09A | LARACUENTE, DEREK | CTF | 4/16/2026 |
| 09A | CRANE, MICHELE | YES | 4/16/2026 PROTECTED ADDRESS |
| 10A NO SIGNATURES | | | |
| 11A | SCOTT, WILLIAM | YES | 4/13/2026 |
| 11A | TIDWELL, SHARON | YES | 4/13/2026 PROTECTED ADDRESS |
| 11A | POLLARD, DOUG | YES | 4/13/2026 ALSO SIGNED 10/7/2025 |

| | | | | |
|---|---|---|---|---|
| 11A | VAN DE BURGT, PAUL | YES | | 4/13/2026 |
| 11A | DILLON, TOM | YES | | 4/13/2026 |
| 11A | TOWNSEND, CHARLENE | YES | | 4/13/2026 |
| 11A | ALLARD, SCOTT | YES | | 4/13/2026 |
| 11A | SWENSON, FRED | YES | | 4/13/2026 |
| 11A | CORBISSERO, CHERYL | YES | | 4/13/2026 |
| 11A | YOUNT, SCOTT | YES | | 4/13/2026 |
| 11A | ROYER, LORIA | YES | | 4/13/2026 |
| 11A | APTED, ANDREW | YES | | 4/13/2026 |
| 11A | STRAIT, IAIN | YES | | 4/13/2026 |
| 11A | BATES, THOMAS | NR | | 4/13/2026 |
| 11A | BERTOCCI, HERICA | NR | | 4/13/2026 |
| 11A | HARRIS, SADE | YES | | 4/13/2026 |
| 11A | GREENOUGH, MARY | YES | | 4/13/2026 |
| 11A | MORRIS, CHAD | YES | | 4/13/2026 |
| 11A | GERRIOR, FRANCES | YES | | 4/13/2026 |
| 12A NO SIGNATURES | | | | |
| 13A | MARCUCCI, THOMAS | NR | | 4/4/2026 |
| 13A | RUBIN, KIMBERLY | YES | | 4/4/2026 |
| 13A | ISMAIL, TRUFIQ | NR | | 4/4/2026 |
| 13A | WILSON, SHERRIE | NR | | 4/4/2026 |
| 13A | DENNER, MICHELLE | YES | | 4/4/2026 |
| 13A | DENNER, CHRISTOPHER | YES | | 4/4/2026 |
| 13A | GRAHAM, PHU | YES | | 4/4/2026 |
| 13A | BURICH, TIFFANY | PHMT | | 4/4/2026 |
| 13A | TOAL, CAROL | LA | | 4/4/2026 |
| 13A | MYRON, JUDTH | YES | | 4/4/2026 |
| 13A | WINSTEAD, ROBIN | YES | | 4/6/2026 |
| 13A | S?, WILLIAM | NR | | 4/6/2026  INCOMPLETE NAME |
| 13A | JAMES, DEJA | NR | | 4/6/2026 |
| 13A | MANTEUFEK, BRYAN | YES | | 4/6/2026 |
| 13A | RAY, MEAGAN | YES | | 4/6/2026 |
| 13A | LEE, CYNTHIA | YES | | 4/8/2026 |
| 13A | CALVAGNO, MITCH | YES | | 4/8/2026 |
| 13A | ?, JUN | NR | | 4/13/2026  INCOMPLETE NAME |
| 13A | CARNEY, VINCE | YES | | 4/13/2026 |
| 14A | KAROUB, NICOLE | YES | | 4/4/2026 |
| 14A | KAROUB, PETER | YES | | 4/4/2026 |
| 14A | JONES, JOHN | YES | | 4/4/2026 |
| 14A | JONES, ANGELA | YES | | 4/4/2026 |
| 14A | OWENS, RYAN | CTF | | 4/4/2026 |
| 14A | WRANOVIX, TIM | YES | | 4/4/2026 |
| 14A | WRANOVIX, BRITTANY | YES | | 4/4/2026 |
| 14A | BROWN?, C | HR | | 4/4/2026  NOT LEGIBLE |
| 14A | LIE, ALINA | HR | | 4/4/2026 |
| 14A | WILLIAMS, JAMIE | YES | | 4/4/2026 |
| 14A | PAULSON, JENNIFER | YES | | 4/4/2026 |
| 14A | CORREA, JESSICA | YES | | 4/4/2026 |
| 14A | KNIGHT, ANTHONY | NR | | 4/4/2026 |
| 14A | ROSE, RICHARD | YES | | 4/4/2026 |
| 14A | MELENDEZ, MIGUEL | CTF | | 4/4/2026 |
| 14A | MELENDEZ, YIRCI | CTF | | 4/4/2026 |
| 14A | OWENS, KATHERINE | CTF | | 4/4/2026 |
| 14A | CLORE, CHRISTI | YES | | 4/4/2026 |
| 14A | RZOORKO, RWQ | PHMT | | 4/4/2026 |
| 14A | MARCUCCI, KATHY | YES | | 4/4/2026 |
| 15A | DONE, ARMANI | NR | | 4/15/2026 |
| 15A | RODRIGUEZ, ELADIO | YES | | 4/15/2026 |
| 15A | RODRIGUEZ, MARIA | YES | | 4/15/2026 |
| 15A | BOZEMAN, SARA | YES | | 4/15/2026 |
| 15A | BROWN, SHAWN | YES | | 4/15/2026 |
| 15A | CAPELLA, DONNA | YES | | 4/15/2026 |
| 15A | SEIDMAN, WILLIAM | YES | | 4/15/2026 |
| 15A | HAMILTON, SCOTT | YES | | 4/15/2026 |
| 15A | SERRANO, KAREN | YES | | 4/15/2026 |
| 15A | MENDENHALL, PAULA | YES | | 4/15/2026 |
| 15A | MENDENHALL, EARNIE | YES | | 4/16/2026 |
| 15A | CORKRAN, MEGHAN | YES | | 4/16/2026 |
| 15A | WEST, DEMIGO | YES | | 4/16/2026 |
| 15A | WAGNER, WOJCIECH | YES | | 4/16/2026 |
| 15A | ALLEN, SANDRA | YES | | 4/16/2026 |
| 16A | EZELL, LOIS | YES | | 4/13/2026 |
| 16A | EZELL, GERALD | YES | | 4/13/2026 |

| | | | |
|---|---|---|---|
| 16A | FREY, JEFFREY | YES | 4/13/2026 |
| 16A | MERCER, CYNTHIA | YES | 4/13/2026 |
| 16A | LIZOTTE, JEFF | YES | 4/13/2026 |
| 16A | VOINEA, DEMITRU | YES | 4/13/2026 |
| 16A | KRUSE, MARK | YES | 4/13/2026 |
| 16A | BERRY, COURTNEY | YES | 4/13/2026 |
| 16A | GREENWALD, ROBERT | YES | 4/13/2026 |
| 16A | YENGULATO, ALEXI | NR | 4/13/2026 |
| 16A | KHALIDI, NADIM | YES | 4/13/2026 |
| 16A | DIPONZIO, ROCCO | NR | 4/13/2026 |
| 16A | STALEY, DONALD | YES | 4/15/2026 |
| 16A | STALEY, MARIE | YES | 4/15/2026 |
| 16A | CRAWFORD, MELINDA | YES | 4/15/2026 |
| 16A | CRAWFORD, ROBERT | YES | 4/15/2026 |
| 16A | VAQUERO, CARRIE | NR | 4/15/2026 |
| 16A | RODRIGUEZ, EDWIN | NR | 4/15/2026 ADDRESS NOT LEGIBLE |
| 16A | DONE, THOMAS | YES | 4/15/2026 |
| 17A | TUTEN, STEVEN J | YES | 3/8/2026 |
| 17A | BRAGG, DOUGLAS J | YES | 3/8/2026 |
| 17A | GORDON, CHERIE L | YES | 3/8/2026 |
| 17A | MARKS, WILLIAM H | YES | 3/8/2026 |
| 17A | BOULE, CHRISTOPHER L | YES | 3/8/2026 |
| 17A | KELTY, LADRAY D | YES | 3/8/2026 SIGNED 8/31/2025 |
| 17A | DIAZ, HERNAN | NR | 3/8/2026 |
| 17A | POTI, ARBEN | YES | 3/8/2026 |
| 17A | HOLJES, BRANDIE N | YES | 3/8/2026 Signed 1/17/2026 |
| 17A | MILLS, ANDREW R | YES | 3/8/2026 |
| 17A | HOLJES, RALF K | YES | 3/8/2026 |
| 17A | MAXWELL, ARTHUR H | YES | 3/8/2026 |
| 17A | HUNTER, EDDIE | NR | 3/8/2026 |
| 17A | HELLAND, JEFF | NR | 3/8/2026 |
| 17A | DE RISO, ELISA | YES | 3/8/2026 |
| 17A | SZATYARI, JAY C | YES | 3/8/2026 |
| 17A | SZATYARI, ROXANE E | YES | 3/8/2026 |
| 17A | MCBRIDE, ROBERT C | YES | 3/8/2026 |
| 18A | SCHULZ, JOHN K | YES | 4/4/2026 |
| 18A | SCHULZ, JEANNE M | YES | 4/4/2026 |
| 18A | RODRIGUEZ, R. | NR | 4/4/2026 INCOMPLETE NAME |
| 18A | BUCCIARELLI, CHRISTOPHER | YES | 4/4/2026 |
| 18A | VAN VOSSEN, BRANDY J | YES | 4/4/2026 |
| 18A | CABRERA, MARITZA | YES | 4/4/2026 |
| 18A | DAVIS, HARRY A | YES | 4/4/2026 |
| 18A | COY, NICOLE L | YES | 4/6/2026 |
| 18A | LOPEZ, CESAR | NR | 4/6/2026 |
| 18A | MAREADY JR, GEORGE C | YES | 4/6/2026 |
| 18A | BOWMAN, KAREN L | YES | 4/6/2026 |
| 18A | MANDARO, JOSEPH R | YES | 4/6/2026 |
| 18A | NEEDHAM, TRACEY A | YES | 4/6/2026 |
| 18A | BOLDMAN, MANDY M | YES | 4/6/2026 |
| 18A | BOLDMAN, TONI M | YES | 4/6/2026 |
| 18A | HERNANDEZ, ALAN | NR | 4/6/2026 |
| 18A | ROUNDTREE, GWENDOLYN M | YES | 4/6/2026 |
| 18A | HERNANDEZ, HECTOR U | YES | 4/6/2026 |
| 18A | MELONE, DONALD D | YES | 4/8/2026 |
| 19A | BRANDENBERGER, GEORGE C | YES | 4/8/2026 |
| 19A | BRANDENBERGER, IRENE C | YES | 4/8/2026 |
| 19A | KISH III, MICHAEL J | YES | 4/8/2026 |
| 19A | BUIRD, ROBYN R | YES | 4/8/2026 |
| 19A | FLEISHMAN, IAN J | YES | 4/8/2026 |
| 19A | DICKEY, DIANE M | YES | 4/8/2026 |
| 19A | SURRATT, RHONDA MW | YES | 4/8/2026 |
| 19A | HOTTER, TIMOTHY J | YES | 4/8/2026 |
| 19A | GREGORIO, JOHN | NR | 4/9/2026 |
| 19A | HARRELL, FRANKLIN D | YES | 4/9/2026 |
| 19A | HARRELL, RONATA H | YES | 4/9/2026 |
| 19A | THOMPSON, MICHELLE L | YES | 4/9/2026 |
| 19A | STEKOL, NAOMI M | YES | 4/9/2026 |
| 19A | BRAY JR, KENNETH E | YES | 4/9/2026 |
| 19A | BRAY, GEORGIA L | YES | 4/9/2026 |
| 19A | ANASTARIO, CHRISTINE E | YES | 4/10/2026 |
| 19A | HERNANDEZ, RICCARDO | NR | 4/10/2026 |
| 19A | ROCHA, JAMES M | YES | 4/10/2026 |
| 19A | MITCHELL, GUNNER R | YES | 4/10/2026 |

| | | | |
|---|---|---|---|
| 19A | COFFEY, CARLY D | YES | 4/10/2026 |
| 20A | FOLKMAN, MONIK A | YES | 4/10/2026 |
| 20A | KROL, JASMINE E | YES | 4/10/2026 |
| 20A | MERRIAM, DOUGLAS A | YES | 4/10/2026 |
| 20A | ROGUE, BEATRIZ | HPTF | 4/11/2026 |
| 20A | ROGUE, ANGELICA | HPTF | 4/11/2026 |
| 20A | MARTHALER, DANIEL R | YES | 4/11/2026 |
| 20A | BROWN, TIFFANY C | YES | 4/11/2026 |
| 20A | CRENSHAW, MARTHA L | YES | 4/11/2026 |
| 20A | GHOBADI, DONNA P | YES | 4/11/2026 |
| 20A | GALFORD, SHANNON L | YES | 4/11/2026 |
| 20A | LOUD, DONTE L | YES | 4/11/2026 |
| 20A | RODRIGUEZ, SHARLIN | NR | 4/11/2026 |
| 20A | POWERS, SARAH A | YES | 4/11/2026 |
| 20A | RAPP, CHRISTIAN R | YES | 4/11/2026 |
| 20A | ALIDINA, ARIF A | YES | 4/11/2026 |
| 20A | PRESTON MILLEMAN, CAROLYN E | YES | 4/11/2026 |
| 20A | TILLMAN-PETTAWAY, BRENDA A | SIGNED ALREADY | 4/11/2026  *YELLOW |
| 20A | RUGGIERO, JAMES | CTF | 4/11/2026 |
| 20A | OROZCO, SANDRA | NR | 4/11/2026 |
| 21A | BARCUS II, MICHAEL R | | 4/16/2026 |
| 21A | UPADHYAY, SONAL B | | 4/16/2026 |
| 21A | MENARD, HANNAH K | | 4/16/2026 |
| 21A | MENARD, ROBERT A | YES | 4/16/2026  Also signed 9/20/2025 |
| 21A | WOLFE, KELLEY | | 4/16/2026 |
| 22A - NO SIGNATURES | | | |
| 23A | CAUDELL, SARAH B | YES | 4/17/2026 |
| 23A | ZENTE, LISA A | YES | 4/17/2026 |
| 23A | SAMI, HAFEZ M | YES | 4/17/2026 |
| 23A | BYRD, SHEILA A | YES | 4/17/2026 |
| 23A | JOHNSON, NATHAN S | YES | 4/17/2026 |
| 23A | MANNARINO, LOUIS | YES | 4/17/2026 |
| 23A | JOHNSON, AMY | LA | 4/17/2026 |
| 23A | SCHROEDER, CAROL L | YES | 4/17/2026 |
| 23A | SCHROEDER, JOHN D | YES | 4/17/2026 |
| 23A | LACINA, GREG | NR | 4/17/2026 |
| 24A | BLANK PAGE | | |
| 25A | Nemeth, Edward | Yes | 4/10/2026 |
| 25A | Jones, Eric | Yes | 4/10/2026 |
| 25A | Cole, Carlton | Yes | 4/10/2026 |
| 25A | Park, Deborah | Yes | 4/10/2026 |
| 25A | Maier, Carolyn | Different Address | 4/10/2026 |
| 25A | Stanco, Barbara | Yes | 4/10/2026 |
| 25A | Patel, Ajit | Yes | 4/10/2026 |
| 25A | Patel, Bhavana | Yes | 4/10/2026 |
| 25A | McCann, Paula | Yes | 4/10/2026 |
| 25A | Ryskamp, Jeffrey | Yes | 4/10/2026 |
| 25A | Soldevila, Jeanette | Yes | 4/11/2026 |
| 25A | Griffith, Anthony | NR | 4/11/2026 |
| 25A | Petry, Kellie | Yes | 4/11/2026 |
| 25A | Petry, Chris | Yes | 4/11/2026 |
| 25A | Frazier, Sandra | Yes | 4/11/2026 |
| 25A | Sanchez, Rolando | Yes | 4/11/2026 |
| 25A | Pinto, Cheryl | Yes | 4/11/2026 |
| 25A | Pinto, Ventura | Yes | 4/11/2026 |
| 25A | Mahoney, Sean | Yes | 4/11/2026 |
| 25A | Grochulska, Movel | NR | 4/11/2026 |
| 26A | Peterson, Christopher | Yes | 4/12/2026 |
| 26A | Culler, Carrie | Yes | 4/12/2026 |
| 26A | Culler, Gavin | Yes | 4/12/2026 |
| 26A | Culler, Roger | Yes | 4/12/2026 |
| 26A | Graber, Sherri | Yes | 4/12/2026 |
| 26A | Miller, Neil | Yes | 4/12/2026 |
| 26A | Cabrera, Melissa | Yes | 4/12/2026 |
| 26A | Fritz, Kimberly | NR | 4/12/2026 |
| 26A | Brecher, Julie | Yes | 4/12/2026 |
| 26A | Plummer, John | YES | 4/12/2026  SIGNED 9/16/2025 |
| 26A | Arcangelo, Matt | Yes | 4/12/2026 |
| 26A | Goss, Jane | Different address (1805 Union in | 4/12/2026 |
| 26A | Aitchek, Yasmina | Yes | 4/12/2026 |
| 26A | Aitchek, Sammy | Yes | 4/12/2026 |
| 26A | Black, William | Yes | 4/12/2026 |
| 27A | Bouchard, Monique | Yes | 4/13/2026 |

| | | | |
|---|---|---|---|
| 27A | Mullins, Rodney | Yes | 4/13/2026 |
| 27A | Hill, Victoria | Yes | 4/13/2026 |
| 27A | Marvin, Patricia | Yes | 4/13/2026 |
| 27A | Ferry, Ryan | Yes | 4/13/2026 |
| 27A | Ferry, Ashli | yes | 4/13/2026 |
| 27A | Politano, Jason | Yes | 4/13/2026 |
| 27A | Allison, Christopher | NR | 4/13/2026 |
| 27A | Glenn, Briana | NR | 4/13/2026 |
| 27A | Perez, Pedro | Yes | 4/13/2026 |
| 27A | Kinker, Laura | Yes | 4/13/2026 |
| 27A | Kruger, Kurt | Yes | 4/13/2026 |
| 27A | Sursky, Peggy | NR | 4/13/2026 |
| 27A | Faulkner, Kristen | Yes | 4/13/2026 |
| 27A | Wetherheld, Whitney | NR | 4/13/2026 |
| 27A | Seager, Michael | Yes | 4/13/2026 |
| 27A | Seager, Alesha | Yes | 4/13/2026 |
| 27A | Beckwith, Barry | NR | 4/13/2026 |
| 27A | Hehr, Kim | Yes | 4/13/2026 |
| 27A | Leslie, Cynthia | Yes | 4/13/2026 |
| 28A | Wire, John | Yes | 4/13/2026 |
| 28A | Gibbs, Terri | Yes | 4/13/2026 |
| 28A | Gibbs, Steven | Yes | 4/13/2026 |
| 28A | Casey, Mark | yes | 4/13/2026 |
| 28A | Casey, Karen | Yes | 4/13/2026 |
| 28A | Devore, John | Yes | 4/13/2026 |
| 28A | Potts, Randall | Yes | 4/13/2026 |
| 28A | Hunsinger, John | Yes | 4/13/2026 |
| 28A | Payne, Marisa | Yes | 4/13/2026 |
| 28A | Pastor, Melissa | Yes | 4/14/2026 |
| 28A | Cesare, David | Yes | 4/14/2026 |
| 28A | Marsh, Lee | Yes | 4/14/2026  ALSO SIGNED 9/10/2025 |
| 28A | de Rosario, Kinley | NR | 4/14/2026 |
| 28A | Mallory, Rick | Yes | 4/14/2026 |
| 28A | Kellner, David | Yes | 4/14/2026 |
| 28A | Murphy, Barbara | Yes | 4/14/2026 |
| 28A | Gowers, Kimberly | Yes | 4/14/2026 |
| 28A | Hitch, Joanne | yes | 4/14/2026 |
| 28A | Malloy, Denis | Yes | 4/14/2026 |
| 29A | Malick, Sandra | Yes | 4/16/2026 |
| 29A | Casto, Chase | NR | 4/16/2026 |
| 29A | Powell, Robert | HPTF | 4/16/2026 |
| 29A | Depperman, Stephen | Yes | 4/16/2026 |
| 29A | Camera, Thomas | Yes | 4/16/2026 |
| 29A | Tuthill, Mitchell | Yes | 4/16/2026 |
| 29A | Habisohn, April | Yes | 4/16/2026 |
| 29A | Allen, Norman | Yes | 4/16/2026  ALSO SIGNED 10/11/2025 |
| 29A | Bertrand, Mark | Yes | 4/16/2026 |
| 29A | Yi, Stephanie | LA | 4/16/2026 |
| 29A | Smith, Nancy | Yes | 4/16/2026 |
| 29A | Smith, Dave | Yes | 4/16/2026 |
| 29A | Shepherd, Wesley | Yes | 4/16/2026 |
| 29A | Sawyer, Charles | Yes | 4/16/2026 |
| 29A | Dimmitt, Richard | Yes | 4/16/2026 |
| 29A | Ellis, Marc | Yes | 4/16/2026 |
| 29A | Pollock, Melody | Yes | 4/16/2026 |
| 29A | Mayer, Daniel | NR | 4/16/2026 |
| 30A | Kovach Jr, Louis | Yes | 4/15/2026 |
| 30A | Kenig, Stella | Yes | 4/15/2026 |
| 30A | Pavlowski, Katrina | NR | 4/15/2026 |
| 30A | Haase, Emily | Yes | 4/15/2026 |
| 30A | Di Meglio, Dena | Yes | 4/15/2026 |
| 30A | Browne, Patrick | yes | 4/15/2026 |
| 30A | Coates, James | Yes | 4/15/2026 |
| 30A | McManus, Susan | Yes | 4/15/2026 |
| 30A | Lezon, Edwin | Yes | 4/16/2026 |
| 30A | Ulrey,Alice | LA | 4/16/2026 |
| 30A | Begin, Paul | Yes | 4/16/2026 |
| 30A | Sabella, Joe | LTF | 4/16/2026 |
| 30A | Bauer, Dennis | Yes | 4/16/2026 |
| 30A | Nizzaroni, Andrea | NR | 4/16/2026 |
| 30A | Burgos, Carlie-Jayne | NR | 4/16/2026 |
| 30A | Wingert, Ryan | Yes | 4/16/2026 |
| 30A | Gibbs, Rylee | Yes | 4/16/2026 |

| | | | |
|---|---|---|---|
| 30A | Young, Melissa | CTF | 4/16/2026 |
| 30A | Fusco, Mike | Yes | 4/16/2026 |
| 30A | Sorenson, Alicia | Yes | 4/16/2026 |
| 31A | Velott, Gregory | Yes | 4/16/2026 |
| 31A | Velott, Susan | Yes | 4/16/2026 |
| 31A | Meloney, John | Yes | 4/16/2026 |
| 31A | Durant, Cynthia | Yes | 4/16/2026 |
| 31A | Baker, Richard | Yes | 4/16/2026 |
| 31A | Halikas, Henry | Yes | 4/16/2026 |
| 31A | Halikas, Sharon | Yes | 4/16/2026 |
| 31A | Halikas, Danny | Yes | 4/16/2026 |
| 31A | Proios, Joanna | Yes | 4/16/2026 |
| 31A | Nally, Diana | Yes | 4/16/2026 |
| 31A | Calderbank, Christopher | Yes | 4/16/2026 |
| 31A | Dickie, Brettan | Yes | 4/16/2026 |
| 31A | Wehinger, Pat | Yes | 4/16/2026 |
| 31A | Ajazi, Daniel | NR | 4/16/2026 |
| 31A | Jones-Carey, Christopher | Yes | 4/16/2026 |
| 31A | Alleyne, Fitz | Yes | 4/16/2026 |
| 31A | Cohen, Kelly | Yes | 4/16/2026 |
| 32A | Blank Form | | |
| 33A | Burdrick, David | Yes | 4/16/2026 |
| 33A | Irizarry, Michelle | Yes | 4/16/2026 |
| 33A | Mejay, Lizeth | CTF | 4/16/2026 |
| 33A | Barrett, Virfinia Williams | Yes | 4/16/2026  Also signed 8/18/2025 |
| 33A | Gibbs, Brooks | Yes | 4/16/2026 |
| 33A | Capone, Jeanene | Yes | 4/16/2026 |
| 34A | Blank Form | | |
| 35A | Chapin, Jordyn | NR | 4/17/2026 |
| 35A | Camarillo, Michael | Yes | 4/17/2026 |
| 35A | Garcia, Josue | Yes | 4/17/2026 |
| 35A | Pappas, George | Yes | 4/17/2026 |
| 35A | Germany, Courtney | Yes | 4/17/2026 |
| 35A | Fryer, Christine | Yes | 4/17/2026 |
| 35A | Carlee, Christina | Yes | 4/17/2026 |
| 35A | Godbey, Sarah | Yes | 4/17/2026 |
| 35A | Smith, Kira | Yes | 4/17/2026 |
| 35A | Smith, David A | Yes | 4/17/2026 |
| 35A | Spracklen, Henley | Yes | 4/17/2026 |
| 35A | O'Leary-Beck, Shannon | Yes | 4/17/2026 |
| 35A | Ayala, Angela | Yes | 4/17/2026 |
| 35A | Routzahn, Mary Jo | Yes | 4/17/2026 |
| 35A | Hoback, Torin | CTF | 4/17/2026 |
| 35A | Hulslander, Joyce | Yes | 4/17/2026 |
| 35A | Mulkerin, Zenith | Yes | 4/17/2026 |
| 35A | Picot, Kelly | Yes | 4/17/2026 |
| 35A | Scott, Amy | HR | 4/17/2026 |
| 36A | Blank Form | | |
| 37A | Gonzalez, Jose | Yes | 3/14/2026 |
| 37A | Scharbach, Ruth | PP | 3/14/2026 |
| 37A | Symanski, Marilyn | Yes | 3/14/2026  also signed 10/13/2025 |
| 37A | Glidden, June | Yes | 3/14/2026 |
| 37A | Jorge, Bryan | NR | 3/14/2026 |
| 37A | Pichardo, Jackie | NR | 3/14/2026 |
| 37A | Nazarinia, Emmia | Yes | 3/14/2026 |
| 37A | Weber, June | Yes | 3/18/2026 |
| 37A | Zahralban, Russell | Yes | 4/6/2026 |
| 37A | Cowdrick, Glenn | Yes | 4/6/2026 |
| 37A | Willett, Geroge | Yes | 4/6/2026 |
| 37A | Hillman, Evie | NR | 4/6/2026 |
| 37A | Hillman, Collin | Yes | 4/6/2026 |
| 37A | Rock-Collins, Sharron | Yes | 4/6/2026 |
| 37A | Vickers, Wanda | Yes | 4/6/2026 |
| 37A | Rojas, Rachael | yes | 4/6/2026 |
| 37A | Martinaj, Iva | Yes | 4/6/2026 |
| 37A | March, George | Yes | 4/6/2026 |
| 37A | McDonald, Ian | Yes | 4/6/2026 |
| 38A | Katzarski, Ivo | Yes | 4/6/2026 |
| 38A | Katzarskam Slavka | Yes | 4/6/2026 |
| 38A | Hoyos, J Horacio | Yes | 4/6/2026 |
| 38A | Powell, Richard | Yes | 4/6/2026  ALSO SIGNED 10/9/2025 |
| 38A | Powell, Robin | Yes | 4/6/2026  ALSO SIGNED 10/9/2025 |
| 38A | Hajduch, George | Yes | 4/7/2026 |

| | | | |
|---|---|---|---|
| 38A | Martinez, Elba | Yes | 4/7/2026 |
| 38A | Matas, Halli | Yes | 4/7/2026 |
| 38A | Wieczerza, Henry | Yes | 4/7/2026 |
| 38A | Ramirez, Randy | Yes | 4/7/2026 |
| 38A | Ramirez, Cindy | Yes | 4/7/2026  ALSO SIGNED 10/9/2025 |
| 38A | Colindres Mencia, Robin | YES | 4/7/2026  SIGNED 10/14/2025 AND 10/10/2025 |
| 38A | Illegible, Rose | NR | 4/7/2026 |
| 38A | Menke, Richard | Yes | 4/15/2026 |
| 38A | Fox, Katherine | Yes | 4/15/2026 |
| 38A | Grieco, Michael | Yes | 4/15/2026 |
| 38A | Sellers, Joel | Yes | 4/15/2026  Also signed 10/9/2025 |
| 38A | Shewa, Moti | yes | 4/15/2026 |
| 38A | Heuberger, Douglas | Yes | 4/15/2026 |
| 39A | Blake, David | Yes | 4/14/2026 |
| 39A | Imparato, Matthew | Yes | 4/14/2026 |
| 39A | Whitehead, Donald | NR | 4/14/2026 |
| 39A | Daniel, Josie | Yes | 4/14/2026 |
| 39A | Brady, Anjanette | Yes | 4/14/2026 |
| 39A | McCombs, Mary | yes | 4/14/2026 |
| 39A | Brett, James | Yes | 4/14/2026 |
| 39A | Ramsey, Stephanie | Yes | 4/14/2026 |
| 39A | Brady, Briana | Yes | 4/14/2026 |
| 39A | Hemela, Jeana | Yes | 4/17/2026 |
| 39A | Lilly, Renate | LA | 4/15/2026 |
| 39A | Hartley, Idalia | Yes | 4/15/2026 |
| 39A | Phan, Vanna | Yes | 4/15/2026 |
| 39A | Conniff, Karl | Yes | 4/15/2026 |
| 39A | Prudhomme, Jessica | Yes | 4/15/2026 |
| 39A | Hupp, Drew | Yes | 4/15/2026 |
| 39A | Bacon, Melissa | Yes | 4/15/2026 |
| 39A | Adams, Gary | NR | 4/15/2026 |
| 39A | Glass, Richard | yes | 4/15/2026  Also signed 9/23/2025 |
| 40A | Gross, Kenneth | yes | 4/14/2026 |
| 40A | Brito, Michelle | Yes | 4/14/2026 |
| 40A | Perez, Hailee | NR | 4/14/2026 |
| 40A | G…, Be (illegible) | NR | 4/14/2026 |
| 40A | Valtos, Carrie | Yes | 4/14/2026 |
| 40A | Trembley, Kim | Yes | 4/14/2026 |
| 40A | Curtis, Amy | Yes | 4/14/2026 |
| 40A | Lewis, Henrietta | Yes | 4/14/2026 |
| 40A | Mejay, Sasha | Yes | 4/14/2026 |
| 40A | Mejay, Giovanni | Yes | 4/14/2026 |
| 40A | Franco, Mya | NR | 4/14/2026 |
| 40A | Cundiff, Wanda | Yes | 4/14/2026 |
| 40A | Thomas, Zoen | NR | 4/14/2026 |
| 40A | Wright, Linda | Yes | 4/14/2026 |
| 40A | O'Dea, Kevin | Yes | 4/14/2026 |
| 40A | Day, David | different address (two David Day | 4/14/2026 |
| 40A | Samela, Lynn | Yes | 4/14/2026 |
| 40A | Kurtz, Dianne | Yes | 4/14/2026 |
| 40A | Robbins, Caro | LA | 4/14/2026 |
| 41A | RIGGS, TAMARAH J | YES | 3/21/2026 |
| 41A | CADORET, JOSHUA M | YES | 3/21/2026 |
| 41A | FISHER, JAMES W | YES | 3/21/2026 |
| 41A | PEREZ, ARNOLD L | YES | 3/21/2026 |
| 41A | MALOTKE, SANDRA K | YES | 3/21/2026 |
| 41A | GUMTO, AVERY | YES | 3/21/2026 |
| 41A | TRIPEPI-HUGHES, LYNNE F | YES | 3/21/2026 |
| 41A | MATTHEWS, STEVEN J | YES | 3/21/2026 |
| 41A | DELGADO, SERGIO | Yes | 4/3/2026  SIGNED 9/28/2025 |
| 41A | ECHEZABAL, SARA | CTF | 4/4/2026 |
| 41A | HERRMANN, JACOB S | YES | 4/4/2026 |
| 41A | FRADETTE, ALEX X | Yes | 4/4/2026  ALSO SIGNED 1/17/2026 |
| 41A | BANTON, FALLON | HR | 4/4/2026 |
| 41A | GREENE, STEVEN E | YES | 4/4/2026 |
| 41A | MASSA, JENNIFER D | YES | 4/4/2026 |
| 41A | PERRY, SKY E | YES | 4/4/2026 |
| 41A | ERDMAN, CYNTHIA L | YES | 4/4/2026 |
| 41A | ERDMAN, DOROTHY | NR | 4/4/2026 |
| 41A | ROSKI, DOUGLAS A | YES | 4/4/2026 |
| 41A | HARRISON, MORGAN C | YES | 4/4/2026 |
| 42A | FLANIGAN, ALIYA | DIFFERENT ADDRESS | 4/4/2026 |
| 42A | WALSH, RONI L | YES | 4/4/2026 |

| | | | |
|---|---|---|---|
| 42A | BLANTFORD, JOEL | NR | 4/4/2026 |
| 42A | BAGWELL, ASCHLEA | NR | 4/4/2026 |
| 42A | MORAHAN, RONALD B | YES | 4/4/2026 |
| 42A | EVANS, CAREN S | YES | 4/4/2026 |
| 42A | STREICHER, THECLA L | YES | 4/4/2026 |
| 42A | ROSADO, DIANA M | YES | 4/4/2026 |
| 42A | ARMSTRONG, SUSAN B | YES | 4/4/2026 |
| 43A | SMITH, CHERIE | YES | 3/14/2026 PROTECTED ADDRESS |
| 43A | BECESSA, CHADE | NR | 3/14/2026 |
| 43A | VAN EREM, PETE | LA | 3/14/2026 |
| 43A | GILBERT, JASON P | YES | 3/14/2026 |
| 43A | GARNER, THOMAS A | YES | 3/14/2026 |
| 43A | FARRAHLEM, RAMES | NR | 3/14/2026 |
| 43A | PARK, LIZ | PHMT | 3/14/2026 |
| 43A | APKER, KEIRA | NR | 3/14/2026 |
| 43A | DAN..., D | BL | 3/14/2026 |
| 43A | DENSON, REGINA | BL | 3/14/2026 |
| 43A | QUEZADA, KELLY | NR | 3/14/2026 |
| 43A | VILLEMOR, JOHN | LA | 3/14/2026 |
| 43A | SMALLS, ? | TA | 3/14/2026 |
| 43A | ROMAN, CHRISTOPHER A | YES | 3/28/2026 |
| 43A | JESSUP, ANN | YES | 3/28/2026 |
| 43A | JESSUP, DEAN W | YES | 3/28/2026 |
| 43A | BRADY, ROY E | Yes | 3/28/2026 SIGNED 8/12/2025 |
| 43A | WOLANIN, EUGENE R | YES | 3/28/2026 |
| 43A | WOLANIN, RITA H | YES | 3/28/2026 |
| 43A | OLIVEIRA, AMELIA | NR | 3/28/2026 |
| 44A | O'DANIEL, SARAH M | YES | 3/28/2026 SIGNED 10/01/2025 |
| 44A | CASEY, LUCILE O | YES | 3/28/2026 |
| 44A | DAY III, JOHN B | YES | 3/31/2026 |
| 44A | GIANFILIPPO, JOHN | NR | 3/31/2026 |
| 44A | LATVALA, CHRISTOPHER J | YES | 3/31/2026 |
| 44A | TOAL, NELIA | NR | 3/31/2026 |
| 44A | DONOVAN, CLAIRE | YES | 3/31/2026 |
| 44A | ARNAO, THOMAS C | YES | 3/31/2026 |
| 44A | FULGHUM, ALEXANDRA M | YES | 3/31/2026 |
| 44A | FULGHUM III, JOE L | YES | 3/31/2026 |
| 44A | HIOS, KATHLEEN T | YES | 3/31/2026 SIGNED 9/17/2025 |
| 44A | HIOS, GEORGE D | YES | 4/3/2026 SIGNED 9/18/2025 |
| 44A | CALDWELL, LARRY D | YES | 4/3/2026 |
| 44A | GOEN, LOUISE | NR | 4/3/2026 |
| 44A | HANSON-EWELL, ELLEN T | YES | 4/3/2026 |
| 44A | GIUSTI III, GIANCARLO | YES | 4/3/2026 |
| 44A | SEGOVIA, LUCIA | NR | 4/3/2026 |
| 44A | KEATING, MICHAEL D | YES | 4/3/2026 |
| 44A | CARRAO, CHARLES D | YES | 4/3/2026 |
| 44A | CARRAO, NANCY L | YES | 4/3/2026 |
| 45A | OCONNOR, MOLLIE | CTF | 3/14/2026 |
| 45A | KRZYZANOWSKI, LAURA | CTF | 3/14/2026 |
| 45A | EDWARDS, LISA | YES | 3/14/2026 |
| 45A | HAND, KATHERINE | YES | 3/14/2026 |
| 45A | KAGAN, CHAWN | CTF | 3/14/2026 |
| 45A | OCONNOR, DEBBIE | NO ADDRESS LISTED | 3/14/2026 |
| 45A | KAGAN, KYLE | CTF | 3/14/2026 |
| 45A | DEITZ, DIANE | CTF | 3/14/2026 |
| 45A | BOWEN, JAMES | YES | 3/14/2026 |
| 45A | MORGAN, TERESA | YES | 3/14/2026 |
| 45A | PENICK, LILLY | LA | 3/14/2026 |
| 45A | OAKES, STEVEN | YES | 3/18/2026 |
| 45A | KING TOLES, ALICIA | YES | 3/18/2026 |
| 45A | TOLES, DALE | NR | 3/18/2026 |
| 45A | POHL, DIANE | YES | 3/18/2026 |
| 46A | HELD, ERIC | NR | 3/18/2026 |
| 46A | THOMPSON, ALICIA | YES | 3/18/2026 |
| 46A | EMMERICH, KYLE | YES | 3/18/2026 |
| 46A | TRIPEPI, LEE ANN | YES | 3/18/2026 |
| 46A | AVELSGARD, JOSH | YES | 3/18/2026 |
| 46A | ANDERSON, BRITTANY | YES | 3/18/2026 |
| 46A | UTZ, ZACHARY | YES | 3/18/2026 |
| 46A | JAMES, RHONDA | YES | 3/19/2026 ALSO SIGNED 9/27/2025 |
| 46A | ALESSI, CODY | NR | 3/19/2026 |
| 46A | BARMORE, PATRICK | YES | 3/19/2026 |
| 46A | BARMORE, MARILYN | SIGNED ALREADY | 3/19/2026 |

| | | | |
|---|---|---|---|
| 46A | RICCIO, JAMES | YES | 3/19/2026 |
| 46A | GINTERT, NATALIE | YES | 3/19/2026 |
| 46A | SZABO, RYAN | YES | 3/19/2026 |
| 46A | HERNANDEZ, VERONICA | YES | 3/19/2026 |
| 46A | MONROE, KYLE | YES | 3/19/2026 |
| 46A | BOSELY, ANITA | YES | 3/19/2026 |
| 46A | MULLINS, DAVID | YES | 3/19/2026 |
| 46A | LINGER, ANTHONY | NR | 3/21/2026 |
| 46A | KORNMILLER, SARAH | NR | 3/21/2026 |
| 47A | HEHR, CHARLES | YES | 4/15/2026 |
| 47A | HEHR, JULIANNE | YES | 4/15/2026 |
| 47A | ANTZ, DENNIS | YES | 4/15/2026 |
| 47A | ANTZ, LISA | YES | 4/15/2026 |
| 47A | ANTZ, LORI | YES | 4/15/2026 |
| 47A | ANTZ, LOLA | YES | 4/15/2026 |
| 47A | LYTTLE, ROBERT | YES | 4/15/2026 |
| 47A | LYTTLE, BETTY | YES | 4/15/2026 |
| 47A | LANDMAN, STEPHANIE | YES | 4/15/2026 |
| 47A | ANDERSON, AUSTIN | NR | 4/15/2026 |
| 47A | MCGINNIS, MARGARET | YES | 4/15/2026 |
| 47A | LUTHI, QUINTIN | NO ADDRESS LISTED | 4/15/2026 |
| 47A | BREZNIAK, HARUE | NR | 4/15/2026 |
| 48A | NO SIGNATURES | | |
| 49A | PENA, RODERICK | NR | 4/6/2026 |
| 49A | EDWARDS, GRACE | YES | 4/6/2026 |
| 49A | CATALONE, VINCE | NR | 4/6/2026 |
| 49A | PETERS, JENNIFER | YES | 4/6/2026 |
| 49A | ALMENDAREZ, MARIA | NR | 4/6/2026 |
| 49A | ALMENDAREZ, OSCAR | YES | 4/6/2026 |
| 49A | GILES, MICHAEL | YES | 4/6/2026 |
| 49A | FERNANDEZ, YVETTE | DIFFERENT ADDRESS | 4/6/2026 |
| 49A | EBEGBODI, JOSEPH | YES | 4/6/2026 |
| 49A | HADOCK, BRYAN | YES | 4/8/2026 |
| 49A | BRADLEY, CHEYENNE M | YES | 4/14/2026 |
| 49A | BRADLEY, JEFFREY N | YES | 4/15/2026 |
| 49A | BRYANT, SUSAN J | YES | 4/15/2026 |
| 49A | THOMPSON, JULIE L | YES | 4/15/2026 |
| 49A | SELEC, MEGAN R | YES | 4/15/2026 |
| 49A | SELEC, DIJANA | NR | 4/15/2026 |
| 49A | MOTA, ANA M | YES | 4/15/2026 |
| 49A | PEREZ- MOTA, RAMON A | YES | 4/15/2026 |
| 49A | LONGENETTE, CRYSTAL A | YES | 4/15/2026 |
| 49A | HANOVER, CHRISTOPHER | NR | 4/15/2026 |
| 50A | LAWTON, JULIA | HPTF | 3/14/2026 |
| 50A | WOODS, JADEN | HPTF | 3/14/2026 |
| 50A | DURKIN, DENNIS | NR | 3/14/2026 |
| 50A | NAZARINIA, ARMIN | YES | 3/14/2026 |
| 50A | SCHMIDT, KELLY | BL | 3/14/2026 |
| 50A | ARELLANO DELCID, JESSICA C | YES | 3/14/2026 |
| 50A | PEREZ, TAMMY | NO ADDRESS LISTED | 3/14/2026  *HOUSE # NOT LISTED, ONLY ST NAME |
| 50A | CHICK, MICHELLE A | YES | 4/6/2026 |
| 50A | ZEUGNER, THOMAS R | YES | 4/6/2026 |
| 50A | TOTH, LAJOS G | YES | 4/6/2026 |
| 50A | REED, BEVERLY J | YES | 4/6/2026 |
| 50A | CERON, ANTONIO | YES | 4/6/2026 |
| 50A | BAXCAJAY, RAFAEL | YES | 4/6/2026 |
| 50A | CERON, MARCELINA | YES | 4/6/2026 |
| 50A | EMERSON, DAVID M | YES | 4/6/2026 |
| 50A | PROVASOLI, CHERYL G | YES | 4/6/2026 |
| 50A | PRIES, GREGORY | YES | 4/6/2026 |
| 50A | MARTIN, SUAN L | YES | 4/6/2026 |
| 50A | ROTHENBERGER, ROBERT W | YES | 4/6/2026 |
| 50A | CAMPBELL, KYZER | NR | 4/6/2026 |
| 51A | HAJDUCH, TAMMIE C | YES | 4/7/2026 |
| 51A | JOHNSON, TOD R | YES | 4/7/2026 |
| 51A | SULLIVAN, SCOTT V | YES | 4/7/2026 |
| 51A | MYERS, JUNE | YES | 4/8/2026  ALSO SIGNED 9/6/2025 |
| 51A | MYERS, JOHN | YES | 4/8/2026  ALSO SIGNED 9/6/2025 |
| 51A | KITCHENS, PHILIP R | YES | 4/10/2026 |
| 51A | SPIROS, KARIN E | YES | 4/11/2026 |
| 51A | KURTIN, CLARA T | YES | 4/11/2026 |
| 51A | SAPP, TIFFANIE M | YES | 4/11/2026 |
| 51A | MARSHALL, STEVEN A | YES | 4/10/2026 |

| | | | |
|---|---|---|---|
| 51A | SINR.... | ILLEGIBLE | |
| 51A | GOMEZ, BREANNA M | YES | 4/11/2026 |
| 51A | CLARK, RICHARD R | YES | 4/11/2026 |
| 51A | DE LA CRUZ, VALERIA M | YES | 4/11/2026 |
| 51A | FERRARA, SCOTT F | YES | 4/11/2026 |
| 51A | MORRIS, TRACY C | YES | 4/11/2026 |
| 51A | TELFORD, ROBERT M | YES | 4/11/2026 |
| 51A | MILLEMAN, SCOTT T | YES | 4/11/2026 |
| 51A | MURTHA, LYDIA S | DIFFERENT ADDRESS | 4/11/2026 |
| 51A | PULLEN, CLAIRE | YES | 4/11/2026 |
| 52A | VINSON, JENNIFER | NR | 4/4/2026 |
| 52A | SINGLETARY, ALEXIA | NR | 4/4/2026 |
| 52A | PALENCIA, GRACIE M | YES | 4/4/2026 |
| 52A | MARTINEZ LARA JR, AZUCENA | YES | 4/4/2026 |
| 52A | BIVENS, WHITNEY N | YES | 4/4/2026 |
| 52A | WIEDMAN, JOHN A | YES | 4/4/2026  SIGNED 8/15/2025 |
| 52A | MASTRUSERIO, MICHAEL L | YES | 4/4/2026  Signed 8/25/2025 |
| 52A | DUNSMOOR, AMY R | YES | 4/4/2026 |
| 52A | PERRY, DAMION | NR | 4/4/2026 |
| 52A | ALLEN, ANNE | DTF | 4/4/2026 |
| 52A | KHALEL, SHEREN W | YES | 4/4/2026 |
| 52A | FORD, JORDAN L | SIGNED ALREADY | 4/4/2026  *GREEN |
| 52A | CANTRELL, BAILEY C | YES | 4/7/2026 |
| 52A | TRUONG, TOM VAN | NR | 4/7/2026 |
| 52A | TOWNSEND, NICHOLAS | NR | 4/7/2026 |
| 52A | STERLICCHI, GERALDINE P | YES | 4/7/2026 |
| 53A | VASQUEZ, DANNA M | YES | 4/11/2026 |
| 53A | SANTILLAN, JOSHUA E | YES | 4/11/2026 |
| 53A | BYRA, JESSICA | NR | 4/11/2026 |
| 53A | MEJAY-DE LA CRUZ, LIZA M | YES | 4/11/2026 |
| 53A | TZIGOS, LORI K | YES | 4/11/2026 |
| 53A | SCHRAMM, JAMES R | YES | 4/11/2026 |
| 53A | VANSLETTE, ANITA | CTF | 4/11/2026 |
| 53A | FLYNN, AMY | CTF | 4/11/2026 |
| 53A | SMITH, AMANDA | NR | 4/11/2026 |
| 53A | ANDERSON, DANA | NR | 4/11/2026 |
| 53A | PATTERSON, KEVIN W | YES | 4/11/2026 |
| 53A | PATTERSON, RUTH V | YES | 4/11/2026 |
| 53A | SHEA, DANIEL G | YES | 4/13/2026 |
| 53A | CUEVA, IRMA B | YES | 4/11/2026 |
| 53A | HAND, BARRY M | YES | 4/13/2026 |
| 53A | LANE JR, RONALD C | YES | 4/13/2026 |
| 53A | LANE, DOMINICA R | YES | 4/13/2026 |
| 53A | SABLE, KASSIDY A | YES | 4/15/2026 |
| 53A | GOODHUE, NANCY R | YES | 4/16/2026 |
| 53A | BUCKRUCKER, SHEILA S | YES | 4/16/2026 |
| 54A | SOUERS, JEFFREY R | YES | 4/16/2026 |
| 54A | MURRAY, KELSIE M | YES | 4/16/2026 |
| 54A | MURRAY, JOHN P | YES | 4/16/2026 |
| 55A | POIRIER, LUCIEN J | YES | 4/17/2026 |
| 55A | ELLIS, DAWN L | YES | 4/17/2026 |
| 55A | ANDERSON, ELIZABETH A | YES | 4/17/2026 |
| 55A | THOMPSON, JAY J | YES | 4/17/2026 |
| 55A | MOBLEY, NAOMI | YES | 4/17/2026 |
| 55A | MOBLEY, RONALD L | YES | 4/17/2026 |
| 55A | WILLIS, ANDREW R | YES | 4/17/2026 |

56A - NO SIGNATURES