# Exhibit 14

**Myer Audit Notes
(June 5, 2026)**

PRR-2026-441   "NOT ON ROLL AFTER OCT 6"

April 2, 2026
Batch Detail,
Recvd. 4/16/26
from clerk

| Page # | Name | Not Registered CW/address outside of CW | Voter Roll address does not match petition form |
|---|---|---|---|
| 1 | M. HOSKINS | LA | |
| 1 | J.HOSKINS | NR | |
| 1 | A. ORLIK | LTF | |
| 1 | N. STARPOLI | NR | |
| 3 | C. HARTMAN Cecelia | DTF uninc. | |
| 3 | E. EPPERSON | OM | |
| 4 | J. GILLIAM | DN | |
| 4 | M. GILLIAM | DN | |
| 4 | M. JOSEPH | CTF | |
| 4 | M. JONES | HR | |
| 5 | P. TURNER PAULA Annette or Alyce? | MOVED WITHIN CLW? | x |
| 5 | Navez, C | CTF | |
| 5 | Harvey, R | CTF | |
| 5 | Shehata, M | | |
| 7 | R. HART HARDT | NR | |
| 7 | K. LUDWIG MOVED? within City | NR | x |
| 7 | R. PEREZ | NR | |
| 7 | A. JONES unincorp (to City) | | x |
| 7 | V. JORGE | NR | |
| 8 | J. FRIEND | NR | |
| 15 | R. DEGARMO REBECCA DE GARMO | NR ACTIVE | |
| 28 | Zimmer, William | NR IN JUNE BUT NOT CURRENT | |
| 157 | King, Debra LOOK AT SIGNATURE | different address | |
| 157 | Smith, JOHN | incomplete address | |
| 209 | R. FIELDS | DTF | |
| 209 | A. PROFFITT | CTF | |
| 209 | L. MORAN Leslie Moran (emailed) | NR | |
| 209 | R. LESLIE | DTF | |
| 210 | A. AVDIC Amina Gutic-Avdic | NR REGISTERED | |
| 210 | P. KROBLOCH | SM | |
| 210 | I. HUFF | NR | |
| 210 | K. HARTMAN | LA | |
| 210 | R. KECI inactive? | DN | |
| 213 | Heath, W Wayne Heath | NR ELDERLY NO APT # | |
| 213 | Kauffman, N | NR | |
| 213 | Miller, Betty UNICORP. | NR | |
| 213 | Tidwell, S | NR | |
| 213 | Bavas, G emailed | Different Address | |
| 213 | Paul, T | CTF | |
| 213 | Miller, J | CTF | |
| 214 | Sipes, J | FSMT | |
| 214 | Dixon, C WHO IS THIS?? | NR | |
| 214 | Goad, S | FMST | |
| 215 | J. DE LA ROSA | NR | |
| 215 | J. GOULISH | NR | |
| 215 | K. KAHL | SM | |
| 216 | P. GONZALEZ | CTF | |
| 216 | W. CORMIER | CTF | |
| 216 | J. HILL | CTF | |
| 216 | N. ARGIRISH ARGIRIS | NR INACTIVE | |
| 216 | M. MCCALL UNICORP | NR | |
| 218 | Rodriguez, J ALYSON | NR | |
| 218 | DeMartino, T | NR | |
| 218 | Phillips, Lyle W. | NR UNIC | |
| 218 | Blythe, S | FSMT | |
| 221 | D. NOVO | PHMT | |
| 221 | E. RAMIREZ | HR | |
| 222 | A. CANTILLO ANTHONY | NR UNINC | |
| 222 | P. HALEY | NR | |
| 222 | K. HERRMAN | FSMT | |
| 222 | J. WHALEY | CTF | |
| 222 | R. JACKSON Rikki Jackson | Address | x |
| 222 | R. WILSON | CTF | |
| 237 | Rasor, J | NR | |
| 237 | Finnegan, V | NR | |
| 238 | Smitley, KATRINA | NR UNINC | |
| 247 | L. ADAMAK JOANNE ADAMEK | NR INACTIVE | |
| 247 | L. BUTTON | NR | |
| 248 | G. HUFF | CTF | |
| 248 | A. VALENCIA within Clearwater | NR | |
| 248 | N. BUCHWATTER | NR | |
| 249 | J. SPEARS | LA | |
| 249 | M. MCMANUS | CTF | |
| 249 | G. GEHO | NR | |

SIGNATURE

SIGNATURE

P. 218

CLERK'S CODES

OM = Oldsmar
HR = Safety Harbor
CTF = CLW FIRE + UNINCORPORATED
NR = Not Registered
DTF = Dunedin Fire
SM = Seminole
LA = Largo
DN = Dunedin
FMST = Feather Sound
PHMT = Palm Harbor



249 S. CLORRING
250 M. MICHALIK
250 S. MUFFLEY — CTF
250 A. PARCEL — CTF
254 Floyd, O — NR → inactive voter
256 Conley, M — CTF
256 Hamlett, C — NR →
256 Brown, M — NR
256 Light___, D — NR
250 J. GARCIA  José Luis Garcia — NR
261 H. PARKER — DN → REGISTERED "INACTIVE" VOTER  2062 Attache Ct. NR.
261 D. SWINDLEHURST — NR  DTF
261 S. HENDERSON — CTF
261 A. JACKSON — CTF
261 M. JAKUBOWSKI — NR
261 T. SMITH — PP
261 P. WEISS — LTF
261 N. PERNINI — NR
261 J. PERNINI — LA
261 A. PREUS — LA
261 K. THIBODEAU — NR
262 K. DONOVAN — LTF
262 N. WIGHT — LA
262 J. SOHEYS — LA
263 S. YEATES — CTF
263 C. MURPHY — HPTF
263 R. GOBER — NR — LIVES IN CW PER PETITION
263 L. GERMONY — CTF
263 M. BUNNELL — NR
263 V. BARRON — CTF
263 K. TEDESCHI
263 C. SPROWES — CTF
263 E. FEW — NR  INACTIVE              × BOTH CW ADDRESSES
263 J. WEBER — LA
263 A. JOU... — HPTF
263 C. MCDONALD — LA
263 A. ALLEN — CTF
264 R. CORONEL — CTF
264 B. ALBUYS — NR
264 L. NEIL — NR
264 R. PRICE — CTF
264 C. SCHEINMAN — HPTF
264 G. WILLIAMSON — DTF
265 Schadt, S — NR  CW REGISTERED
265 Carter, B — NR  un.
266 Finocchio, J — NR  un.
266 Berman, J — NR
266 Defrances, R — NR
266 Henley, W — NR
266 Bowing, D — NR
SIGNATURE 267 M. WILSON — NR
267 C. BODIN — NR — INACTIVE        Note - there is a Megan A Wilson at diff address ?
267 S. TAGUE — CTF
267 R MCCALL — NR
SIGNATURE 268 C. FERRIS — NR  BOTH IN CITY
268 M. BURKE — HPTF
268 C.T. HO
268 M. ULMER — NR
268 A. HARLAND — CTF
268 T. KHALIL — LA
268 M. KHALIL — LA
271 D. LATHAM — LA
271 M. GALLOWAY — HPTF
271 A. GALLOWAY — HPTF
272 B. CLARK — CTF
272 M. SINGER  MATTHEW — NR — INACTIVE
273 A. HELENSKI — HPTF
273 M. MARCOS — NR
SIGNATURE 273 J. MOONEY
274 L BERG — CTF              × 2 CW ADDRESSES !
275 L. ANDERSON — CTF
275 B. PRESTIGIACOMO
275 D. RATCLIFFE — PSMT
275 C. BATTIE — SIGNED PRIOR TO BEING REGISTERED
275 D. KARVELAS — CTF



DE 16"

April 2, 2026

Signature

alderly

SIGNATURE
SIGNATURE

275 R. NODAR
276 S. MARTIN  SAVANNAH
276 T. DONKOR
276 K. HAYES
276 V. OARBLA
277 R. LEBRON
277 S. DEPOMPEI
277 B. DEPOMPEI
277 A. BURKEL
279 T. SCALI
279 A. LYONS
279 E. DONOVAN
279 M. TALBERT
279 A. HALL
281 S HARTMAN
281 L SCHMIDT
281 L BROOKS  BERKES. LORENE
282 A. ZIFFER
282 M. CASTRO
282 B. DUFFY
282 A. HEERA
282 J. BROOKS
283 S. SALSINI
283 D. COOOL
283 F. WIBLITZHOUSER
283 P. DICKINSON
283 D. LOPEZ
283 J. TORRES
283 T. GREZBIEN
284 R. GROMER
284 A. BENDER
284 L JONES  LEONARD
284 F. GONTIER
287 Heman, A  MERRIAM
287 Plank, K  PLANTE
287 Cusumano, J
287 McSorely, L
288 Margaret, M  KARISNY
288 Ostermanchner, D  OSTERMUNCHNER
288 Kyle, K
291 S. USOWSKI
291 A. COLLONDS  CALLANOS
291 D. ADEYENO
291 M. BALI
291 L BRESINGER  BIESINGER
291 N. VOS
291 C. CORMIER
291 Amold, H  OLLY
292 W. RANDLES
292 A. TEPETADE
292 M. JONES
292 E. ANTENOR  ANTENOR, EUPOLINA
295 B. LEBOULCH
295 A. ORTIZ
295 C. RACH
295 A. RIOS
296 A. LAKES
295 N. TOWNSEND
295 M. JAMES
295 C. VALADEZ
296 R. COLINDERS  COLINDRES, ROBIN
297 Alvarado, M  ALVARADO-DIC
297 Johnston, E
297 Caudillo, S
299 T. MONTANA
299 L. GRIFFIN
299 S. SEWAR
299 S. JAMES
299 S. GERGES
299 J. DEUTSH
299 C. MICHALIK
299 L LEONARD
300 B. HAM
300 B. COLEMAN
300 K. MCBETH

LA
NR  10/14/26  IN 3/6/26 ROLL
NR
CTF
CTF
INACTIVE
BL
BL
BB
N A
BL
BL
LA
ETF
LA
LA
NR  1920 CARLOS AVE  "192" CARLOS AVE.
DN
NR
CTF
LARGO HOTEL
NR  INACTIVE VOTER
LTF
LTF
NR
LA
PP
NR  TWO VOTERS - ONE IN CW  ONE IN UNIC
BEACH OR CW
NR
NR
BL
NR  BOTH REGIS  CW ADDRESSES
NR
NR
LA
NR
NR
CTF
NR
BL
CTF
NR  MOVED TO DUNEDIN  SIGNED 10/10/25
NR
NR
CTF
NR  INACTIVE
NR
NR
NR
NR
NR
NR
NR
NR
NR
CTF
LTF
BL
CTF
PHMT
CTF
LA

x TWO CW ADDRESSES

x BOTH ADDRESSES IN CW

ADDRESS NOT LEGIBLE  1208 AMBLE LN

X 1937 HALIFAX LN

PRR-2026-546  "Petition Sig... Not Prior to 10.07.2025"
Rec'd. 4/30/26

| Name | Reason | PG | |
|------|--------|----|----|
| Doth, L | NR | 5 | |
| Baird, C | LA | 5 | |
| 9/16/2025 Schlueter, Steven | different address | 6 | CLW |
| Rodriguez, S | CTF | 6 | |
| Baralt, W | CTF | 6 | |
| Amin, R | CTF | 6 | |
| Young, C | PPW | 6 | |
| Hammer, Shannon | NR | 9 | INACTIVE CLW |
| 9/30/2025 Candiloro, K | signed more than once | 13 | BOTH GET TOSSED?? |
| 9/30/2025 Kempf, Janette | signed more than once | 13 | |
| 9/30/2025 Geisheimer, P | signed more than once | 13 | |
| Guimaraes, C | CTF | 19 | |
| Jenkins-Cobb, J | NR | 19 | |
| Abdul-Jalil | NR | 19 | |
| Jenkins, Naomi | NR | 19 | |
| Livingston, EDNA | different address | 19 | CLW INACTIVE 1160 RUSSELL ST. |
| Bostick, Lerby | NR | 19 | CLW 1141 or 1160 RUSSELL |
| Bostick, Lorenzo | NR | 19 | INACTIVE " |
| Tisdale, Catherine | NR | 19 | INACTIVE |
| Tisdale, Cameron | NR | 19 | INACTIVE |
| ?.SIGNATURE Williams, R. PATRICIA RENE | different address | 21 | ACTWE CLW |
| C...., CODY | not legible | 21 | |
| SIGNATURE Weppert, L | NR | 21 | DIFF ADDRESS - LINDA LAURA WEIPPERT? |
| * Perrine, SUSAN (MCCLAIN) | NR ACTIVE CLW | 22 | VERIFY MAIDEN OR MARRIED |
| Cooper, L | CTF | 23 | |
| Voronina EKATERINA | NR | 23 | INACTIVE |
| Stapleton, J | LA | 23 | |
| Coulombe, D | signed before reg. 1/29/26 | 26 | |
| Adeson, K -// Kathrine | NR | 26 | INACTIVE |
| Adeson, Eric | NR | 26 | INACTIVE |
| Rivera, R | LA | 27 | |
| Pappas C praxine | NR | 27 | |
| Mornson, L | BL | 27 | |
| Falco, CHARLES | NR | 27 | INACTIVE |
| Falco, R | NR | 27 | |
| LaPorte, ANGELA | NR | 29 | INACTIVE |
| Solorano, D | LA | 29 | |
| White, S | CTF | 29 | |
| White, M | CTF | 29 | |
| Stillman, C | DN | 29 | |
| Boyle, K | DN | 29 | |
| Perez, Bampea Perry Gavea | different address | 29 | ACTIVE |
| Wong, V | NR | 29 | |

(1)



| SIGNATURE Cory, S — SHERYL | different address | 29 MOVED WITHIN CLW |
| Marinez, NGRMA | NR | 29 INACTIVE |
| Pergano, GILIANNI | NR | 29 INACTIVE WITHIN CLW |
| McKay, G | CTF | 30 |
| Carter, T | CTF | 30 |
| Spillurt, A | NR | 31 |
| Masseill, ALEX | different address | 31 ACTIVE WITHIN CLW |
| Metoyer, C | CTF | 31 |
| Bodami, J | CTF | 31 |
| Averill, K | CTF | 31 |
| Boyd, C | CTF | 31 |
| Lee, K | CTF | 31 |
| Lee, K | CTF | 31 |
| CALL OR EMAIL Brown, J | different address | 31 |
| Stumpe, J | HR | 32 |
| Fizpatrick, STEPHEN | different address | 32 INACTIVE WITHIN CLW |
| Anderson, T | NR | 32 |
| Puyda, MICHELLE | NR | 32 |
| Combe, A | NR | 32 |
| ?. Chukalov, EMIL | NR | 33 SIGNED WHEN REGISTERED |
| Kravits, PATRICIA | NR | 33 INACTIVE |
| Moranski, J | CTF | 33 |
| ?. Hirschl, JENNIFER | NR | 33 SIGNED WHEN REGISTERED VOTER |
| Gullnetts, S | CTF | 33 |
| Creland, D | LA | 33 |
| Owens, P | PHMT | 34 |
| Wohler, J | LA | 34 INACTIVE |
| Smith, SARAH | NR | 34 |
| Berry, A | NR | 34 |
| Perry, T | NR | 34 DIFF ADDRESS |
| SIGNATURE Perry, MATTHEW | NR | 34 |
| Vaughan, K | Tampa | 34 |
| Gross, M | DTF | 34 |
| Tremblay, M | CTF | 34 |
| Gallo, F | NR | 34 |
| Noel, S | CTF | 35 |
| Collins, J | CTF | 35 |
| Beck, A | CTF | 35 |
| King, P | CTF | 35 |
| Collins, B | CTF | 35 VALID VOTER - SIGNED |
| Vantil, D | NR | 35 MOVED WITHIN CLW |
| Mullett, LEIGH ANNA | different address | 35 SIGNED WHEN REGISTERED |
| ?. Ham, L | NR | 36 '' |
| ?. Ham, I | NR | |

2



| | | |
|---|---|---|
| Ham, A | NR | 36 SIGNED WHEN REGISTERED |
| Muhett, K | NR DIFF ADDRES | 36 MOVED WITHIN CLW |
| Aponte, S | NR | 36 |
| Montlegas, D | TS | 36 |
| Merriott, J | CTF | 37 |
| Tavarez, C | CTF | 37 |
| Salzman, B | CTF | 37 |
| Springer, M | CTF | 37 |
| Springer, A | CTF | 37 |
| Lipp, K | CTF | 37 |
| Johnson, T | SM | 37 |
| Murawsly, M | ETF | 37 |
| Hofstetter, C | CTF | 37 |
| Deering, ISABEL E. | different address | 38 WITHIN CLW - INACTIVE? |
| Friedman, s | IRB | 38 |
| PROTECTED ADDRESS  Roy, M | | 38 |
| Simpson, K | DTF | 38 |
| Mauro, B | CTF | 38 |
| Royal, B | CTF | 39 |
| Kuplen, R | CTF | 39 |
| Kuplen, T | CTF | 39 |
| Powell, L | BL | 39 |
| Braun, F | CTF | 39 |
| Nuesi, JOSEPH | NR | 39 INACTIVE |
| Dappich, T | NR | 39 |
| Murray, S | NR | 39 |
| Hill, M | LA | 40 ACTIVE |
| Ritz, ROBERT | signed before reg. | 40 |
| Lima, E | HPTF | 40 |
| Walter, J | PHMT | 40 ACTIVE  (NO APT# )2802? |
| MACHAVELO Alfonso, CARMEN | NR | 40 |
| Figueroa, R | LA | 40 |
| Martinez, M | LA | 40 |
| Smith, W | NR | 41 |
| Casto, C | NR | 41 |
| Velaquez, R | DTF | 41 SIGNED WHEN REGIS |
| Lantzy, J | NR | 41 |
| Burke, R | CTF | 42 |
| Foltz, J | NR | 42 |
| Walton, L | CTF | 42 ACTIVE |
| Blanc, SUZANNE | NR | 42 |
| Raymond, R | NR | 42 |
| Rodriguez, M | NR | 42 |
| Dee, C | NR | 43 |

3

Reason

?

SIGNATURE?
SIGNATURE

MCKEOWN

| Name | Reason | # | Note |
|---|---|---|---|
| Hall, MONTE | signed before reg. | 43 | ACTIVE |
| Raganot L RAGANS | NR | 43 | ACTIVE MOVED WITIN CLW |
| Merica, SUSAN | different address | 43 | ACTIVE |
| Sola, K | CTF | 44 | |
| Wenke, M | CTF | 44 | |
| Huettig, W | PHMT | 44 | INACTIVE - DIFF CLW ADDRESSES |
| Marty, KIARA | NR | 44 | |
| Dalke, S | NR | 44 | |
| Nickerson, G | NR | 44 | |
| Corena Taylor, G | ETF | 45 | |
| Polykov, J | CTF | 45 | |
| Suarez, R | BTF | 45 | |
| Tripp, R | CTF | 45 | SIGNED WHEN CLW VOTER OR NOT |
| Cowell, H | BL | 45 | MOVED WITHIN CLW |
| Doto, M AUREEN | different address | 45 | |
| Elliott, SHEREECE | different address | 45 | ACTIVE IN CLW |
| McComish-Glock, D | NR | 45 | DIFF ADD IN CLW |
| Rech, J REEB | Illegible 86 yrs | 46 | |
| Fisher, R | different address | 46 | |
| Kowenski, L | HR | 46 | MOVED WITHIN CLW |
| Christian, R | BL | 46 | |
| Garcia, VICKI | NR | 46 | |
| Brown, M | ETF | 46 | |
| Harmon, P | SP | 46 | |
| Brown, M | STF | 46 | |
| Thompson, C | NR | 47 | |
| Hill, M | LA | 47 | |
| Escurra, J | NR | 47 | INACTIVE |
| Escurra, R OBERT | NR | 47 | |
| Pusateri, R | NR | 47 | |
| Burke, C | CTF | 47 | |
| Bushell, E | LTF | 47 | |
| Coletti, K | CTF | 47 | |
| Gray, A | NR | 47 | ACTIVE |
| Mckeenon, LARRY | NR | 47 | |
| Wilkes, M | CTF | 48 | |
| Reiner, R | SP | 48 | |
| Beck, Y | CTF | 48 | |
| Beck, M | HPTF | 48 | |
| Leonardo, B | CTF | 48 | 2465 |
| 9/15/2025 Ares, PAULETTE | signed more than once ? | 49 | |
| Dabhi, D | NR | 49 | |
| Hutchins, R | DN | 49 | |
| Mical, M | HPTF | | |

4



| Name | Status | Number | Note |
|------|--------|--------|------|
| Cafero, P | | | |
| Cafero, A | CTF | 49 | |
| Collins, DAMIEN | CTF | 49 | |
| Lahni, C | NR | 49 | INACTIVE |
| Shepherd, M | NR | 49 | |
| Hargett, H | SP | 49 | |
| Lewczuk, M | CTF | 49 | |
| Farmer, A AMANDA | NR | 50 | ACTIVE |
| Luna, I | NR | 50 | REGIS. WHEN SIGNED |
| Marker, M | CTF | 50 | |
| Carjasi, ROBERT | LTF | 50 | |
| Calnahan, J | Incomplete address | 50 | |
| Dyfek, R | LA | 50 | |
| Mtz, G | PHMT | 51 | |
| SIGNATURE Barrios, F Berrios | HPTF | 51 | INACTIVE · DIFF CLW ADDRESS |
| Danko, G | NR ST. PETE | 51 | |
| Espinal, R | NR | 51 | |
| Thomas, P | NR | 51 | |
| McKae, K | CTF | 51 | ACTVE WITHIN CLW MOVE |
| Fischer, CELY | different address | 52 | |
| Parks, T | NR | 52 | INACTIVE |
| Booker, AMY | NR | 52 | |
| Olivry, B | NR | 52 | |
| Pucillo, L | DN | 52 | |
| Kozlowski, K | ETF | 52 | |
| Donahue, K | LTF | 52 | |
| Carney, A | LA | 53 | |
| Ramirez, A | CTF | 53 | |
| Neville, W | CTF | 53 | |
| Orelland, K | NR | 53 | |
| Torres, M | CTF | 53 | |
| Forseen, R | L | 54 | |
| Morgan, M | CTF | 55 | INACTIVE WITHIN CLW |
| Gascoyne, W | NR | 55 | |
| Brumbaugh, K | CTF | 55 | |
| Mutale, KELSEY | different address | 55 | |
| Maddox, H | NR | 55 | |
| Fay, P | CTF | 55 | |
| 2. Martin, CHARLES A. | different address | 55 | |
| Richmond, D | CTF | 55 | |
| Carroll, M | DN | 55 | |
| Edwards, K | DN | 56 | |
| Radoll, M | CTF | | |
| Runyon, S | NR | | |

| | | |
|---|---|---|
| Adams, B | NR | 56 |
| 2x  —•Bensavage, D  *Bansavage*  signed again | | 56 ACTIVE |
| Newton, S | CTF | 56 |
| Pardo, P | NR | 56 |
| Helington, D | CTF | 57 |
| Rassoul, R | HPTF | 57 |
| Hasha, G | CTF | 57 |
| Rodriguez, M | NR DUNEDIN | 57 |
| Willis, J | NR | 58 |
| Soto, V | ETF | 58 |
| Kirkland, E | CTF | 58 |
| Ryan, C | CTF | 58 |
| Busa, D | PHMT | 58  CLW or DN? |
| SIGNATURE Mars..., FRED MARSCHALL illegible | | 58  MOVED WITHIN CLW' |
| Minaj, EYA | different address | 58 |
| Cafiero, M | NR | 58 |
| Cafiero, P | NR | 58 |
| Caltabiano, S | NR | 58 |
| Amequita, L | LA | 59 ACTIVE VOTER |
| Moses, HENRY  JR | signed before reg. | 59 |
| Little, K | NR | 59 |
| Nunez, B | LTF | 59 |
| Reeves, K | CTF | 59 |
| Boutwell, R | CTF | 59 |
| Taylor, BRUCE E, | signed before reg. | 60 ACTIVE   1977 ! |
| Blubaugh, W | NR | 60 |
| Stuler, A | CTF | 61 |
| SIGNATURE Newman, DANIEL | different address | 61 ?. |
| McCracken, T | New Port Richey | 61 |
| Pruit, D | NR | 61 |
| Pompa, C | NR | 61 |
| Myer, K | signed more than once | 61 |
| Mouzon, ALEX | NR | 62 |
| Ballestero, K | NR | 62 |
| Ballestero, CARLTON | different address | 62 |
| Bodnar, L | PHMT | 62 |
| Hanson, FORD | NR | 62 |
| Dunn, N | CTF | 62 |
| Dunn, R | CTF | 62 |
| Grossman, D | CTF | 62 |
| Balanky, L  BALANSKy | NR | 62 |
| Herring, P | NR | 62 |
| Whitcomb, M | LA | 63 |
| Mieras, C | DTF | 63 |

6

Prior to 10,0?...

*elatives signed*

| Edwards, J | DTF | 63 |
| Preus, A | LA | 63 |
| Garlick, D | CTF | 63 |
| Freitas, A | NR | 63 |
| Lee-Adinkar, D | LA | 63 |
| Minichino, ELAINE | NR | 64 ⟩ June Voter ROLL |
| Minichino, JAMES | NR | 64 / SIGNED 8/25/25 |
| Kane, J | DTF | 64 |
| Miracle, K | signed more than once | 64 |
| Fuchetti, G | CTF | 64 |
| Cabanas, J | CTF | 64 |
| Dickson, M | NR | 64 |
| Lockamy, K | NR | 64 |
| Zaleski, S | signed more than once | 64 |
| Dewey, W | signed more than once | 65 |
| Fraiman, G | LA | 65 |
| SIGNATURE Smith, MAX | different address | 65 CLW ADDRESSES |
| Ng, Po | NR | 65 |
| Ree, P | CTF | 65 |
| Laurenco, M | DN | 66 |
| Fox, C | DTF | 66 |
| Marry, A | CTF | 66 |
| Petite, C | NR LARGO | 66 |
| Mihaj, E | NR | 66 |
| Hart, N | LTF | 66 |
| Moore, R | CTF | 66 |
| Perrine, SUSAN | NR | 67 |
| Histini, K | NR | 67 |
| Cinderman, D | LA | 67 |
| Stanart, J | LTF | 67 |
| Stanart, T | LTF | 67 |
| Mastandrea, SYLVANA | NR | 67 ACTIVE (WITHIN CLW) |
| Veghte, L | CTF | 67 |
| Wak..., J | BB | 68 |
| Andonican, D | BB | 68 |
| Ward, A | TS | 68 |
| Howard, B | NR | 68 |
| Van Winkle, VJ VICKY JANE | NR | 68 ACTIVE |
| Brown, S | NR | 68 |
| Patterson, TYLER | NR | 68 REGIS WHEN SIGNED |
| Caldwell, EONINA | NR | 68 ACTIVE PER APP? |
| Cabrera, M | CTF | 69 |
| Thradahl, K | PHMT | 69 |
| Peters, T | LA | 69 |

7

C. Not prior to

| Name | Status | |
|---|---|---|
| Elena, O | DN | 69 |
| Sutherland, WISBOURNE | NR | 69 INACTIVE on 6/25 roll |
| Reyes, D | NR | 69 |
| Benavides-Hoykins, A | CTF | 69 |
| Lantz, D | CTF | 69 |
| Welers, B | DN | 69 |
| Henry, S | CTF | 69 |
| Henry, D | CTF | 69 |
| Rivera, C | CTF | 69 |
| Reese, A | NR | 69 |
| Collins, M | NR | 69 |
| SIGNATURE Torres, SANTIAGO | NR | 70 |
| Ransom, S | NR | 70 |
| Sickles, A | NR | 70 |
| Jones, N | NR | 70 |
| Ellard, S | NR | 70 |
| Baxter, B | NR | 70 Someone reg. in 6/2025 |
| SIGNATURE Rivera, J | no address ? | 70 |
| Assaf-Hofle, F | LA | 70 |
| Dillon, K | NR | 70 |
| Nivalt, Y | incomplete address | 70 |
| Wall, M | CTF | 70 |
| Drew, M | CTF | 70 |
| Richardson, CHARLENE | NR | 70 INACTIVE |
| Gato, G | PP | 71 |
| Niehaus, I | NR | 71 |
| Cuervas, M | HPTF | 71 |
| Smith, T | LA | 71 |
| Jerome, K | NR | 71 |
| Schwartz, E | signed more than once. | 71 |
| Sorrells, P | CTF | 71 |
| Lystad, C | signed more than once | 71 |
| Calloway, K | NR | 71 |
| Ferra, T | signed more than once | 71 |
| Gambino, M | CTF | 71 |
| Martinez-Garcia, Y | LA | 71 |
| Panini, L | NR | 71 |
| Lopez, A | PHMT | 71 |
| Lopez, S | Tampa | 71 |
| Folney, S  FORNEY, SHAVAYA | NR | 72 ACTIVE in APP? |
| McCray, G | CTF | 72 |
| Lewis, SHINEQUA | NR | 72 INACTIVE |
| Wagner, B | CTF | 72 |
| Ramirez-Gress, BRIZA | NR | 72 INACTIVE |

8

| | | |
|---|---|---|
| Valentine, W | DN | 72 |
| Delgado, G | LA | 72 |
| Gorgei, M | NR | 72 |
| Matzke, G | CTF | 72 |
| Leong, P | HR | 72 |
| Walton, I | NR | 72 |
| Maitino, M | CTF | 73 |
| Smith, W | CTF | 73 |
| Tuncsiper, Alice | signed more than once | 73 |
| Rowkaw, C | CTF | 73 |
| Blades, Joedan | NR | 73 ACTIVE? (not on 3/25 roll, but on AP) |
| Beard-Smith, M | CTF | 73 |
| Davis, M | CTF | 73 |
| Rice, B | ETF | 73 |
| Colesti, K | CTF | 74 |
| Rodriguez, I | CTF | 74 |
| Drish, J | signed more than once | 74 |
| Szazynski, C | CTF | 74 |
| Nez, E | CTF | 74 |
| Wey, E | CTF | 74 |
| Hedrich, Maura | NR | 74 |
| D'Adamo, K | CTF | 74 |
| Devalle, A Dalvalle, Alboro | NR | 74 |
| Sanford, AnnaMarie | NR LARGO | 74 |
| Lusk, J | PPN | 75 |
| Saweya, K | DN | 75 |
| Crawford, Katera | different address | 75 BOTH within CLW |
| Clark, D | CTF | 75 |
| Bruyere, P | CTF | 75 IN CITY |
| Ash, Marcia T. | different address | 75 |
| Goldenberg, G | NR | 75 |
| Flores, A | CTF | 75 |
| Meyer, M | CTF | 75 |
| Novar | NR | 75 |
| Perry, L | LA | 75 |
| Van Tol, Cayden | NR | 75 |
| Deiss-Mayo J. | NR 20 yrs. | 75 MARRIED? or moved to Largo? |
| Rose, S | CTF | 76 |
| SIGNATURE Keith Heisler | NR 1838 N.Washington | 76 ACTIVE |
| Hall, J Hull Jayshaun | NR | 76 |
| Wraight, Thomas | NR | 76 |
| Wraight, Kim | NR | 76 |
| Ermold, L | CTF | 76 |
| Whtied, O | CTF | 76 |

9

| Name | Status | No. | Annotation |
|---|---|---|---|
| Ross, J | LA | 76 | |
| *SIGNATURE* Hagenbuckle, J VJ (Vernon) | signed more than once 608 Mariva | 77 | ACTIVE (WIFE is JAN) |
| Bell, B | CTF | 77 | |
| White, Ashley | NR 2545 NE COACHMAN | 77 | SIGNED 9/17/25 |
| Quinoes, Zulma Quinones | NR | 77 | ACTIVE ON 'ROLL |
| Castiglione, A | CTF | 77 | |
| Love, D Lowe, Desiree | NR | 77 | ACTIVE |
| Leyer, Susan | NR | 77 | |
| Lauth, D | CTF | 77 | |
| Monfort, E | NR | 77 | |
| Constantine, P | CTF | 78 | |
| LaRoche, Adam | NR | 78 | |
| Hedrich, Mark | NR | 78 | |
| Nolen, Elaine | NR | 78 | Protected Voter |
| Marshall, Kristin | NR | 78 | |
| Perez, Erik | NR UNINC. | 78 | ACTIVE on 3/2026 Roll |
| LeBlanc, Kathleen Le Blanc | NR | 78 | |
| Leaver, Katharine | NR LARGO | 79 | |
| Kalin, T | NR NPR | 79 | |
| Ilumin, José | signed more than once | 79 | |
| Gallagher, E | DN | 79 | |
| Shaw, C | DN | 79 | |
| Arthur, Sherman | NR | 79 | |
| Peterson, C | HR | 79 | |
| Ryan, J | CTF | 80 | |
| Briddle, Jen | NR | 80 | |
| Dixon, R | CTF | 80 | |
| Sprague, M | CTF | 80 | |
| Gore, Abb | NR | 80 | |
| Galli, Michelle | NR | 80 | |
| Rexroat, J | NR | 81 | |
| Brooks, J | CTF | 81 | |
| Gebo, J | CTF | 81 | |
| Brooks, D | CTF | 81 | |
| Carlton, T | CTF | 81 | |
| Bowles, Lisa | NR | 81 | |
| Bowles, Wayne | NR | 81 | |
| Halisky, Scott | NR | 81 | signed 8/3/25 |
| Farrell, KIM | NR | 82 | INACTIVE |
| Kibelka, Gottfried | different address | 82 | MOVED WITHIN CLW |
| Kibelka, Birgit | different address | 82 | |
| Wilson, William H. | signed more than once | 82 | |
| Bassolino, A | NR | 82 | |
| ✗ Schaeffer, MATTHEW G. | NR | 82 | ACTIVE |

Margin notes: "at time of signing", "on June roll", "June", "2. Regis. in June"

10

| Name | | Status |
|---|---|---|
| Psomas, IRENEN.ARAKAS | NR | 83 ACTIVE |
| Mar......, GUSTAVO | illegible | 83 |
| Flores, ANDREINA | NR | 83 |
| Campbell, T Stephanie Taylor | NR | 84 ACTIVE |
| Marley, JUDITH | NR | 84 |
| Prestigiacomo, B | NR | 84 |
| Cox, GENA | NR | 84 |
| MOSIER JASON | NR | 85 |
| SERECKA D | | 85 |
| DEWITT | ILLEGIBLE | 85 |
| BOBCIE | ILLEGIBLE | 85 |
| NONEZ G | NR | 85 |
| LAW J | | 85 |
| RUTCH J | CTF | 85 |
| MACNEIL MICHAEL | NR | 85 INACTIVE |
| SANDERSON K | LA | 85 |
| SANDERSON G | LA | 85 |
| RABAI ANDRES | NR | 85 |
| LIMA CLARISSA | | 86 |
| TETREAULT, TRAVIS | | 86 |
| THORNE J | | 86 |
| NEUMANN, ASPEN | | 86 INACTIVE |
| ROARK K | DUNEDIN | 86 |
| PIERCE J | CTF | 87 |
| CONRAD S | STF | 87 |
| MARIGNONI DIANE | HR | 87 |
| MARIGNONI, DANIEL | HR | 87 |
| MINARD C | HR | 87 |
| TAROLLA D | HR | 87 |
| RICKETT G | SIGNED MORE THAN ONCE | 88 |
| HUTCHINS L | HR | 88 |
| ANDUJAR J | NR - signed 8/26/2025 | 89 |
| TELLO T | SIGNED MORE THAN ONCE | 89 |
| RGUI MAX | NR | 89 |
| JOHNSON GIANFRANCO | NR | 89 INACTIVE - MOVED WITHIN CLW |
| MORRET TIFFANY moore | SIGNED MORE THAN ONCE | 90 |
| MOCK ERIC   MOCH | NR | 90 |
| LIER K | SIGNED MORE THAN ONCE | 90 |
| MACK SHAWN | NR | 90 |
| SEDITA L | HPTF | 90 |
| ROMAN I | CTF | 90 |
| WEAVER R | LA | 90 |
| NOBLE R | HR | 90 |
| WHYTE E | NR | 90 |

SIGNATURE SUED 8/14/25

8/14/25

11

| | | |
|---|---|---|
| Evinc, SENA | NR DUNEDIN | 91 |
| Sutherland, D | FSMT | 91 |
| Guerra, M | NR | 91 |
| Powell, N | NR | 91 |
| Harms, S | SP | 91 |
| Stringer, S | DN | 91 |
| Marcos, E | Holiday | 91 |
| Machini, J | LA | 91 |
| Williams, C | HPTF | 91 |
| Sandoud, O | HPTF | 92 |
| Maccia, R | NR | 92 |
| S..., Tracy | not legible | 92 |
| Sot, KATHLEEN SDE | NR | 92 INACTIVE - IN APP |
| Weglarz, E | CTF | 92 |
| Korotkin, Isaiah Korotkih | NR | 92 INACTIVE |
| June, JASON | NR | 92 |
| Johnson, R | NR | 92 |
| Jackson, R | LA | 92 |
| Brown, M Jr. William C | NR | 92 ACTIVE |
| Hila, F | NR | 92 |
| Signature Foins, JAMES "FOYNES" | NR 90 yrs. ACTIVE | 93 "9009 "Pearce Dr. |
| Mitchell, Tommy | NR | 93 |
| Cuddeback, D | NR | 93 |
| on Jure roll ← Lima, COURTNEY | NR | 93 signed 8/2025 |
| Lima, T | NR | 93 |
| Hill, Michael | LA | 94 |
| Warford, JARED | NR | 94 ACTIVE WITHIN CLW |
| Rodante, JERRY | NR | 94 |
| Jennings, J | CTF | 94 |
| Whelan, J | CTF | 94 |
| Lewis, CASSANDRA | NR | 95 |
| Parker, R | NR | 95 |
| Czaskowski, SEBASTIAN | NR | 95 |
| Stomberg, J | CTF | 95 |
| Rodriguez, E | PH | 95 |
| Belotte, STERLING | NR | 95 INACTIVE |
| Drewer, Roger | NR | 96  19135 us virginia |
| D..., Paul not legible | NR | 96 |
| Riley, J | NR | 96 |
| Urbanas, G | CTF | 96 |
| Sumoverall, TINA | NR | 96 |
| Mitchell, A | ETF | 96 |
| Cathey, D | CTF | 96 |
| Pinto, M | NR | 96 |

12

| Name | Unit | Number | Note |
|---|---|---|---|
| Ballance, E | CTF | 96 | |
| Joarez, A | NR | 96 | |
| Masterson, G | NR | 96 | |
| Lawrence, J | NR | 97 | |
| Hall, J | HPTF | 98 | |
| Szoke, C | LA | 98 | |
| Lamont, L | HPTF | 98 | |
| Smith, Lynd | NR | 98 | |
| Smalley, Duran | NR | 98 | INACTIVE |
| VonScoy, E | NR | 98 | |
| Hall, C | NR | 98 | |
| Salata, C | NR | 99 | |
| Perri, Nathan | NR | 99 | INACTIVE in APP |
| Cline, R | SP | 99 | |
| Saunders, J | DN | 99 | |
| K.., Anita - illegible *Kapust* | NR | 99 | |
| *Bohdaw* Bodhar, Kapustiak | NR | 99 | |
| Saunders, R | DN | 99 | |
| Dixon, C | LA | 99 | |
| 4th line not legible *Veronica Davis* NR ? SIGNATURE | NR | 100 | |
| Saladonis, Zenobia | NR | 100 | INACTIVE |
| Pickard, V | CTF | 100 | |
| Parisy, J | CTF | 100 | |
| SIGNATURE Pawlowicz, C "CHRIS" | NR | 101 | OLGIERD |
| Luangamath, T | CTF | 101 | |
| Coop, D | LA | 101 | |
| Coop, M | LA | 101 | |
| Rozo, F | NR | 101 | |
| Graham, CRAIG D. | NR | 102 | INACTIVE or ACTIVE |
| Jorge, J | CTF | 102 | |
| Welninski, A | HR | 102 | |
| Tanner, T | CTF | 102 | |
| Blackmon, ALEX | NR | 102 | WITHIN CLW |
| Montross, S | CTF | 103 | |
| Ford, G | CTF | 103 | |
| Hagel, K | DN | 103 | |
| Kaminsky, B | CTF | 103 | |
| Kaminsky, M | CTF | 103 | |
| Laurie, SHIRLEY | NR | 103 | ACTIVE |
| Oldfield, C | CTF | 104 | |
| Jenkins, X KINTE | NR | 104 | |
| Harbuck, K | NR | 104 | |
| Byrd, JATAYIOUS | NR | 104 | ACTIVE WITHIN CLW |
| Trombetti, T | LA | 104 | |

13

| Name | Code | Page | Note |
|---|---|---|---|
| Fernandez, F | NR | 104 | |
| Umberger, L | CTF | 104 | |
| Maddox, M | LA | 104 | |
| Maddox, D | LA | 104 | |
| Furlow, B | FSMT | 105 | |
| Smith, WARREN | NR | 105 | ACTIVE |
| Willard, WILLIAM L. | NR | 105 | INACTIVE ON APP |
| Timothy, WEFLER | NR | 105 | ACTIVE |
| Camera, THOMAS | NR | 105 | ACTIVE |
| Howard, K | NR | 105 | |
| S.., Sheron - not legible Nichols | NR | 107 | ACTIVE |
| not legible THOMAS VARGA | NR | 107 | ACTIVE - |
| not legible | CTF FAULDS RD. | 107 | |
| not legible | NR 515 Belleview | 107 | |
| not legible | NR 13225 101St LARGO | 107 | |
| Lund, MARCUS A. | NR | 109 | ACTIVE  NO APT# |
| Miller, HOLLISA | NR | 109 | INACTIVE |
| Partin, L | BL | 111 | |
| Alicea, R | CTF | 111 | |
| Bump, DYLAN | NR | 111 | INACTIVE |
| Anderson, ELIZABETH | NR | 111 | NO ADDRESS |
| Uebelacker, RYAN | NR | 113 | |
| Coffery, N | NR | 113 | |
| Boggus, RACHEL | Address did not match | 114 | WITHIN CLW roll vs. APP |
| Nordan, M | DN | 114 | |
| Coleman, D | DN | 114 | |
| Rogers, D | DTF | 114 | |
| Black, L | CTF | 115 | |
| Mills, C | LA | 117 | |
| Castro, R | NR | 117 | DIFF CLW ADDRESS |
| Rosario, J | NR | 117 | |
| Dewey, S   WARREN SCOTT | NR | 117 | ACTIVE |
| Sassano, KRISTINA | NR | 117 | INACTIVE |
| Koymarianos, D | DTF | 119 | |
| Novoa, JOSE | NR | 119 | ACTIVE VS. INACTIVE |
| Yang, B | NR | 119 | |
| Schmitchen, S | HPTF | 119 | |
| Schmitchen, H | HPTF | 119 | |
| Callejas, J | CTF | 119 | |
| Mason, A | NR | 119 | |
| Faber, N | BL | 120 | |
| Jimenez Rosario, M VHELLE | NR | 120 | INACTIVE |
| Arcell, N | NR | 120 | |
| Hurley, PETER J. | NR  ACTIVE | 120 | 2519 Hollyhock |

Dislexia

P.107 Needs Review!

SIGNATURE SIGNED WHEN VOTER

SIGNATURE

SIGNATURE

14

| Name | Status | Page | Notes |
|---|---|---|---|
| Sweezey, L | DTF | 120 | |
| *SIGNATURE* Buck, BETTY L. | different address | 120 | 75 yrs. 1817 East or "Island" |
| Harrison, L | CTF | 120 | |
| Bernard, A | CTF | 120 | |
| Bernard, R | CTF | 120 | |
| Tibby, L | CTF | 120 | |
| Tibby, J | CTF | 120 | |
| Herron, D | PHMT | 121 | |
| Wright, L | PHMT | 121 | |
| Pustorar, A *Pust over, Artem* NR | | 121 | |
| Collado, Adelaida | different address | 121 | ACTIVE WITHIN CLW |
| Walsh, B | LTF | 121 | |
| McDaniel, Connie | signed before reg ID: 118221105 | 121 | ACTIVE - NOT ON ROLLS BUT ON APP |
| Sturdivant, C | signed again | 121 | |
| Sitter, BRENDA A. | signed again | 121 | |
| A.C..... ALISSA CRAIG | NR | 122 | ACTIVE (messy) |
| Mury, M | NR | 123 | |
| Pagan, J | NR | 123 | |
| *SIGNED ole/ROLL* Byrd, SABRINA | NR | 123 | |
| Sellers, A | NR | 123 | |
| Regan, K | LA | 123 | |
| *SIGNATURE* Lane, Alan *Jr. or Sr.?* | NR | 124 | ACT-OR-INACTIVE |
| Lane, Aaron | NR | 124 | INACTIVE |
| Fagan, CHRISTINA | NR | 124 | INACTIVE |
| Araujo, MARK | NR | 126 | INACTIVE - DIFF CLW ADD |
| Tharp, ERIC | NR | 126 | INACTIVE |
| Makowski, V | LA | 126 | |
| Makowski, M | LA | 126 | |
| Fitzpatrick, C | CTF | 126 | |
| McIntosh, W | HPTF | 126 | ACTIVE |
| *SIGN...* Perez, JESSICA *Perez-Marcelino* NR | | 127 | ACTIVE - DIFF CLW |
| Dubuque, RENEE DUBUQUE NR | | 127 | MOVED WITHIN CLW |
| Simmons, OLIVIA | NR | 127 | INACTIVE - 19347 vs 19 |
| *SIGNATURE?* K.GRAHAM, KYLIE MARIE ? | NR | | |
| Hoffer, L | CTF | 131 | |
| Bailey, S | CTF | 131 | |
| Gunn, H | CTF | 131 | |
| G.S. | CTF | 131 | |
| Goodell, M | HR | 131 | |
| *SIGNATURE* Perry, KAREN | different address | 132 | DIFF CLW ADDRESS |
| Kladovaslakis, M | LTF | 133 | |
| Day, KEVIN | NR | 133 | |
| Callejas, D | CTF | 133 | |
| Walton, R | NR | 133 | |

15

| Name | Address | Number | Note |
|---|---|---|---|
| Mohammad, B | no address listed HAS S MLK | 133 | |
| Malcolm, DONIESHA | NR | 133 | INACTIVE - DIFF CLW ADD. |
| Harry, B | LA | 133 | |
| Farrer, K | LA | 133 | |
| Izaiah, S | HPTF | 133 | |
| Heston, B | LA | 134 | |
| Suarez, O | LA | 134 | |
| Suarez, M | LA | 134 | |
| Lindsay, J | DN | 134 | |
| Ashmore, L | DN | 134 | |
| Givrik, M | CTF | 135 | |
| Thompson, D | LA | 135 | |
| Paul PANLILIO | NR | 135 | ACTIVE - DIFF CLW ADD. |
| Carroll, A | CTF | 135 | |
| Fulton, C | CTF | 135 | |
| Ricketts, W | CTF | 136 | |
| Becker, M | CTF | 136 | |
| Lollis, T | DN | 136 | |
| Baltazar, G | CTF | 136 | |
| Martin, MARK | NR | 136 | |
| Bible, T | NR | 136 | |
| Deberry, R | FSMT | 137 | |
| Dennany, S | LA | 137 | |
| Vagianos, A | LA | 137 | |
| Field, J | CTF | 137 | |
| Saturday, T | DN | 138 | |
| Ngahan, T | NR | 138 | |
| Esposito, G | CTF | 138 | |
| Murray, M | LTF | 138 | |
| Keever, K | HPTF | 139 | |
| Sedita, L | HPTF | 139 | |
| Phillips, J | CTF | 139 | |
| Wichlenski, D | PP | 139 | |
| Wichlenski, S | PP | 139 | |
| Burnett, P | HPTF | 139 | |
| Jarvis, J | CTF | 139 | |
| Jarvis, A | CTF | 139 | |
| Fritts, K | CTF | 140 | |
| McGrail, S | CTF | 140 | |
| Haughton, KIMBERLY | NR | 140 | |
| Stanast, G | LTF | 142 | DIFF CLW ADD |
| FRAZIER ROBERT (several in CLW) | | 142 | |
| KIRBY BARRY | | 142 | |
| KANE JERROD | | | |

SIGNED ON 6/ 20XX ROLL

SIGNATURE

16

| Name | Note | Page |
|---|---|---|
| BROWN,TERESE | | |
| GOODEN CHIQUITA | | 142 |
| REGIS. on 6/2005 all DURAND,BENAYA   2657 Alpine #2 | | 142 - WITHIN CLW INACTIV |
| " JUNE ROLL COXHEAD MARCIA   685 ISLAND WAY (HARBOR IS) 685 | | 142 |
| CERROBLANCO,GULE | | 143 - WITHIN CLW |
| LEON L | | 143 |
| | | 143 |
| MALTESE T | | 143 |
| ON JUNE ROLL EDWARDS,EMILY | PHMT | 144 |
| | | 144 |
| TAKACH CONSTANCE | SIGNED MORE THAN ONCE | 145 |
| BOLAM,MICHAEL | SIGNED MORE THAN ONCE | 145 |
| HARMON,CODY   CALL | | 146 |
| STONE,R | SIGNED MORE THAN ONCE | 146 |
| NICOLETTO,DIEDRA | DIFFERENT ADDRESS  ACTIVE | 147 - PO BOX vs. 1352 MARY L DR |
| KING,JEFF | | 147 |
| JEAN BAPTISTE,YVES | | 148 |
| VARGO,DAVID | SIGNED MORE THAN ONCE | 148 |
| MARSHALL,JEFFREY SCOTT | | 148 - INACTIVE on ROLL |
| HUFFMAN J | SIGNED MORE THAN ONCE | 149 |
| HUFFMAN R | SIGNED MORE THAN ONCE | 149 |
| BOROWSKI S | CTF | 149 |
| POWER N | CTF | 149 |
| 9/15/25 LIVED IN LARGO BALLESTERO,CARLTON A. | DIFFERENT ADDRESS | 150 - LIVES IN CLW NOW |
| ?  BALLESTERO,KAYLA | | 150 |
| JEWETT M | CTF | 150 |
| BURGESS L | CTF | 150 |
| Perez RESTREPO,ROCIO DEL CARMEN NR | | 150 ACTIVE |
| MAZURE M | CTF | 150 |
| MESERVE M | CTF | 150 |
| MESERVE P | CTF | 150 |
| BERGSTEIN,CAITLIN | DIFFERENT ADDRESS | 151 ACTIVE WITHIN CLW |
| GUASTALLI,KIMBERLY | NR | 151 INACTIVE |
| TETR...D TETRAULT,DAVID | ILLEGIBLE | 152 INACTIVE |
| KENMIG B | LA | 152 |
| MONTES M | PP | 153 |
| GARCIA G | CTF | 153 |
| SCHEER G | CTF | 153 |
| GRUBBS,ALYSSA A | NR | 153 |
| BLAKELY,BRIAN R. | | 153 INACTIVE |
| MANLEY C | CTF | 154 |
| NEWKIRK T | CTF | 154 |
| WALKER S | CTF | 154 |
| BUTTERY S | BL | 154 |
| MESSIER L | CTF | 154 |
| GIANNETTO G | CTF | 154 |

17

| | | | |
|---|---|---|---|
| | GUERRERO L | | 154 |
| | COWART N | UNINC. | 154 |
| | Toal, F | CTF | 155 |
| | Juarez, A | NR | 155 |
| SIGNATURE | Herrera Hernandez, C A | NR  Christian Alexis | 155 INACTIVE - " |
| SIGNATURE | Herrera Hernandez, C | NR  Christopher Axel | 155 INAGTIVE - DIFF CLW ADD |
| | Flores, C | LA | 155 |
| | Leone, DOMINICK | different address | 156 ACTIVE : DIFF ADD CLW |
| | Leone, Nancy | different address | 156 ACTIVE - " |
| | Burke, MOLLY (MARY ELLEN) | NR | 157 ACTIVE |
| | Malize, RYAN | NR | 157 |
| | Radovanic, P | DN | 157 |
| | Cristal, H | signed more than once | 157 |
| | Duffy, S | HR | 157 |
| | Close, D | CTF | 157 |
| | Conley, C | SP | 157 |
| | Petren, Conor J. | NR | ACTIVE 158 PROTECTED VOTER |
| | Elend, B | LA | 158 |
| | Soriano, DENIS | NR | 158 |
| | Borremans, S | CTF | 158 |
| | Cahill, E | LA | 158 |
| on 6/2025 Roll | Waters, RAINA | NR | 158 |
| | Hannah, S | LA | 158 |
| | Zellmer, S | CTF | 159 |
| | Mendelowitz, JEFFREY | signed more than once | 159 |
| | DeWitt, T | NR | 159 |
| | Matterson, FREDERICK A. | NR | 159 VOTER, SEE INACTIVE |
| | O'Brien, R | CTF | 159 |
| | Liardakis, T | NR & No address | 159 |
| | Palladino, C (only first initial) | NR & No address | 159 |
| | Jalabev, V | NR | 159 |
| on 6/2025 Roll | Johnson, DAVID L | NR | 159 |
| | Heestand, N | CTF | 160 |
| | Kurina, D | DTF | 160 |
| | Fiorillo, D | signed more than once | 160 |
| | Folcarelli, P | signed more than once | 160 |
| | Nowlen, MICHAEL | NR | 160 |
| | Emminger, T | CTF | 161 |
| | McGowan, JEREMIAH | NR | 161 INACTIVE |
| | Freeman, MARS | NR | 161 |
| | Lodholz, SUSAN | signed more than once | 162 |
| | Baldoff, S | LA | 162 |
| | Roessler, S | signed more than once | 162 |
| | Maye, R | HR | 162 |

18

| Name | Code | Page | Note |
|---|---|---|---|
| Evans, H | CTF | 162 | |
| Musa, Eyad | NR | 162 | INACTIVE |
| Skinner, J | STFU | 162 | |
| Bonkie, N | LA | 163 | |
| Cartas, I | CTF | 163 | |
| Pfeiffer, G | CTF | 164 | |
| Dell Aquila, S | CTF | 164 | |
| Blackburn, J | CTF | 164 | |
| Knapp, T | NR | 164 | |
| Velez, VANESSA | NR | 164 | |
| Dixon, D | CTF | 165 | |
| O'Hara, M | CTF | 165 | |
| Zarle, J | CTF | 165 | |
| Marucci, A | HPTF | 165 | |
| Otto, H | HPTF | 165 | |
| Exposito, M | CTF | 165 | |
| Blomberg, M | LA | 166 | |
| Blauvelt, Q | LA | 167 | |
| Mena, M | CTF | 167 | |
| Thomas, B | BL | 167 | |
| Thomas, A | BL | 167 | |
| Graham, DEB | NR | 167 | |
| Echevarria, A | PPW | 167 | |
| Hallahan, T | signed more than once | 168 | |
| Hallahan, L | signed more than once | 168 | INACTIVE |
| Asbridge, JAMISON J. | NR | 168 | |
| Baralt, A | CTF | 168 | |
| Baralt, L | CTF | 168 | |
| Hernandez, A | CTF | 168 | |
| Pickett, L | signed more than once | 168 | |
| Pickett, D | signed more than once | 168 | |
| Lapiana, J | PHMT | 168 | |
| Black, ED | NR | 168 | |
| Garcia, D | CTF | 168 | |
| Brumfiel, G | CTF | 168 | |
| SIGNATURE Johnson, A (Anne not Anna) | different address | 169 | ? |
| Castro, JAIME EDUARDO | NR 1227 MURRAY | 169 | |
| Craig, E | signed more than once | 169 | |
| Echevarria, D | NR | 170 | |
| Abdullah, A | BL | 170 | |
| Precie, J | PP | 170 | |
| Volante, C | NR | 170 | |
| Thibodeau, TIMOTHY | NR | 170 | INACTIVE |
| Asane, R | HPTF | 170 | |

19

| Name | Status | Page | Note |
|---|---|---|---|
| Bryant, AHMAUD SAVION | NR 1522 S WASHINGTON | 171 | ACTIVE |
| Cathey, D | CTF | 171 | |
| Blum, J | LTF | 171 | |
| Watson, A | SM | 171 | |
| Nimon, S | CTF | 171 | |
| Jackson, R | signed more than once | 172 | |
| Boreemans, C | CTF | 174 | |
| Freitas, A | signed more than once | 174 | |
| Hall, L | signed more than once | 174 | |
| Washington, STEPHANIE | NR | 174 | ACTIVE |
| Miller, A | LA | 175 | |
| Stephens, D | signed more than once | 175 | |
| Johnson, ROLANO | NR | 175 | |
| E.., H.. (illegible) Enna | NR | 175 | |
| Minnlefield, CHARLIE | different address | 175 | ACTIVE WITHIN CLW |
| Young, D | CTF | 177 | |
| Ross, J | signed more than once | 177 | |
| Roberson, WILLIS | NR | 177 | |
| Dewees, ANGELA NICOLE | NR | 177 | APP SHOWS ACTIVE CALL |
| Preston, H | signed more than once | 178 | |
| Bell Sr, D. | signed more than once | 178 | |
| Everett, R | CTF | 178 | |
| Novelo, S | LTF | 179 | |
| Ruiz, BETZAIRA | different address | 179 | WITHIN CLW ACTIVE |
| Cleamman, A | LA | 179 | |
| Vig, N | NR | 179 | |
| Stanley, LASHUNDRA | NR 1353 Terra | 179 | INACTIVE |
| Castro, LAURA | NR 1008 | 179 | |
| Fiedler, M | HPTF | 179 | |
| Mast, K | STFU | 179 | |
| Hicks, ALDARELL | NR | 179 | |
| Littlejohn, E | signed more than once | 180 | |
| Faison, G | signed more than once | 180 | |
| Jackson, LASHAUNDA | NR | 180 | |
| Gillespie, J | ETF | 180 | |
| O'Dell, A | ETF | 180 | |
| McManus, S | CTF | 181 | |
| Leaver, R | LA | 181 | |
| Vandenengel, C | CTF | 181 | |
| Harrell, T | LA | 181 | |
| Long, R | NR | 181 | |
| Hall, Anne E. | NR | 181 | INACTIVE |
| Higgins, ANTHONY | NR | 181 | INACTIVE |
| Scanlon, L | HPTF | 181 | |

20

| Name | Reason | Page / Note |
|---|---|---|
| Deeley, J | signed more than once | 181 |
| KISSOON DYAL (Caballer) P OGNAM | NR | 181 ACTIVE |
| Jablonska, P | LA | 182 |
| Griffiths, S | PP | 182 |
| Myers, L | FMST | 182 |
| Shaffer, L | CTF | 182 |
| Sanders, BREONNA C. | NR | 182 INACTIVE |
| Carter, K | CTF | 182 |
| Coughlin, J | DN | 182 |
| Demarzo, TANNER | NR | 182 |
| Weichert, WILLY | NR | 182 |
| SIGNATURE Jackson, AMY | different address | 182 TWO AMy Jacksons |
| IN June 2025 roll Singerhouse, EMILY (STOCKEY) | NR MARRIED? | 182 ACTIVE |
| Pendleton, Yvette | Signed more than once | 183 |
| Mitchell, MJ MARTHA M. | NR 1284 PALMETTO | 183 ACTIVE |
| Massey, L | NR | 183 |
| SIGNATURE McSwain, MARCUS | NR | 183 INACTIVE WITHIN CLW |
| Kitchens, JAMES | NR | 183 |
| Mouzon, TODORICR | NR | 183 INACTIVE CLW ADD |
| Perry, L | SM | 183 |
| Jackson, L | CTF | 183 |
| Lang, AN | NR | 183 |
| Moroney, PATRICK | NR | 183 ACTIVE WITHIN CLW |
| Benjamin, OLA M. | different address | 183 |
| Mack, E | signed more than once | 184 |
| Mack, M | NR | 184 |
| Wine, E | NR | 184 |
| Wine, J | NR | 184 |
| Gainey, J | different address | 184 |
| Angelero, D | NR | 184 |
| Cowart, M | NR | 185 |
| Patrick, M | signed more than once | 185 |
| Pedraza-Tepetare, P | NR | 185 |
| Smith, C | HR | 185 |
| Bowden, M | SP | 185 |
| Childers, O | NR | 185 |
| Hanrahan, G | NR | 185 |
| Hilton, W | signed more than once | 186 |
| Wainwright, C | NR | 186 |
| Caste, K | CTF | 187 |
| Faison, E | signed more than once | 188 |
| Townsend, C | signed more than once | 188 |
| Boone, C | signed more than once | 188 |
| Walker, S | signed more than once | 188 |

See spreadsheet

21