# <u>Exhibit 15</u>

## Gibbs Audit Notes
## (June 5, 2026)

**Valid Voter**

Pg 6 - Steven Schlueter "Diff address" (Rosemarie read "7's" as "2s")
Pg 15 Rebecca Degarmo (it's De Garmo on roll)
Pg 21 - Rene William "Diff Address" is Patricia Rene WilliamS and is an active voter
Pg 29- Beatriz Perez–Garcia (Rosemarie said "Diff Address" but it's not) 5 S Pegasus Ave like on the petition
Pg 35 Debra Vantil ("Van Til") (Tossed for no reason other than Rosemarie didn't check the address and realize there's simply a space in her last name)
Pg 40 Robert Ritz (Registered in 2015, but Rosemarie said registered after signing)
Pg 40 Carmen Alfonso (Machavelo) (did not put apt # 2802)
Pg 42 Susan Blanc (Rosemarie wrote wrong first name)
Pg 43 Monte Hall (Registered in 1988, Rosemarie said registered after signing. On all voter rolls)
Pg 43 Laura Ragans (Rosemarie spelled last name wrong) (apt 707)
Pg 47 Larry McKeown (Rosemarie spelled last name wrong)
Pg 50 Miroslaw Lewczuk (Rosemarie failed to note nickname "Mirek" but he is at exact address as petition says)
Pg 50 Henry Moses Jr (Rosemarie said he registered after signing, but he registered in 2020)
Pg 60 Bruce Taylor (Rosemarie said he registered after signing, but he registered in 1977)
Pg 68 Vicky Jane Vanwinkle (Rosemarie didn't read last name correctly)
Pg 68 Edwina Caldwell (no clue why she threw it out)
Pg 72 Shanaya Forney (Rosemaries read it FoLney)
Pg 82 Matthew Schaeffer (no clue why she threw it out)
Pg 83 Irene Psomas (Registered as Irene Arakas Psomas)
Pg 84 Taffy Campbell (Taffy nickname?)
Pg 92 William Brown (Rosemarie switched W for M)
Pg 73 Jaedan Blades  (no clue why she threw it out)
Pg 76 Keith Heisler (terrible handwriting, Rosemarie missed address underneath)
Pg 77 Zulma Quinones (Rosemarie read last name wrong) (Rosemarie could've found her if she typed in address OR last name)
Pg 77 Desiree Lowe (Rosemarie read last name as Love)
Pg 78 Kathleen Le Blanc (Rosemarie used Leblanc)
Pg 102 Craig Graham (no clue why she threw it out) (On rosemarie's May 9 inactive but he voted in 2022)
Pg 103 Shirley Laurie
Pg 105 Warren Smith (no clue why she threw it out)
Pg 105 Timothy Wefler  (no clue why she threw it out)(Dyslexia?)
Pg 105 Tom Camera (no clue why she threw it out)

Pg 107 Sheron Nichols (didn't print name)

Pg 109 Marcus Lund (no clue why she threw it out) (no apt #)

Pg 114 Rachel Boggus (Rosemarie said address didn't match, but it does on app)

Pg 117 "Scott Dewey" (Warren Scott Dewey is at exact address)

Pg 119 Jose Mario Novoa (App says ACTIVE, Roll says INACTIVE ✅)

Pg 120 Peter Hurley (Wrote "Hollywood" instead of Hollyhock, but numbers match)

Pg 121 Connie Mc Daniel (Rosemarie didn't check "Mc Daniel" vs "McDaniel") (Rosemarie also said she registered after signing, but she can't even be found on Rosemarie's roll)

Pg 122 Alissa Craig (messy handwriting but address makes it clear)

Pg 126 Jessica Perez (Name is Perez-Marcelino, Rosemarie should have looked up the address like she said she did in her presentation at the council meeting)

Pg 210 Amina Gutic-Avdic (age 24) is listed at exact address on petition

Pg 213 Wayne Allen Heath (age 79) is listed at 3062 Eastland Blvd #110 Clearwater, Fl 33761  (missed apt # and got street numbers mixed)

Pg 263- NR Charles Murphy.

Pg 281 "NR" Lorene Berkes (Rosemarie spelled wrong. Elderly Lorene forgot "0" in address (1920)

Pg 287 "NR" Ann Merriam (Rosemarie read name wrong)

Pg 287 "NR" Katherine Plante (Rosemarie read name wrong)

Pg 288 "NR" Mary Margaret Karisny (Rosemarie read name wrong) ***BOTH ADDRESSES IN CW

Pg 292 Eupolina Antenor "Illegible" (Rosemarie couldn't read) 108 Amble Ln

Pg 296 "Diff Address" Robin Colindres (Rosemarie read address wrong)

Pg 360 Paul Balmer (name is Barry Paul Balmer. VOTER

Pg 386- Emily Serri (Rosemarie read name wrong) Left out Apt #

Pg 389 Beatriz Dezengotita (Rosemarie spelled last name De Zen)

Pg 399 Schahriar Ramos-Ramon (Rosemaries used only Ramos in last name)

Pg 147 Diedra Nicoletto (Wrote PO Box, which is in her file but Rosemarie didn't look)

Pg 150 Rosie Restrepo (Full name is Rocio Restrepo Perez)

Pg 157 Molly Burke (Molly is Mary Ellen's nickname, living at exact address)

Pg 171 Ahmaud Bryant (He's listed on the roll as Savion Bryant, which is his middle name

Pg 174 Stephanie Washington

Pg 177 Angela Dewees (registered in app, not found on Rosemarie's roll)

Pg 181 Poonam Kissoondyal (goes by last name Caballer)

Pg 182 Emily Singerhouse (Rosemarie said SingerhoRse, and she's married with new name but address and contact email is the same)

Pg 183 Martha Mitchell

Pg 184 Eric Mack (No clue why she threw it out)

Pg 184 Deneice Anglero (Rosemarie read it AngElero)

## Different Address in CW

Pg 4 Paula A Turner (Also Inactive ✅)

Pg 7***Keith Mangus Ludwig new address 101 S Old Coachman Rd #912 Clearwater, Fl 33765

Pg 7 Amber Nichole Jones  address 200 S Starcrest Dr #249 Clearwater, Fl 33765 (Diff address)

Pg 19 Edna Livingston "diff address" (wrote 1141 Russell, registered at 1160 Russell)

Pg 19 Leroy Bostick– "Diff address" (wrote 1141 Russell, registered at 1160 Russell)

Pg 19 Lorenzo Bostick  "Diff address" (wrote 1141 Russell, registered at 1160 Russell)

Pg 31 Alex Masselli "Diff address" Reg at 2981 Gulf to Bay 1121

Pg 32 Stephen Fitzpatrick (wrote Oberbrook Ln) Inactive?

Pg 35 Leigh Mullett

Pg 36 Kyle Mullett

Pg 38 Itzabel Deering (Inactive?)

Pg 43 Susan Merica

Pg 45 Shereece Elliott

Pg 45 James Reeb (Signature Verification?) (Rosemarie read last name wrong "Rech")

Pg 46 Richard Fisher (Signature Verification?)

Pg 46 Virginia Garcia (Signature Verification?)

Pg 51 Ferdinand Berrios (Rosemarie spelled it wrong)

Pg 52 Cely Fischer

Pg 55 Kelsey Mutale (Wrote 2608, lives at 2886 Wildwood) (Also Inactive ✅)

Pg 55 Charles A Martin (On Radcliffe Dr in June and currently, signed with a Davis address)

Pg 58 Eva Minaj

Pg 67 Silvana Mastandrea (Moved from CW to CW)

Pg 75 Katera Crawford new address 1110 La Salle St

Pg 75 Marcia Ash moved from assisted living (which she wrote the petition)  to skilled nursing

Pg 82 Birgit Kibelka (2138 Viola Dr)

Pg 82 Gottfried Kibelka (2138 Viola Dr)

Pg 89 Gianfranco Johnson

Pg 94 Jared Warford

Pg 102 Alex Blackmon

Pg 104 Jatayious Byrd

Pg 120 Betty Buck (Wrote 1817 Highland instead of 1817 East. 75 yrs old)

Pg 126 Mark Auaujo (Also Inactive ✅)

Pg 121 Adelaida Collado (Diff address…2918 Drew vs 2990 Drew St)

Pg 124 Alan Lane (Jr or Sr?- Sr is active, Jr is *Inactive) Sig needed

Pg 124 Aaron Lane *Inactive ✅

Pg 127 Renee Dubuque (Rosemarie read DubuGue but signature makes it clear it's a Q)

Pg 127 Olivia Simmons

Pg 132 Karen Perry (sig needed?)

Pg 133 Doniesha Malcolm  (Also Inactive ✅)

Pg 133 Paul Panlilio (Somebody may be dyslexic and wrote Paul as the last name) (Address on June roll is same as petition)

Pg 157 Debra King (check signature bc address different but in City of CW)

**Pg 248 Ronny Jeff Valencia-Guifarro (age 19) is listed at 2690 Drew St #206 Clearwater, Fl 33759  (moved from CW to CW) (Inactive?)

Pg 264- "NR" Gary Williamson. ***BOTH ADDRESSES N CW

Pg 283 "Diff Address" Pam Dickinson  ***BOTH ADDRESSES IN CW

Pg 337- Andrew Brooks. Diff address. Is a voter

Pg 397 Kerry Willis 1006 Chinaberry Rd, reg at 2545 NE Coachman Rd 211

Pg 418 Betty C McLane 700 N Osceola, petition says 2277 Glenmoor Rd

Pg 4 Paula A Turner (Also Inactive ✅) (Need Sig)

Pg 150 Carlton Ballestero

Pg 151 Caitlin Bergstein

Pg 155 Christian Alexis Herrera Hernandez *Inactive ✅

Pg 155 Christopher Herrera *Inactive ✅

Pg 156 Dominik Leone

Pg 156 Nancy Leone (Both Leone's signed with one address and both moved to one address)

Pg 159 Fredrick A Matterson ( now lives on Park Street) (SOE has him inactive ✅, but he voted in 2024)

Pg 175 Charlie Minniefield

Pg 179 Betzaira Ruiz

Pg 183 Todd Mouzon also *Inactive ✅

Pg 183 Ola Mae Benjamin

 =58

_____

Pg 184 Jasmine Gainey (now at 805 Eldridge) (4 signatures down, relative with same last name is at Eldridge address)

Pg 192 Sophia McCray now at 1800 N Betty Ln


## Inactive

Pg 337 Aleksandar Ilic **Inactive

Pg 9 Shannon Hammer "NR"

Pg 19 Catherine Tisdale *Inactive ✅
Pg 19 Cameron Tisdale  *Inactive ✅
Pg 23 Ekaterina Voronina  *Inactive ✅
Pg 26 Katie (Kathryn) Adeson *Inactive ✅
Pg 26 Eric Adeson *Inactive ✅
Pg 27 Charles Falco *Inactive ✅
Pg 29 Angela Laporte "NR" *Inactive ✅
Pg 29 Norma Martinez-Santos *Inactive ✅
Pg 29 Giovanni Pergamo *Inactive ✅ at 908 Drew instead of 1385 Drew
Pg 33 Patricia Kravits *Inactive ✅
Pg 34 Sarah Smith  *Inactive ✅
Pg 39 Joseph Nuesi *Inactive ✅ (Rosemarie spelled last name wrong)
Pg 44 Kiara Marty (diff address same street) *Inactive ✅
Pg 47 Robert Escurra *Inactive ✅
Pg 49 Damion Collins *Inactive ✅
Pg 52 Aimee Booker *Inactive ✅
Pg 69 Wisbourne Sutherland *Inactive ✅? (On 6/25b roll)
Pg 70 Charlene Richardson *Inactive ✅
Pg 72 Shinequa Lewis *Inactive ✅
Pg 72 Briza Ramirez-Gress *Inactive ✅
Pg 82 Kimberly Farrell  *Inactive ✅
Pg 85 Mike Mac Neil (Rosemarie read his name Macneill) *Inactive ✅
Pg 86 Aspen Neumann *Inactive ✅
Pg 89 Gianfranco Johnson *Inactive ✅ (possibly diff mailng address vs residence)
Pg 92 Kathleen Soe (Rosemarie read last name as Sot) *Inactive ✅
Pg 92 Isaiah Korotkih (Different address in CW)  *Inactive ✅
Pg 395 Robert Bono (Rosemarie spelled BonD) *Inactive ✅
Pg 401 Steven Chetta *Inactive ✅
Pg 95 Sterling Belotte *Inactive ✅
Pg 98 Duncan Smalley (diff address, hasn't voted yet) *Inactive ✅
Pg 99 Nathen Perri *Inactive ✅
Pg 100 Zenobia Saladonis *Inactive ✅
Pg 105 William Willard *Inactive ✅ (hasn't voted since 2010)
Pg 124 Christina Fagan *Inactive ✅
Pg 126 Eric Tharp *Inactive ✅
Pg 109 Hollisa Miller  *Inactive ✅
Pg 111 Dylan Bump  *Inactive ✅
Pg 117 Kristina Sassano *Inactive ✅
Pg 120 Michelle Jimenez Rosario *Inactive ✅
**Pg 210 Rajmond Keci 25 N Belcher Rd Clearwater, Fl 33765 (diff than petition) INACTIVE**
Pg 216 Nick Argiris *Inactive ✅
Pg 247 Joanne Adamek (Rosemarie spelled last name Adamak) *Inactive ✅

Pg 259- ***Jose Luis Garcia. **INACTIVE✅
Pg 263 Chris Sprowes **INACTIVE✅
Pg 267- "NR" Carol Bodin ***Inactive ✅
Pg 272 "NR"  Matthew Singer ***INACTIVE ✅
Pg 277 "Diff Address" Richard Lebron  **BOTH ADDRESSES IN CW **Inactive ✅
Pg 283 "NR" Derek Codol  **Inactive ✅
Pg 295 "NR" Bradley Leboulch  **Inactive ✅
Pg 337 Latryce Bryant  **Inactive ✅
Pg 337 Aleksandar Ilic **Inactive ✅
Pg 247 Joanne Adamek (Rosemarie spelled last name Adamak) *Inactive ✅
Pg 148 Jeffrey Marshall   *Inactive ✅ (Shows active in app)
Pg 151 Kimberly Guastalli  *Inactive ✅
Pg 152 David Tetrault (Rosemarie could have looked at address and verified)*Inactive ✅
Pg 153 Brian Blakely *Inactive ✅
Pg 161 Jeremiah McGowan *Inactive ✅
Pg 162 Eyad Musa *Inactive ✅
Pg 168 Jamison Asbridge (Active on app, Inactive on app)*Inactive ✅
Pg 170 Timothy Thibodeau *Inactive ✅
Pg 179 Lashundra Stanley *Inactive ✅
Pg 181 Anne Hall *Inactive ✅
Pg 181 Anthony Higgins  *Inactive ✅
Pg 181 Broenna Sanders *Inactive ✅
=63
———————————————
Pg 185 Marvin Cowart  *Inactive ✅ at diff address 1564 Scranton Ave #A
Pg 185 Olivia Childers *Inactive ✅
PG 188 Brittney Dixon *Inactive ✅  at diff address 210 Fairwood Ave #53
Pg 191 Laura Long *Inactive ✅
Pg 191 Lapeno Boans  *Inactive ✅
Pg 193 Vladimir Grinchuk *Inactive ✅

## Needs Sig Ver

Pg 337- Andrew Davis. 3 voters  diff address. **<u>NEEDS SIG VER</u>-
Pg 21 - Laura Weippert (Linda L (Laura?)  Weippert (Rosemarie spelled Weppert) is a voter at a diff address)
Pg 29 Sheryl Cory is an active voter at a Clearwater address (both addresses in CW)
Pg 34 Matthew Perry
Pg 58 Fred Marschall (Rosemarie said illegible) (Also Diff address)
Pg 60 Daniel Newman (2 diff addresses)

Pg 65 Max Smith (says diff address)

Pg 69 Santiago Torres (There's someone with a last name of Santiago Torres)

Pg 70 Jesus Rivera (Gave no info other than name and signature)

Pg 93 James Foynes (Spelled name with "I", used 1 instead of 2. 90 yrs old)

Pg 100 Veronica Davis (No printed name)

Pg 101 Chris Palowicz (name is Olgierd)

Pg 111 Elizabeth Anderson (2 Elizabeth Andersons, left no address)

Pg 117 Robert Castro (Diff address)

Pg 127 Kylie Graham (If it is her, she's inactive)(19347 US Hwy 19 #415)

Pg 267 – "NR, Diff Address" <u>NEEDS SIG VERIFICTION</u>. Megan Wilson ***BOTH ADDRESSES N CW

Pg 268 "NR" Christopher Ferris **<u>NEEDS SIG VER</u>- ***BOTH ADDRESSES N CW (probably not valid….a scientologist is only one showing registered at this name and we all know he didn't sign…or did he?)

Pg 273 "Diff Address" John Mooney. ***BOTH ADDRESSES N CW

Pg 314- Juan Rodriguez- There are 3 inactive, 8 total but diff address. **<u>NEEDS SIG VER</u>-

Pg 402 Kelly Martin  806 Woodlawn, reg at 1523 Flournoy Cir W 10415

Pg 418 Deborah Peterson (Sig Verification Needed)

Pg 499 Taniqua Collins at 1201 Kingswood signed, her last name is registered as Etheridge

Pg 157 John Smith

Pg 142 Robert Frazier

Pg 169 Anne (Anna?) Johnson

Pg 182 Amy Jackson

Pg 183 Marcus McSwain, different address, also *Inactive ✅

Pg 191 Jon Sievers. Jeffrey John Sievers? At different address

Pg 193 David James (David Randall James? Inactive ✅)

Pg 194 B Kyle Gutherz (Benny Karl Gutherz?)


**Voter in Clearwater at the time of signing**

Pg 33- Emil Chukalov

Pg 33 Jennifer Hirschi

Pg 35 Lee Ham

Pg 36 Ian Ham

Pg 36 Adline Ham

Pg 41 Jennifer Lantzy

Pg 50 Amanda Farmer

Pg 63 Elaine Minichino

Pg 63 James Minichino

Pg 68 Tyler Patterson

Pg 77 Ashley White (no date, may have moved to Palm Harbor)

Pg 78 Mark Hedrich (died?)

Pg 81 Scott Halisky
Pg 84 Judy Marley
Pg 157 John Smith reg at 100 Pierce St #108 Clearwater, Fl 33756 . Rosemarie said incomplete address bc it's missing the apt number, but we also can't find it on new roll.
Pg 93 Courtney Lima
Pg 113 Ryan Ubelacker
Pg 123 Sabrina Byrd
Pg 140 Kim Haughton
Pg 142 Benaya Durand
Pg 143 Marcia Coxhead
Pg 144 Emily Edwards
Pg 158 Raina Waters
Pg 159 David L Johnson
=20
——————————————

## Registered After Signing

Pg 385 Kimberly Maxwell (Registered 16 days after signing)
————————————————————

## Protected Voters:
Pg 78 Kristin Marshall
Pg 158 Conor Petren

## MISC
Pg 22 Susan Perrine is now Susan Mcclain at same address as petition

Pg 45 Maureen Doto reg in CW June 2025, lived in UNI 9/9/25, now in CW