# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SAVE THE GARDEN, *et al.*,

    *Plaintiffs*,

v.                                                      Case No. 8:26-cv-1662-KKM-AEP

CITY OF CLEARWATER,

    *Defendant*.

_____/

## REQUEST FOR HEARING

    In accordance with Local Rule 3.01(i), Plaintiffs respectfully request an evidentiary hearing and oral argument on their Motion for Preliminary Injunction and estimate less than a day will be needed.

Respectfully submitted June 5, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org

Anthony F. Sabatini (FBN 1018163)
**Sabatini Law Firm P.A.**
1601 East 1st Avenue
Mount Dora, FL 32757
(352) 455-2928
anthony@sabatinilegal.com

*Counsel for Plaintiffs*

1