**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SAVE THE GARDEN, BROOKS
GIBBS, KELLY MYER, JESSICA
ANDUJAR, TONATIUH TELLO, JILL
GIBBS, WILLIAM MATHIS, and
JANICE BASLER,

   *Plaintiffs*,

v.

CITY OF CLEARWATER,

   *Defendant*.

_____/

Case No. 8:26-cv-1662-KKM-AEP

**PLAINTIFFS' AMENDED[1] CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

  I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

1. Save the Garden: plaintiff
2. Brooks Gibbs: plaintiff and member of plaintiff Save the Garden
3. Kelly Myer: plaintiff and member of plaintiff Save the Garden
4. Jessica Andujar: plaintiff and member of plaintiff Save the Garden
5. Tonatiuh "Tony" Tello: plaintiff and member of plaintiff Save the Garden
6. Jill Gibbs: plaintiff and member of plaintiff Save the Garden
7. William Mathis: plaintiff and member of plaintiff Save the Garden
8. Janice Basler: plaintiff and member of plaintiff Save the Garden
9. Nicholas L.V. Warren: plaintiffs' attorney
10. Daniel B. Tilley: plaintiffs' attorney

---

[1] Before the Court entered its Civil Case Order (Dkt. No. 10), Plaintiffs filed the Disclosure Statement required by Local Rule 3.03 (Dkt. No. 9). Plaintiffs submit this filing in accordance with the Court's Order.

1

11. Anthony F. Sabatini: plaintiffs' attorney
12. ACLU Foundation of Florida: plaintiffs' law firm
13. Sabatini Law Firm P.A.: plaintiffs' law firm
14. City of Clearwater: defendant
15. Elizabeth W. Neiberger: defendant's attorney
16. Jamie A. Kilpatrick: defendant's attorney
17. Bryant Miller Olive P.A.: defendant's law firm
18. Church of Scientology Flag Service Organization, Inc.: other interested entity

2.)   the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

None.

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted June 5, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org

Anthony F. Sabatini (FBN 1018163)
**Sabatini Law Firm P.A.**
1601 East 1st Avenue
Mount Dora, FL 32757
(352) 455-2928
anthony@sabatinilegal.com

*Counsel for Plaintiffs*

2