**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAVE THE GARDEN, BROOKS
GIBBS, KELLY MYER, JESSICA
ANDUJAR, TONATIUH TELLO, JILL
GIBBS, WILLIAM MATHIS, and
JANICE BASLER,

   *Plaintiffs*,        Case No. 8:26-cv-1662-KKM-AEP

v.

CITY OF CLEARWATER,

   *Defendant*.

_____/

## PLAINTIFFS' NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____  IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

  ✓    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

   I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party

Respectfully submitted June 5, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)  Anthony F. Sabatini (FBN 1018163)
Daniel B. Tilley (FBN 102882)    **Sabatini Law Firm P.A.**
**ACLU Foundation of Florida**    1601 East 1st Avenue
4343 West Flagler Street, Suite 400  Mount Dora, FL 32757
Miami, FL 33134       (352) 455-2928

1

(786) 363-1769                                    anthony@sabatinilegal.com
nwarren@aclufl.org
dtilley@aclufl.org

*Counsel for Plaintiffs*

2