**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAVE THE GARDEN, *et al.*,

    *Plaintiffs*,

v.                                                    Case No. 8:26-cv-1662-KKM-AEP

CITY OF CLEARWATER,

    *Defendant*.

_____/

## JOINT NOTICE RE EVIDENTIARY HEARING

The parties have conferred regarding the Plaintiffs' request for evidentiary hearing and oral argument on Plaintiffs' motion for preliminary injunction, ECF No. 8. The parties do not agree.

Plaintiffs wish to present testimony and oral argument at an evidentiary hearing to meet their burden to prove they are entitled to the time-sensitive relief they request. Plaintiffs contend that there are not many contested facts, and that presenting live testimony in an evidentiary hearing can resolve those factual disputes in a timely manner as well as afford Plaintiffs the ability to subject any facts presented by Defendant to cross examination. For similar reasons—the limited number of disputed facts, the lack of need for much if any discovery, and the City's having control or access to the relevant records—consolidating the trial on the merits with a hearing on the preliminary injunction is appropriate.

The City does not believe oral argument or an evidentiary hearing would significantly aid in the Court's understanding of the facts or law at issue in this case.

1

Therefore, the City's position is that both are unnecessary for the Court to determine whether Plaintiff's motion for a temporary injunction should be granted.

If the Court determines the motion should be granted in any part, the City requests that it hold an evidentiary hearing or provide the parties an opportunity to file written evidence on the limited issue of the amount of the injunction bond.

Respectfully submitted June 15, 2026,

 /s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Anthony F. Sabatini (FBN 1018163)
**Sabatini Law Firm P.A.**
1601 East 1st Avenue
Mount Dora, FL 32757
(352) 455-2928
anthony@sabatinilegal.com

*Counsel for Plaintiffs*

*s/Elizabeth W. Neiberger*
Elizabeth W. Neiberger
FL Bar No. 70102
BRYANT MILLER OLIVE P.A.
One S.E. Third Avenue, Suite 2200
Miami, FL  33131
(305) 374-7349 (Tel)
(305) 374-0895 (Fax)
eneiberger@bmolaw.com
akilpatrick@bmolaw.com
*Lead Counsel for Defendant,*
*City of Clearwater*