## *ARTICLE VIII. NOMINATIONS AND ELECTIONS*

### Section 8.01. Qualified voters.

Any person who is a resident of the city who has qualified as a voter of Florida, and Pinellas County, and who registers in the procedural manner prescribed by law, shall be a qualified voter of the city.

### Section 8.02. Nonpartisan elections.

All nominations and elections for council shall be conducted on a nonpartisan basis without regard for or designation of political party affiliation of any nominee on any nomination petition, ballot, or political advertisement under the control of the candidate.

(Ord. No. 6375-99, § 5, 1-21-99/3-9-99)

### Section 8.03. Form of ballots.

The council shall by ordinance prescribe the form of the ballot and the method conducting all elections of the city.

(a)  *Council ballots.* Candidates for seats on the council shall be grouped according to the seat number for which they are candidates. Within each group, names shall be placed on the ballot alphabetically. No candidate may seek election to more than one seat in any election.

(b)  *Charter amendment.* A charter amendment to be voted on by the voters of the city shall be presented for voting by ballot title. The ballot title of a measure may differ from its legal title and shall be a clear, concise statement describing the substance of the measure without argument or prejudice. Below the ballot title shall appear the following question: "Shall the above described (ordinance) (amendment) be adopted?" Immediately below such question shall appear, in the following order, the word "yes" and also the word "no" with a location thereafter to indicate the voter's choice.

### Section 8.04. Nominations.

The names of candidates for council shall be placed upon the ballot by the filing of a written notice of candidacy with the city clerk at such time and in such manner as may be prescribed by ordinance.

Where only one candidate qualifies for nomination to a seat on the council, then no general election shall be held with respect to the seat and the candidate shall be declared elected to the seat.

(Ord. No. 7235-03, § 2, 12-18-03/3-9-04)

### Section 8.05. Elections.

(a)  *Council positions.* All members of the city council shall be elected at large. The candidate receiving the majority of votes cast for that seat in the Regular City Election shall be elected.

Clearwater, Florida, Code of Ordinances
(Supp. No. 90)

Created: 2026-04-08 14:54:05 [EST]

(b)   *Regular City Elections.* Commencing in the year 2026, Regular City Elections shall be held in August of even-numbered years, in conjunction with the primary election described in Florida Statute 100.061 or its successor statute.

(c)   *Special elections.* Special municipal elections may be called by the council at any time for such purposes as are authorized by law.

(d)   *The Pinellas County Canvassing Board shall serve as the City of Clearwater's canvassing board, unless otherwise provided by ordinance.*

(e)   *Run-off Municipal Elections.* Commencing in the year 2026, for each seat in which no candidate receives a majority of votes cast for that seat in the Regular City Election, then the two candidates for that seat who received the highest number of votes in the Regular City Election shall run against each other in a Run-off Municipal Election. Any Run-off Municipal Election, if required, shall be held in November of even-numbered years, in conjunction with the state and federal general election described in Florida Statute 100.031 or its successor statute. Following the Run-off Municipal Election, the candidate receiving the majority of the votes cast for that seat in the Run-off Municipal Election shall be elected.

(f)   Any candidate for city council elected in either a Regular City Election or the Run-off Municipal Election shall commence their term in office on the day or date described in Section 2.03 of the City Charter.

(Ord. No. 7904-07, § 1, 11-15-07/1-29-08; Ord. No. 7991-08, § 1, 8-7-08/11-4-08; Ord. No. 9728-23, § 4, 11-2-23/3-19-24)

## Section 8.06. Candidate vacancy.

If the death, withdrawal or removal from the ballot of a candidate occurs after the end of the qualifying period and leaves fewer than two candidates for an office, then the qualifying period shall be extended to the latest date on which a name can be added to the ballot. If a name cannot be added to the ballot, the remaining candidate shall be declared elected.