## Ellie Neiberger

| | |
|---|---|
| **From:** | Terrence Lightey <terrencelightey@gmail.com> <terrencelightey@gmail.com> |
| **Sent:** | Tuesday, October 7, 2025 11:33 AM |
| **To:** | Call, Rosemarie <Rosemarie.Call@myClearwater.com> |
| **Cc:** | Poirrier, Jennifer <Jennifer.Poirrier@MyClearwater.com> |
| **Subject:** | Canvassing Committee |

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear City Clerk,

I am writing as a concerned Clearwater resident and voter to formally raise an issue regarding the "Save the Garden" citizen initiative currently filed with your office.

Upon review of the June 13, 2025 petition affidavit filed with your office under Section 6.04 of the Clearwater City Charter, I found that one of the listed committee members, Ms. Jessica Andujar, is not a registered voter in Pinellas County. I checked with the Pinellas County Supervisor of Elections on all Committee members and they have no record of Ms. Andujar.

As you know, the Charter clearly states that "*any **five voters** may commence initiative or referendum proceedings by filing with the city clerk an affidavit stating they will constitute the petitioners' committee and be responsible for circulating the petition and filing it in proper form*."

If one of those listed individuals is not a registered voter within the city, the committee does not meet the minimum legal requirement to initiate an initiative petition.

This means the affidavit on file was submitted under a false statement and therefore the committee as filed is not legally valid under the Charter. It may additionally be considered a violation of Florida Statute 104.011. – *False swearing; submission of false voter registration information*.

**Because that affidavit serves as the foundation for all petition activity, the defect calls into question the legitimacy of the entire petition effort.**

I respectfully request that your office review this matter immediately and take whatever steps are appropriate under the Charter. If the filing is determined to be invalid, the public deserves to know before further petition circulation occurs, so that citizens are not misled into supporting a petition that was improperly initiated.

Thank you for your attention to this matter and for safeguarding the integrity of Clearwater's electoral process. Please confirm receipt of this message and let me know what actions will be taken to address this violation.

Respectfully,

Terrence