Myers Emails 10-7-25.pdf

**From:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
**Subject:** FW: Petition Committee Update and Additional Members
**To:** Margolis, David <David.Margolis@MyClearwater.com>; Poirrier, Jennifer <Jennifer.Poirrier@MyClearwater.com>
**Cc:** Isabel, Melissa <Melissa.Isabel@myclearwater.com>
**Sent:** October 7, 2025 3:45 PM (UTC-04:00)
**Attached:** AddtionalPetitionCommitteeMembers.pdf, AddtionalPetitionCommitteeMembersJanice.pdf

FYI

**From:** Kelly Myer <clearwaterpatriot@gmail.com>
**Sent:** Tuesday, October 7, 2025 3:20 PM
**To:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
**Cc:** Brooks Gibbs <brooks@brooksgibbs.com>; Jill Gibbs <jill@brooksgibbs.com>; Tony@mmvfirm.com
**Subject:** Fwd: Petition Committee Update and Additional Members

CAUTION: This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Rosemarie,

Thank you for your phone call today. I wanted to send an update regarding our Petition Committee.

One of our listed members (Jessica Andujar) who was not previously registered, is updating her voter registration in the City of Clearwater tomorrow morning. Additionally, we do have two more registered Clearwater voters that are on our Petitioner's Committee. I've attached updated documents reflecting the addendum. Thank you.

Warm regards,


Kelly Myer