# Brooks Gibbs

RECEIVED

MAR 1 7 2026

CITY CLERK DEPARTMENT

1204 Alameda
Avenue, Clearwater,
FL 33759
248-924-6425

Brooks@BrooksGibbs.com

March 17, 2026

*Ms. Rosemarie Call, City Clerk | City of Clearwater | One Clearwater Tower 600 Cleveland Street, 6th Floor | Clearwater, FL 33756*

Subject: Submission of Citizen Initiative Petition – Voter Approval Required for the Vacation of Public Right-of-Way in the Downtown

Dear Ms. Call:

On behalf of the sponsors of the above-referenced citizen initiative petition, enclosed please find the original signed petition forms.

This submission fully meets all requirements under the Florida Statutes, the Clearwater City Charter, and applicable local ordinances for citizen initiative petitions. The petition is submitted for signature verification and, if not adopted by the City Council, placement on the August 2026 ballot.

Should there be any questions, notices of deficiency, issues regarding signature validity, ballot placement, or any other matters, please contact us immediately so that we may promptly communicate directly with our legal counsel and address the issue.

We also request written acknowledgment once the petition has been accepted for processing.

Thank you in advance for your assistance.

Sincerely,

Brooks Gibbs

Sponsor / Authorized Representative / Petition Committee