

# CITY OF CLEARWATER

POST OFFICE BOX 4748, CLEARWATER, FLORIDA 33758-4748
600 CLEVELAND STREET, SUITE 600, CLEARWATER, FL 33755
TELEPHONE (727) 562-4090 FAX (727) 562-4086

CITY CLERK

**CERTIFICATE OF CITY CLERK**

1. Article VI of the Clearwater Charter sets forth the process for voters of the City to propose ordinances to City Council through initiate or referendum petitions.

2. Pursuant to Section 6.04, Article VI of the Charter, any five voters may commence initiative proceedings by filing with the City Clerk an affidavit and the proposed initiative ordinance.

3. Section 6.05, Article VI of the Charter requires that the initiative petition must be signed by voters of the City equal in number to at least 10 % of the total number of voters registered to vote in the last regular city election; that all papers of a petition must be in uniform size and style; and that each paper of a petition shall have attached to it an affidavit of the circulator.

4. In the last regular City election, there were 70,675 registered voters. For an initiative petition to be sufficient, the petition would need to be signed by at least 7,067 voters.

5. On June 13, 2025, a Petitioner's Committee, comprised of Brooks Gibbs, Jessica Andujar, Kelly Myer, Tonatiuh Tello, and Jill Gibbs, submitted an Initiative Petition pursuant to Article VI of the Clearwater Charter.

6. The Initiative Petition contained a proposed ordinance for adoption into the Clearwater Code of Ordinances. The proposed ordinance would require voter approval for the vacation of public right-of-way located within the Downtown Clearwater Community Redevelopment Area.

7. In addition, the Initiative Petition contained an affidavit from the Petitioner's Committee which stated that Brooks Gibbs, Jessica Andujar, Kelly Myer, Tonatiuh Tello, and Jill Gibbs "are qualified voters in the City of Clearwater and shall constitute the petitioner's committee, responsible for circulating the petition and filing it in proper form...."

8. In October 2025, the City became aware that the Petitioner's Committee was not comprised of five voters. I contacted the Petitioner's Committee and informed them that Jessica Andujar was not a voter of the City.

Bruce Rector, Mayor

Ryan Cotton, Councilmember
Mike Mannino, Councilmember



David Allbritton, Councilmember
Lina Teixeira, Councilmember

"Equal Employment and Affirmative Action Employer"

9. On October 7, 2025, the Petitioner's Committee added William Allen Mathis and Janice Basler as new Committee members.

10. The first day that the Petitioner' Committee included five voters was October 7, 2025.

11. On March 17, 2026, Petitioner's Committee submitted petitions signed by approximately 8,051 individuals.

**FINDING OF INSUFFICIENCY**

12. Upon examination of the Initiative Petition, I determined that the signature petitions contain 2,702 valid signatures and 5,349 invalid signatures.

13. 4,306 signatures were collected prior to the Petitioner's Committee being comprised of five voters on October 7, 2025. Section 6.04 of the Charter requires five voters to commence initiative proceedings. Since the Petitioner's Committee was not comprised of five voters prior to October 7, 2025, all signatures collected prior to October 7, 2025 are invalid.

14. 3,745 signatures were collected on or after October 7, 2025. 1,043 signatures were signed by individuals who were not registered voters of the City and are invalid. 2,702 signatures were signed by individuals who are voters of the City and are valid.

15. Therefore, the Initiative Petition is deemed insufficient due to the lack of required number of valid signatures.

16. Section 6.05(b) requires the petition contain or have attached hereto throughout the circulation the full text of the ordinance proposed. The petitions submitted on March 17, 2026 did not contain the full text of the proposed ordinance or have attached hereto the proposed ordinance.

17. Pursuant to Section 6.06(a), the Petitioner's Committee may amend its Petition once for lack of the required number of signatures by filing a notice of intent to amend with the City Clerk within two working days after receiving this Certificate and by filing a supplementary petition within ten days after receiving this Certificate. If the Petitioner's Committee does not elect to amend, it may file a request for City Council to review this Certificate within two working days after receiving this Certificate.

Signed this __2nd__ day of __April__, 2026.

Rosemarie Call
City Clerk