## Ellie Neiberger

| | |
|---|---|
| **From:** | Burrows, Scott |
| **Sent:** | Friday, April 3, 2026 11:55 AM |
| **To:** | Kohler, Owen; Poirrier, Jennifer |
| **Cc:** | Call, Rosemarie |
| **Subject:** | Fw: Notice of Representation For Certification of Citizen Initiative Petition |
| **Attachments:** | 16OCT2025 LETTER -Document_251016_174645.pdf; 17MAR2026-Letter To City Clerk.pdf; Notice of Representation For Certification of Citizen Initiative Petition.pdf |

Owen and Jennifer,

I hope you both are doing well. Since Rose and Nicole are both out, I wanted to pass this on to you. Not sure if you want me to send a response that their email has been received or wait for Rose to respond when she returns/is available. They addressed her but put me on the "To" line. Let me know how you want me to proceed.

Thank you,
Scott Burrows, MPA, FCRM
Documents & Records Specialist
City Clerk's Office
727-444-8528

---

**From:** Kelly Myer <clearwaterpatriot@gmail.com>
**Sent:** Friday, April 3, 2026 11:44 AM
**To:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>; Burrows, Scott <scott.burrows@MyClearwater.com>
**Cc:** Brooks Gibbs <brooks@brooksgibbs.com>; Jonathan Hullihan <JHullihan@remnantlawfirm.com>
**Subject:** Fwd: Notice of Representation For Certification of Citizen Initiative Petition

> **CAUTION: This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Dear Rosemarie,

Can you please confirm that you received this communication yesterday?

Warm regards,

Kelly Myer

---------- Forwarded message ---------
From: **Gavin Rollins** <gavin@sabatinilegal.com>
Date: Thu, Apr 2, 2026 at 1:16 PM
Subject: Notice of Representation For Certification of Citizen Initiative Petition

To: <ROSEMARIE.CALL@myclearwater.com>
Cc: <JHullihan@remnantlawfirm.com>, <brooks@brooksgibbs.co>, Anthony Sabatini <anthony@sabatinilegal.com>, Francheska Sabatini <francheska@sabatinilegal.com>

Good Afternoon Ms. Call,

Dear Ms. Call,
This email and the attached letter confirm our representation of the Petitioners' Committee and our position that the petitions submitted on March 17, 2026, comply with applicable law and should be accepted for processing, including signature verification and potential placement on the August 2026 ballot.
It also addresses the prior voter registration concern, clarifying that it was a minor issue that has been cured and does not invalidate the petition under Florida's substantial compliance standard. The letter requests written confirmation of acceptance and notes that the Committee is prepared to pursue legal relief immediately if certification is denied.

--
Respectfully,

**Gavin Rollins**
*Attorney*
Sabatini Law Firm P.A.
1601 E First Ave
Mount Dora, FL 32757
Cell (352)-328-4892
Gavin@SabatiniLegal.com