On Mon, Apr 6, 2026 at 9:06 AM Call, Rosemarie <Rosemarie.Call@myclearwater.com> wrote:

Good morning, Mr. Brooks,

This is to confirm receipt of your request.

Sincerely,

Rosemarie

**From:** Brooks Gibbs <brooks@brooksgibbs.com>
**Sent:** Friday, April 3, 2026 4:59 PM
**To:** Burrows, Scott <scott.burrows@MyClearwater.com>
**Cc:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>; Anthony Sabatini <anthony@sabatinilegal.com>; Gavin Rollins <gavin@sabatinilegal.com>; Kelly Myer <clearwaterpatriot@gmail.com>
**Subject:** Re: Certificate of City Clerk

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Rosemarie (and Scott),

We would like to **"file a request that it be reviewed by the council"** - a provision we are entitled to according to **City Charter Section 6.06 (b). - Procedure to filing.**

Thank you,
Brooks

-----

www.BrooksGibbs.com

All Socials: @BrooksGibbs

2

On Fri, Apr 3, 2026 at 10:14 AM Burrows, Scott <scott.burrows@myclearwater.com> wrote:

Mr. Gibbs,

I hope you are well. Please see the attached Certificate of City Clerk that I am sending on behalf of City Clerk Call.


Thank you,

Scott Burrows, MPA, FCRM

Documents & Records Specialist

City Clerk's Office

727-444-8528