On Mon, Apr 6, 2026 at 9:06 AM Call, Rosemarie <Rosemarie.Call@myclearwater.com> wrote:

Good morning, Mr. Brooks,

This is to confirm receipt of your request.

Sincerely,

Rosemarie

**From:** Brooks Gibbs <brooks@brooksgibbs.com>
**Sent:** Friday, April 3, 2026 4:59 PM
**To:** Burrows, Scott <scott.burrows@MyClearwater.com>
**Cc:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>; Anthony Sabatini <anthony@sabatinilegal.com>; Gavin
Rollins <gavin@sabatinilegal.com>; Kelly Myer <clearwaterpatriot@gmail.com>
**Subject:** Re: Certificate of City Clerk

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you
recognize the sender and know the content is safe.

Rosemarie (and Scott),

We would like to **"file a request that it be reviewed by the council"** - a provision we are entitled
to according to **City Charter Section 6.06 (b). - Procedure to filing.**

Thank you,
Brooks

-----

www.BrooksGibbs.com

All Socials: @BrooksGibbs

2