## Call, Rosemarie

| | |
|---|---|
| **From:** | Call, Rosemarie |
| **Sent:** | Monday, April 6, 2026 4:50 PM |
| **To:** | Brooks Gibbs |
| **Cc:** | Kelly Myer; Jill Gibbs; Anthony Sabatini; Gavin Rollins |
| **Subject:** | RE: Certificate of City Clerk |

Good afternoon, Mr. Brooks,

This is to confirm receipt of your email.

Sincerely,
Rosemarie

**From:** Brooks Gibbs <brooks@brooksgibbs.com>
**Sent:** Monday, April 6, 2026 3:38 PM
**To:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
**Cc:** Kelly Myer <clearwaterpatriot@gmail.com>; Jill Gibbs <jill@brooksgibbs.com>; Anthony Sabatini <anthony@sabatinilegal.com>; Gavin Rollins <gavin@sabatinilegal.com>
**Subject:** Re: Certificate of City Clerk

**CAUTION: This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear Ms. Rosemarie,

Please accept this email as the Petitioner's Committee's official Notice of Intention to Amend the initiative petition pursuant to Section 6.06(a) of the Clearwater City Charter.

We intend to file a supplementary petition within ten (10) days of receipt of the City Clerk's Certificate, as the Charter permits. The supplementary petition will comply with the requirements of subsections (b) and (c) of Section 6.05.

We also reserve all rights to request City Council review under Section 6.06(b) should the amended petition be certified insufficient.

Thank you for your attention to this matter. Please confirm receipt of this notice.

Sincerely,

Brooks Gibbs
-----
www.BrooksGibbs.com
All Socials: @BrooksGibbs

1