# SABATINI LAW FIRM P.A.

*Anthony Sabatini*
**Managing Partner**
Anthony@SabatiniLegal.com

Francheska Sabatini
**Partner**
Francheska@SabatiniLegal.com

Gavin Rollins
**Associate Attorney**
Gavin@SabatiniLegal.com

RECEIVED

APR 1 7 2026

CITY CLERK DEPARTMENT

Sabatini Law Firm, P.A.
1601 E. 1st Avenue
Mount Dora, Florida 32757
Phone: 352-455-2928
Fax: 352-388-5126

**Re: Certificate of Insufficiency**

Dear Ms. Call:

As you are aware, our firm, along with a growing team of attorneys, represents the Petitioners' Committee and writes regarding your Certificate of Insufficiency and the review of the petition signatures submitted to your office.

After reviewing the Certificate, the underlying records produced in response to our public records request, and the applicable statutory and charter provisions governing petition review, we respectfully request immediate reconsideration and correction of several material errors in the evaluation process.

## 1. 4,306 signatures were excluded without evaluation

Your office excluded 4,306 signatures without any substantive review, based on the asserted incompleteness of the Petitioners' Committee at the time those signatures were collected.

Those signatures were not individually evaluated for voter registration, authenticity, residency, or any other applicable validity criteria. We object based on Florida Law to the categorical rejection and request that each be reviewed on the merits.

Florida law requires that, where a petition form is otherwise proper, a signature must be verified and counted as valid if the supervisor can determine that the signer is a registered voter, even if the name does not appear in substantially the same form as in the registration system. See Fla. Stat. § 99.097(3)(a).

## 2. Item 16 the attachment of the proposed ordinance

The Certificate states that the proposed ordinance was required to be attached to each petition sheet "throughout the circulation." The proposed ordinance was, in fact, attached throughout the circulation process.

# SABATINI LAW FIRM P.A.

*Anthony Sabatini*
**Managing Partner**
Anthony@SabatiniLegal.com

Francheska Sabatini
**Partner**
Francheska@SabatiniLegal.com

Gavin Rollins
**Associate Attorney**
Gavin@SabatiniLegal.com

Sabatini Law Firm, P.A.
1601 E. 1st Avenue
Mount Dora, Florida 32757
Phone: 352-455-2928
Fax: 352-388-5126

To the extent that signatures were rejected because the ordinance was not physically attached to every sheet at the time of submission, that appears to impose a requirement not found in the City's Charter. Please identify the legal basis for that determination.

### 3. <u>Signatures from voters who moved within Clearwater</u>
The records produced in response to our public records request—received less than 48 hours before the amendment deadline—indicate that at least 28 registered voters were disqualified because they moved from one Clearwater address to another, or because their registration records had not yet been updated.

Please identify the legal basis for excluding those signatures.

Florida law provides that if a voter signs a petition and lists an address other than the legal residence where the voter is registered, the supervisor must treat the signature as if the voter had listed the registered address. See Fla. Stat. § 99.097(3)(c).

Where the signer remained a registered voter and the signature otherwise matched the voter registration record, a change of residence within the City should not serve as a basis for disqualification. These signatures should be re-evaluated and counted if otherwise valid.

### 4. <u>Request for corrected certification</u>
Accordingly, we request that your office:

- Reconsider and evaluate the 4,306 signatures previously excluded without review;

- Re-evaluate all signatures disqualified solely on the basis of the ordinance-attachment issue, consistent with the governing charter language and Florida law;

- Re-examine the signatures of registered Clearwater voters who moved within the City or whose addresses were not updated in the voter registration system; and

# SABATINI LAW FIRM P.A.

**Anthony Sabatini**
**Managing Partner**
Anthony@SabatiniLegal.com

Francheska Sabatini
**Partner**
Francheska@SabatiniLegal.com

Gavin Rollins
**Associate Attorney**
Gavin@SabatiniLegal.com

Sabatini Law Firm, P.A.
1601 E. 1st Avenue
Mount Dora, Florida 32757
Phone: 352-455-2928
Fax: 352-388-5126

- Issue a corrected certification reflecting all signatures that satisfy the applicable legal standards.

The right to petition is fundamental, and signature review must be conducted in accordance with governing law, not by imposing additional technical requirements beyond those lawfully authorized.

Sincerely,

/s/ Anthony F. Sabatini
ANTHONY F. SABATINI, ESQ.
FL BAR No. 1018163
SABATINI LAW FIRM, P.A.
1601 E. 1ST AVENUE
MOUNT DORA, FL 32757
T: (352)-455-2928
anthony@sabatinilegal.com

ATT: Rose Marie
Attached is our amended signature sheets.

1A — 56A = 701 Signatures,

Thanks,

4/17/26