

# CITY OF CLEARWATER

POST OFFICE BOX 4748, CLEARWATER, FLORIDA 33758-4748
600 CLEVELAND STREET, SUITE 600, CLEARWATER, FL 33755
TELEPHONE (727) 562-4090  FAX (727) 562-4086

CITY CLERK

## CERTIFICATE OF CITY CLERK
## PETITIONER'S AMENDMENT

1. Article VI of the Clearwater Charter sets forth the process for voters of the City to propose ordinances to City Council through initiative or referendum petitions.

2. Pursuant to Section 6.04, Article VI of the Charter, any five voters may commence initiative proceedings by filing with the City Clerk an affidavit and the proposed initiative ordinance.

3. Section 6.05, Article VI of the Charter requires that the initiative petition must be signed by voters of the City equal in number to at least 10 % of the total number of voters registered to vote in the last regular city election; that all papers of a petition must be in uniform size and style; and that each paper of a petition shall have attached to it an affidavit of the circulator.

4. In the last regular City election, there were 70,675 registered voters. For an initiative petition to be sufficient, the petition would need to be signed by at least 7,067 voters.

5. On June 13, 2025, a Petitioner's Committee, comprised of Brooks Gibbs, Jessica Andujar, Kelly Myer, Tonatiuh Tello, and Jill Gibbs, submitted an Initiative Petition pursuant to Article VI of the Clearwater Charter.

6. The Initiative Petition contained a proposed ordinance for adoption into the Clearwater Code of Ordinances. The proposed ordinance would require voter approval for the vacation of public right-of-way located within the Downtown Clearwater Community Redevelopment Area.

7. In addition, the Initiative Petition contained an affidavit from the Petitioner's Committee which stated that Brooks Gibbs, Jessica Andujar, Kelly Myer, Tonatiuh Tello, and Jill Gibbs "are qualified voters in the City of Clearwater and shall constitute the petitioner's committee, responsible for circulating the petition and filing it in proper form...."

8. In October 2025, the City became aware that the Petitioner's Committee was not comprised of five voters. I contacted the Petitioner's Committee and informed them that Jessica Andujar was not a voter of the City.

Bruce Rector, Mayor

Ryan Cotton, Councilmember
Mike Mannino, Councilmember



David Allbritton, Councilmember
Lina Teixeira, Councilmember

"Equal Employment and Affirmative Action Employer"

9. On October 7, 2025, the Petitioner's Committee added William Allen Mathis and Janice Basler as new Committee members.

10. The first day that the Petitioner's Committee included five voters was October 7, 2025.

11. On March 17, 2026, Petitioner's Committee submitted petitions signed by approximately 8,051 individuals.

12. Pursuant to Section 6.06, I reviewed the Initiative Petition and determined that the signature petitions contained 2,702 valid signatures and 5,349 invalid signatures.

13. 4,306 signatures were collected prior to the Petitioner's Committee being comprised of five voters on October 7, 2025. Section 6.04 of the Charter requires five voters to commence initiative proceedings. Since the Petitioner's Committee was not comprised of five voters prior to October 7, 2025, all signatures collected prior to October 7, 2025 are invalid.

14. 3,745 signatures were collected on or after October 7, 2025. 1,043 signatures were signed by individuals who were not registered voters of the City and are invalid. 2,702 signatures were signed by individuals who are voters of the City and are valid.

15. Section 6.05(b) requires the petition contain or have attached hereto throughout the circulation the full text of the ordinance proposed. The petitions submitted on March 17, 2026 did not contain the full text of the proposed ordinance or have attached hereto the proposed ordinance.

16. The Initiative Petition was deemed insufficient due to the lack of required number of valid signatures as required by Section 6.05(a) and failing to comply with Section 6.05(b). Pursuant to Section 6.06, I completed the Certificate of City Clerk on April 2, 2026. The Certificate was sent by registered mail to the Petitioner's Committee and was received by the Committee on April 7, 2026.

17. On April 6, 2026, the Petitioner's Committee submitted a notice of intention to amend pursuant to Section 6.06(a). On April 17, 2026, the Petitioner's Committee submitted petitions signed by approximately 701 individuals.

**FINDING OF INSUFFICIENCY**

18. Upon examination of the Amended Initiative Petition, I determined that the signature petitions contain 506 valid signatures and 195 invalid signatures.

19. 701 signatures were collected for the Amended Initiative Petition. 195 signatures were signed by individuals who were not registered voters of the City and are invalid. 506 signatures were signed by individuals who are voters of the City and are valid.

20. On April 10, 2026, the Pinellas County Supervisor of Elections provided the City with an additional voter roll containing 309 registered voters. Based upon this additional voter roll, I have determined that an additional 3 signatures were signed by individuals who are voters of the City and are valid.

21. 4,306 signatures were collected prior to the Petitioner's Committee being comprised of five voters on October 7, 2025. Section 6.04 of the Charter requires five voters to commence initiative proceedings. Since the Petitioner's Committee was not comprised of five voters prior to October 7, 2025, all signatures collected prior to October 7, 2025 are invalid.

22. A summary of the Initiative Petition and Amendment is as follows:

Total signatures submitted: 8752

Total valid signatures:        3211

Total invalid signatures:      5541

Total invalid signatures due to address not matching voter roll:  35

Total number of instances where voter signed more than once: 40

23. The Petitioner's Committee has requested that 4,306 signatures be reconsidered and not excluded without review. I have reviewed the 4,306 signatures collected prior to October 7, 2025. 1,231 signatures were signed by individuals who were not registered voters of the City and would be invalid. 2,956 signatures were signed by individuals who are voters of the City and would be valid if the signatures collected prior to October 7, 2025 are considered. Therefore, even if signatures collected prior to October 7, 2025 are considered, the Initiative Petition and Amendment are still insufficient due to the lack of required number of valid signatures. A summary is as follows:

Total signatures submitted: 8,752

Total valid signatures if signatures collected prior to October 7, 2025 are counted:      6,167

Total invalid signatures if signatures collected prior to October 7, 2025 are counted:      2,391

Total invalid signatures due to address not matching voter roll: 90

Total number of instances where voter signed more than once: 104

24. Section 6.05(b) states that "All papers of a petition shall be uniform in size and style and shall be assembled as one instrument for filing. Each signature shall be executed

in ink or indelible pencil and shall be followed by the address of the person signing. Petitions shall contain or have attached thereto throughout their circulation the full text of the ordinance proposed or sought to be reconsidered." The petitions forms utilized by the Petitioner's Committee state in the first full paragraph that "A copy of the proposed ordinance is attached." However, the petitions submitted on March 17, 2026 did not contain the full text of the proposed ordinance or have attached hereto the proposed ordinance. The requirement that the proposed ordinance to be included in the petition or attached hereto is contained in the petition forms and Charter.

25. The Initiative Petition and Amendment are deemed insufficient due to the lack of required number of valid signatures as required by Section 6.05(a) and failing to comply with Section 6.05(b).

26. Pursuant to Section 6.06(b), the Petitioner's Committee may file a request for City Council to review this Certificate within two working days after receiving this Certificate.

Signed this 22ⁿᵈ day of *April*, 2026.

*Rosemarie Call*

Rosemarie Call
City Clerk