**Call, Rosemarie**

| | |
|---|---|
| **From:** | Brooks Gibbs <brooks@brooksgibbs.com> |
| **Sent:** | Thursday, April 23, 2026 9:58 AM |
| **To:** | Call, Rosemarie |
| **Cc:** | Poirrier, Jennifer; Anthony Sabatini; Francheska Sabatini; Gavin Rollins |
| **Subject:** | Re: Re Save the Garden Petition |

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This message needs your attention**

- This is their first email to you.

Mark Safe    Report

Powered by Mimecast

Rosemarie,
We would like to "**file a request that it be reviewed by the council**" - a provision we are entitled to according to **City Charter Section 6.06 (b). - Procedure to filing.**

Thank you,
Brooks

-----

www.BrooksGibbs.com
All Socials: @BrooksGibbs

On Thu, Apr 23, 2026 at 9:03 AM Call, Rosemarie <Rosemarie.Call@myclearwater.com> wrote:

Good morning, Mr. Gibbs,

As required by city charter, the attached document was mailed yesterday via registered mail.

Sincerely,

Rosemarie

1