# City of Clearwater

*Main Library - Council Chambers*
*100 N. Osceola Avenue*
*Clearwater, FL 33755*



## Work Session Agenda - Final-revised

**Monday, May 18, 2026**

**1:30 PM**

**Main Library - Council Chambers**

## <u>Council Work Session</u>

| Council Work Session | Work Session Agenda - Final-revised | May 18, 2026 |
|---|---|---|

## 1.  Call to Order

## 2.  Presentations

**2.1**  ID#26-0286  May Service Awards

## 3.  Economic Development and Housing

**3.1**  ID#26-0590  Informational Update on Opportunity Zone 2.0 Redesignation and Nomination Submission for Census Tracts 258, 262, 264.01, and 264.0

## 4.  Parks and Recreation

**4.1**  ID#26-0484  Approve co-sponsorship and waiver of requested city fees for six High Impact co-sponsored special events at an estimated cost for in-kind services of $353,234.00 ($324,342.50 general fund, and $28,891.50 enterprise fund) and funding for the Community Event Co-Sponsorship Program of $110,000, for the purpose of Fiscal Year 2026/27 departmental budget submissions and authorize the appropriate officials to execute same. (consent)

**4.2**  ID#26-0512  Approve an increase to the existing purchase order with Central Florida Contractors, Inc. of Seminole, Florida, for the 2025 Sidewalk Project in the amount of $500,000.00, increasing the annual not-to-exceed amount from $2,000,000.00 to $2,500,000.00, for the initial term and three, one-year renewal options, pursuant to Invitation to Bid (ITB) 25-0001-EN and authorize the appropriate officials to execute same. (consent)

**4.3**  ID#26-0544  Authorize purchase orders to Choo Choo Lawn Equipment, Inc and Ruckus Investments, LC d/b/a Quality Mowers and/or Quality Power for as-needed purchase, diagnostics, and repairs services for 2-cycle and battery-operated equipment, in the cumulative annual not-to-exceed amount of $310,000.00, for initial term of May 21, 2026 through May 20, 2027, with two, one-year renewal options pursuant to Invitation to Bid (ITB) 07-26 and authorize the appropriate officials to execute same. (consent)

## 5.  Public Works

**5.1**  9881-26  Approve to vacate a Lake Drainage and Utility Easement for a portion of the East 20 ft. portion of Lot-12A, Clearview Lake Estates subdivision, as Recorded in Plat Book 66, Page 37 of the Public Records of Pinellas County, Florida, and pass Ordinance 9881-26 on first reading.

## 6.  General Services

| | | |
|---|---|---|
| **Council Work Session** | **Work Session Agenda - Final-revised** | **May 18, 2026** |

**6.1**   ID#26-0543   Authorize an increase of $400,000.00 to Contract No. 901221 with Stolze Door Company d/b/a Overhead Door of Clearwater, extend the contract term through March 11, 2028, pursuant to Clearwater Code of Ordinances Section 2.563(1)(c), cooperative purchasing, and authorize the appropriate officials to execute same. (consent)

## 7.  Fire Department

**7.1**   ID#26-0386   Appoint Dan Carpenter for a four-year term as a Trustee of the Clearwater Firefighters' Supplemental Trust Fund in accordance with Sec. 175.061 of the Florida State Statutes. (consent)

**7.2**   ID#26-0545   Approve an agreement and purchase order with Locality Media, LLC dba First Due (First Due)  of Danville, IN, for the implementation of fire prevention software and support services for the City of Clearwater Fire District in collaboration with Pinellas County, in an amount not-to-exceed $15,910.60, pursuant to Clearwater Code of Ordinances Section 2.563(1)(c), Piggyback, and authorize the appropriate officials to execute same. (consent)

## 8.  Planning

**8.1**   26-09   Provide direction on the proposed Development Agreement between MHG Palm Pavilion Hotel, LP, Sixth Flag Planted LLC and the City of Clearwater for property located at 10 Bay Esplanade and 18 Bay Esplanade, providing for the allocation of 91 units from the Hotel Density Reserve under Beach by Design, and confirm a second public hearing in City Council Chambers before City Council on June 4, 2026 at 6:00 p.m., or as soon thereafter as may be heard. (HDA2026-03001)

## 9.  Public Utilities

**9.1**   ID#26-0514   Authorize a purchase order to Material Handling Systems, Inc. for overhead crane inspections, certifications, purchase, and repairs in a total not-to-exceed amount of $286,550.00 for the term ending August 31, 2029, pursuant to Clearwater Code of Ordinances Section 2.563(1)(c), Piggyback, and authorize the appropriate officials to execute same. (consent)

**9.2**   ID#26-0509   Authorize an increase to the purchase order with Rowland, Inc. of Pinellas Park for the 2023 Sewer Point Repair and Improvements, Group C, in the amount of $11,457,021.66, bringing the total for this group to $22,957,021.66; authorize and approve an agreement with CSX for railroad protective liability and license fees  in the amount  $2005.00, pursuant to Clearwater Code of Ordinances Section 2.563(1)(a), Single Source, and authorize the appropriate officials to execute same. (consent)

| Council Work Session | Work Session Agenda - Final-revised | May 18, 2026 |
|---|---|---|

## 10. City Clerk

**10.1**    ID#26-0617    Approve Certificate of City Clerk regarding a Citizen Initiative Petition requiring voter approval for the vacation of public right-of-way in the Downtown. (APH)

## 11. City Attorney

**11.1**    ID#26-0572    Approve supplemental retainer agreement with Bolves Law Group, PLLC. previously known as Manson Bolves Donaldson Tanner, P.A., in regard to Bay Esplanade litigation and authorize the appropriate officials to execute same. (consent)

**11.2**    ID#26-0573    Amend Council Rule 6 to temporarily restore public comment regarding matters not on the agenda for an additional three-month period and adopt Resolution 26-10.

**11.3**    9864-26 2nd rdg    Adopt Ordinance 9864-26 on second reading, to change the land use designation for certain real property located on north side of Nursery Road, approximately 186 feet east of Rosetree Court, whose post office address is 2446 Nursery Road, from Residential Urban (RU) to Residential Medium (RM).

**11.4**    9890-26 2nd rdg    Adopt Ordinance 9890-26 on second reading, annexing certain real property whose post office address is 2448 Nursery Road, Clearwater, Florida 33764, into the corporate limits of the city and redefining the boundary lines of the city to include said addition.

**11.5**    9891-26 2nd rdg    Adopt Ordinance 9891-26 on second reading, amending the future land use element of the Comprehensive Plan of the city to designate the land use for certain real property whose post office address is 2448 Nursery Road, Clearwater, Florida 33764, upon annexation into the City of Clearwater, as Residential Urban (RU).

**11.6**    9892-26 2nd rdg    Adopt Ordinance 9892-26 on second reading, amending the Zoning Atlas of the city by zoning certain real property whose post office address is 2448 Nursery Road, Clearwater, Florida 33764, upon annexation into the City of Clearwater, as Medium Density Residential (MDR).

**11.7**    9893-26 2nd rdg    Adopt Ordinance 9893-26 on second reading, annexing certain real property whose post office address is Unaddressed Sunset Point Road, Clearwater, Florida 33759, into the corporate limits of the city and redefining the boundary lines of the city to include said addition.

| Council Work Session | Work Session Agenda - Final-revised | May 18, 2026 |
|---|---|---|

**11.8**   9894-26 2nd rdg   Adopt Ordinance 9894-26 on second reading, amending the future land use element of the Comprehensive Plan of the city to designate the land use for certain real property whose post office address is Unaddressed Sunset Point Road, Clearwater, Florida 33759, upon annexation into the City of Clearwater, as Residential Urban (RU).

**11.9**   9895-26 2nd rdg   Adopt Ordinance 9895-26 on second reading, amending the Zoning Atlas of the city by zoning certain real property whose post office address is Unaddressed Sunset Point Road, Clearwater, Florida 33759, upon annexation into the City of Clearwater, as Low Medium Density Residential (LMDR).

## 12.  City Manager Verbal Reports

## 13.  City Attorney Verbal Reports

## 14.  New Business (requests by Councilmembers to add discussion items to the next work session or, if agreed to by the majority of Council, at the upcoming council meeting instead)

## 15.  Council Comments

## 16.  Closing Comments by Mayor

## 17.  Adjourn

## 18.  Presentation(s) for Council Meeting

**18.1**   ID#26-0407   National Safe Boating Week Proclamation - Betsy Scott, Flotilla Commander, and Karen Miller, Immediate Past Flotilla Commander and members of the Coast Guard Auxiliary Flotilla 11-1 Clearwater

**18.2**   ID#26-0541   Code Enforcement Appreciation Week Proclamation - Sarah Green, Code Compliance Manager Planning & Development Department