

**Julie Marcus, Pinellas County Supervisor of Elections**
13001 Starkey Rd. (Starkey Lakes Corp. Ctr.), Largo, Florida 33773 • 727 464 6108 • VotePinellas.gov

## Agreement for Conducting In-Conjunction Municipal Election

**City of Clearwater**
**Primary Election – August 18, 2026**

WHEREAS, the City/Town has requested assistance from the Office of the County Supervisor of Elections (Supervisor) in conducting its General Election; and

WHEREAS the Supervisor is agreeable to provide such assistance to the City/Town subject to the following conditions, considerations and agreements arrived at between the parties.

IT IS HEREBY AGREED AS FOLLOWS:

### GENERAL PROVISIONS

The election is to be conducted under any applicable ordinances of the City/Town and all applicable sections of Chapters 97-106, Florida Statutes (the State Election Code). It is understood that the Supervisor oversees the election, and that the <u>County Canvassing Board is responsible for canvassing the election</u> (no cost to the City/Town). The City/Town may have a designated representative in the canvassing board room. This designee may only serve in an "observer" capacity and may not participate in the canvassing of the election. The County Canvassing Board will determine whether a recount is required and advise the City/Town. However, the Supervisor is unable to support any type of runoff election.

The County Canvassing Board will certify the election results and will provide a Certificate of Election to the City/Town (ONE Certificate of Election will include all elections held on the same day). The Certificate of Election will be provided to the City/Town after the County Canvassing Board certifies the official election results.

The post-election automated audit may not begin until the Canvassing Board has certified the official election results.

The City/Town is responsible for the costs associated with conducting an annexation election (mapping annexation areas, reassigning addresses, and mailing new voter information cards). The City/Town is responsible for the costs associated with any legal action or contest of elections arising from its election. The City/Town, the Supervisor of Elections and the County Canvassing Board agree that the County Attorney's Office will represent the Supervisor of Elections and County Canvassing Board in any legal action concerning the canvass or certification of the election.

It is understood that the provisions of this contract are based on current state law, and if any changes in election law should occur during the period of this agreement, those changes will supersede the terms of this contract where applicable.

## <u>Agreement for Conducting In-Conjunction Municipal Election</u>

The City/Town will provide the Supervisor with the current City/Town definition/boundaries and include a list of ALL annexations (actual list of addresses) since your last election, no later than <u>5:00 p.m., June 12, 2026</u>. It is the responsibility of the City/Town to ensure the Supervisor has the current definition/boundary information so all eligible voters can participate in the City/Town's election. The City/Town agrees that NO changes to the City/Town definition/boundaries will be made effective between <u>5:00 p.m., June 12, 2026</u>, and <u>Midnight, November 3, 2026</u>. Contact the IT Department at (727) 464-4958 or <u>SOEIT@VotePinellas.gov</u> for all questions concerning annexations and for providing annexation information (City/Town definition/boundary changes).

This contract must be signed by the City/Town and received by the Supervisor no later than the **ballot language deadline of** <u>5:00 p.m., June 12, 2026</u>.

Upon request, the Supervisor may provide the City/Town with the number of registered voters for this election.

## ELECTION INFORMATION

| | |
|---|---|
| **Election Title:** | <u>Primary Election</u> |
| **Election Date:** | <u>August 18, 2026</u> |
| **Voter Registration Deadline:** | <u>July 20, 2026</u> |

## SPECIAL PROVISIONS

| | |
|---|---|
| **City/Town Clerk:** | <u>Rosemarie Call</u> |
| **\*Election Day Cell Phone:** | <u>(727) ~~224-2351~~</u> 404 - 0325 (W) |
| **Alternate Phone:** | <u>(727) 444-7151</u> |
| **Email:** | <u>rosemarie.call@myclearwater.com</u> |
| **Mailing Address:** | <u>P.O. Box 4748, Clearwater FL 33758</u> |

**\*The City/Town Clerk MUST be available by phone from 5:00 a.m. to 10:00 p.m. on Election Day.**

## SPANISH TRANSLATION – Section 203, Voting Rights Act (Matt Smith – 464-5751)

a.  Pinellas County is a jurisdiction covered by Section 203 of the Voting Rights Act and must provide language assistance (Spanish). ALL municipalities within Pinellas County are also covered by Section 203 of the Voting Rights Act.

b.  Full compliance is a requirement for all jurisdictions (County and Municipal). This means that all information directed to voters or otherwise concerning voting-connected activities must be provided in both English and Spanish. This includes, but is not limited to, voter registration, legal advertisements and/or other notices, forms, voting instructions and procedures at the polls or otherwise, polling place signage, any printed voter information guides or website information concerning elections, communication assistance at the polls and election offices and communication with the jurisdiction's minority language community. The obligations and requirements apply to all elections conducted by the City/Town.

## Agreement for Conducting In-Conjunction Municipal Election

c. Questions concerning your legal obligations/requirements to comply with Section 203, Voting Rights Act should be directed to your legal counsel.

### BALLOT INFORMATION (Wendy Grimes – 464-4987)

a. Final Ballot Language is due no later than **5:00 p.m., June 12, 2026,** and must include all qualified opposed candidates and resolutions and/or ordinances with ballot questions (English/Spanish).

b. All ballot language must comply with Florida Statutes 101.161(1) and the Uniform Ballot Rule (1S-2.032).

c. Using the Ballot Language Submittal Forms – Complete required information. Include information and Candidate Oaths for ONLY qualified opposed candidates in ballot order. All Charter Amendments and/or Referendum Questions with SIGNED/APPROVED Ordinances/Resolutions must include numbering for ballot order and English and Spanish translated text.

d. Email ballot language to Wendy Grimes at **wgrimes@votepinellas.gov** by the final ballot language deadline.

### BALLOT LAYOUT / PRINTING (Nicole Sokolowski / David Wise – 464-4958)

The Supervisor is responsible for creating the ballot (ballot layout will comply with Florida Statutes and the Uniform Ballot Rule).

a. The City/Town is responsible for approving the City/Town's portion of ballot.

b. Precinct ballots will be printed by the Supervisor. The Supervisor will bill the City/Town per ballot card (including shipping charges) if the City/Town's portion of the ballot creates an additional ballot card.

c. If the City/Town requires a ballot change after ballots are printed, the City/Town is responsible for additional costs.

### CANDIDATE AUDIO RECORDING (Nicole Sokolowski / David Wise – 464-4958)

The deadline for candidates to record their names and office titles for the audio ballot is **5:00 p.m., June 19, 2026**. It is the responsibility of the City/Town to notify City/Town candidates of this deadline. Candidates must call (727) 453-3293; a voice message will prompt the candidate to record his/her name as indicated on the Candidate Oath and the office for which the candidate is running.

### MAIL BALLOTS (Marisa Crispell – 464-6108)

a. **The deadline for mailing military/overseas mail ballots is July 4, 2026 [F.S. 101.62(3)(a)]. Tentative Mailing Schedule for military/overseas ballots: The week of June 29, 2026, no later than July 4, 2026.**

a. **Domestic ballots must be mailed no earlier than July 9, 2026 and no later than July 16, 2026 [F.S. 101.62(3)(b)].**

b. After the initial mailings, ballots will be mailed daily up to the tenth day prior to the election. The deadline to request a ballot be mailed is **5:00 p.m., August 6, 2026**, twelve days prior to the election [F.S. 101.62(3)(c)].

c. If the City/Town ballot language creates a 2-card ballot, the City/Town is responsible for additional costs.

**Agreement for Conducting In-Conjunction Municipal Election**

## TESTING BALLOT COUNTING EQUIPMENT (David Wise – 464-4958)

The County Canvassing Board will certify test results of the ballot counting equipment and file the election parameters with the Division of Elections. All tests will be performed at the Election Service Center,13001 Starkey Road, Largo, FL 33773.

## LEGAL NOTICES (Ashley McKnight-Taylor – 453-7553)

a. The Supervisor is responsible for publishing the canvassing board meeting schedule.

b. The Supervisor is responsible for creating the Sample Ballot and publishing it in a newspaper of general circulation. The City/Town is responsible for the advertising costs associated with publishing their portion of the sample ballot advertisement. The Supervisor will bill the City/Town for the City/Town's portion of the sample ballot advertisement.

c. The Supervisor is responsible for mailing any necessary polling place change notices and publishing the list in a newspaper of general circulation.

d. If the City/Town is conducting a special election or special referendum election, the City/Town is responsible for any additional notices required by Florida law. The City/Town is responsible for any notices required in its charter or by ordinance.

## CANVASSING BOARD MEETING SCHEDULE (Ashley McKnight-Taylor – 453-7553)

a. **The Supervisor will publish the Canvassing Board Meeting/Testing Schedule at no cost to the City/Town.**

b. All Canvassing Board Meetings will take place at the Election Service Center, 13001 Starkey Rd., Largo.

c. A Canvassing Board Schedule will be emailed to the City/Town Clerk as part of this contract.

    i. The Canvassing Board/testing schedule reflects ALL possible meeting days.

    ii. The Canvassing Board will modify the schedule as needed based on the number of mail ballots received. Updates to the canvassing board schedule will be posted to the Supervisor's website (VotePinellas.gov).

## EARLY VOTING (Byron Green – 464-6109)

a. The Supervisor will provide early voting locations. Locations, dates and times will be included in each mail ballot kit and posted to the Supervisor's website (Votepinellas.gov).

b. Early Voting ballots will be printed by the Supervisor; if the City/Town ballot language creates a 2-card ballot, the City/Town is responsible for additional early voting ballot costs.

## SECURE BALLOT RETURN LOCATIONS (Byron Green – 464-6109)

The Supervisor will provide secure ballot return locations. Locations, dates and times will be included in each mail ballot kit and posted to the Supervisor's website (Votepinellas.gov).

## Agreement for Conducting In-Conjunction Municipal Election

### POLL WATCHERS (Wendy Grimes – 464-4987)

a. Early Voting poll watcher designations for municipal candidates/committees must be submitted to the City/Town or Supervisor **prior to Noon, July 25, 2026** [F.S. 101.131(2)].

b. The City/Town must submit Early Voting poll watcher designations to the Supervisor **prior to 5:00 p.m., July 27, 2026**.

c. Election Day poll watcher designations for municipal candidates/committees must be submitted to the City/Town **prior to Noon, August 4, 2026** [F.S. 101.131(2)].

d. The City/Town must submit Election Day poll watcher designations to the Supervisor **prior to 5:00 p.m., August 4, 2026**.

e. Poll watchers shall produce identification to the early voting site manager or precinct clerk upon entering the early voting site or polling place (this information will be verified against a list of designated poll watchers compiled prior to election day).

f. The Supervisor of Elections shall provide to each designated poll watcher a poll watcher identification badge that identifies the poll watcher by name. Each poll watcher must wear his or her identification badge while in the early voting area or polling room. [F.S. 101.131(5)].

### OVER-THE-COUNTER BALLOT PICKUP / DROP-OFF (Marisa Crispell – 464-6108)

In-office ballot pickup will be available in each of the Supervisor of Elections locations during the following dates and times:

*Only permitted in cases of emergency, pursuant to F.S. 101.62(4)(c).5

- July 6 - August 7: Monday - Friday, 8:00 a.m. - 5:00 p.m. (Closed weekends and holidays)
- *August 8 - 16: Monday - Friday, 8:00 a.m. - 6:00 p.m.: Saturdays and Sunday 8:00 a.m. - 5:00 p.m.
- *August 17: 8:00 a.m. - 5:00 p.m.
- *August 18 (Election Day): 7:00 a.m. - 7:00 p.m.

### VOTING EQUIPMENT AND SUPPLIES (Byron Green – 464-6109)

a. The Supervisor will contract with a moving company to transport the voting equipment and supplies to and from polling locations.

b. Supplies not transported by the moving company will be picked up by the precinct clerks after Clerks' Class at the Election Service Center.

### POLL WORKERS AND POLLING PLACES (Byron Green – 464-6109)

a. The Supervisor will recruit, assign, train, and compensate ALL poll workers.

b. A Deputy Sheriff will deputize the poll deputies.

c. The Supervisor will bill the City/Town for additional poll workers needed to support voters eligible to vote only in City/Town's election.

d. The Supervisor will select, contract with and compensate polling places [F.S. 101.71, 101.715].

**Agreement for Conducting In-Conjunction Municipal Election**

**CANVASSING MAIL BALLOTS (Carriane McQuay – 464-5723)**

The Supervisor, in the presence of the County Canvassing Board will open and prepare mail ballots for tabulation at the Election Service Center. Questionable ballots will be presented to the County Canvassing Board for decision. The Canvassing Board/testing schedule reflects ALL possible meeting days. The Canvassing Board will modify the schedule as needed based on the number of mail ballots received. Updates to the canvassing board schedule will be posted to the Supervisor's website (Votepinellas.gov).

**PROVISIONAL BALLOTS (Carriane McQuay – 464-5723)**

The Supervisor will research each provisional ballot to determine the voter's eligibility and will present the provisional ballots to the County Canvassing Board for decision. Voters casting a provisional ballot have two days after Election Day to provide written proof of eligibility to the County Canvassing Board. The deadline for this election is **5:00 p.m., August 20, 2026** [F.S. 101.048]. All provisional ballots will be canvassed at the Election Service Center.

**ELECTION NIGHT PROCEDURES (Dustin Chase – 464-4988)**

a. The Supervisor will have unofficial election results modemed from the polling places to the Election Service Center.

b. The Supervisor will have the precinct scanner memory sticks, voted precinct and provisional ballots, and election supplies transported to the Election Service Center.

c. Results will be released throughout the night and posted to the Supervisor's website (Votepinellas.gov). The Supervisor will provide unofficial results on election night.

d. Campaign Signs – If candidates wish to reuse their campaign signs left at the polls on Election Day, the signs must be collected by campaign staff prior to poll workers removing and disposing of them after the polls close.

**AFTER ELECTION DAY (Dustin Chase – 464-4988)**

a. Provisional ballots will be canvassed. All ballots accepted by the County Canvassing Board will be processed and added to the election night results to produce Official Election Results. Provisional ballots cannot be rejected until after the deadline for provisional ballot voters to provide written proof of eligibility [F.S. 101.048].

b. The County Canvassing Board will certify the election results and will provide a certificate of election to the City/Town (One Certificate of Election will include all elections held on the same day). This document will be provided to the City/Town via email after the County Canvassing Board certifies the official election results.

c. The County Canvassing Board will conduct a post-election manual audit in accordance with F.S. 101.591 and Division of Elections Administrative Rule 1S-5.026. The Supervisor will post the required post-election audit notices to the Supervisor's website (Votepinellas.gov) and at each election office. The Supervisor will post the final post-election audit report to the Supervisor's website (Votepinellas.gov) after the County Canvassing Board completes the audit.

d. The Supervisor of Elections in accordance with F.S. 98.0981(2) will report precinct-level results to the Department of State within 30 days following the election.

**Agreement for Conducting In-Conjunction Municipal Election**

## DATA PROCESSING ORDERS (Kevin O'Hara – 464-4958)

The City/Town is to place data orders directly with an IT staff member by contacting (727) 464-4958 or SOEIT@Votepinellas.gov.

## VOTER HISTORY (Nicole Sokolowski / Kevin O'Hara – 464-4958)

When voter history is completed, the City/Town may request the names of those who voted by contacting (727) 464-4958 or SOEIT@Votepinellas.gov.

## ELECTION COSTS (Susan Morse – 464-6108)

a.  There will be a 10-cent election administration fee per registered voter.

b.  The City/Town will be provided with an invoice based on election cost estimates. Payment must be received no later than **5:00 p.m., June 12, 2026.** After the election, based on actual election costs, the Supervisor will reimburse the City/Town for unused funds or provide the City/Town with an invoice for additional costs incurred.

c.  In the event the election is cancelled or otherwise not conducted after the ballot language deadline, the City/Town is responsible for all costs associated with preparations and/or conduct of this election.

By affixing their signatures hereto, the parties acknowledge each to the other that they have full authority to enter this Contract.

**APPROVED:**

_____
OFFICE OF THE SUPERVISOR OF ELECTIONS

Print Name: _____

Date: _____

**APPROVED:**

☑ CITY/TOWN MANAGER OR ☐ MUNICIPAL CLERK (CHECK BOX)

Print Name: Jennifer Poirner

Date: 6/30/26

**APPROVED AS TO FORM:**

_____
OFFICE OF THE COUNTY ATTORNEY

Print Name: _____

Date: _____

**REVIEWED AND APPROVED:**

_____
CITY/TOWN ATTORNEY

Print Name: Owen Kohler

Date: 5/22/26

**ATTEST TO:**

☑ MUNICIPAL CLERK OR ☐ CITY/TOWN MANAGER (CHECK BOX)

Print Name: Rosemarie Call

Date: June 4, 2026