**Ellie Neiberger**



Redacted - Privileged Attorney-Client Communication

**From:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
**Sent:** Monday, June 8, 2026 4:51 PM
**To:** Kohler, Owen <Owen.Kohler@MyClearwater.com>
**Subject:** FW: City of Clearwater - 2027 Municipal Election Cost Estimate

**From:** Grimes, Wendy <WGrimes@votepinellas.gov>
**Sent:** Monday, March 2, 2026 1:05 PM
**To:** Call, Rosemarie <Rosemarie.Call@myClearwater.com>
**Subject:** City of Clearwater - 2027 Municipal Election Cost Estimate

> **CAUTION: This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good afternoon, Rosemarie,

Attached is the 2027 Municipal Election Cost Estimate for the City of Clearwater. This estimate applies to all 2027 elections, as no countywide elections are scheduled. The 2027 election dates are March 9 and November 2.

**Our records show that the city is not scheduled to hold an election in 2027.**

Final costs will be determined after the election and may result in reimbursement or an additional invoice. This estimate does not include bilingual compliance, legal publications, re-printing, re-mailing, or petition verification costs.

If you have any questions or if your election schedule changes, please let me know.

Thank you,

*Wendy*

Wendy Grimes, CERA
Elections Administrator
Representing Julie Marcus, Supervisor of Elections
13001 Starkey Rd., Largo, FL 33773
(727) 464-4987
wgrimes@votepinellas.gov
Follow us @VotePinellas
Like us on Facebook

*Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. -- F.S. 668.6076*

*Conforme a la legislación de Florida, las direcciones de correo electrónico son registros públicos. Si no desea que su correo electrónico se divulgue como respuesta a una solicitud de registros públicos, no envíe un correo electrónico a esta entidad. En su lugar, póngase en contacto con esta oficina por teléfono o por escrito. -- F.S. 668.6076*



Pinellas County Supervisor of Elections
13001 Starkey Rd
Largo, FL 33773
Phone: 727-464-8683
Fax: 727-453-3058
votepinellas.gov

# *Estimate*

| Date | Estimate # |
|------|-----------|
| 2/18/2026 | 107 |

| **Prepared for:** |
|---|
| City of Clearwater<br>Attn: City Clerk<br>P. O. Box 4748<br>Clearwater, FL 33758-4748 |

| Description | Qty | Rate | Total |
|---|---|---|---|
| Election Administration Fee (based on registered voters) | 85,441 | 0.40 | 34,176.40 |
| Poll Workers | 215 | 266.09302 | 57,210.00 |
| Polling Place Rent | 24 | 205.00 | 4,920.00 |
| Equipment Delivery | 24 | 217.75 | 5,226.00 |
| Precinct Registers | 39 | 20.00 | 780.00 |
| Precinct Ballots | 27,800 | 0.24 | 6,672.00 |
| Provisional Ballots | 975 | 0.24 | 234.00 |
| Duplicate Ballots | 195 | 0.38 | 74.10 |
| Test Ballots | 1,950 | 0.38 | 741.00 |
| ExpressVote - ADA Voting Equipment Test Ballots | 2,000 | 0.12 | 240.00 |
| Mail Ballot Kits (Initial Mailing - Nonprofit Bulk Postage Rate & Return Postage Included) | 14,319 | 1.57 | 22,480.83 |
| Mail Ballot Kits, Replacements | 716 | 2.13 | 1,525.08 |

2027 Municipal Election Cost Estimate

| **Total** | $134,279.41 |
|---|---|