Sec. 28.05. - Vacation of streets, alleys, rights-of-way, easements.

(1) The city commission has the full and complete power to change or vacate any street, alley, right-of-way or easement within the city within the exercise of its sound discretion. Such vacation or change shall be requested in writing by the owner of the abutting real property or by any department of the city and presented to the city engineer, together with the payment of a filing fee as set out in appendix A to this Code to cover the cost of processing the request, which fee shall be set and established by resolution passed by the city commission, together with letters of no objection from such utility companies as may be affected. Under no condition shall such sum or any part thereof be refunded for failure of such change or vacation to be granted by the city commission.

(2) The city engineer shall investigate the feasibility of the requested change or vacation and report his findings to the city manager for transmittal to the city commission at its public hearing on the request.

(3) The notice of such change or vacation shall be given by the city clerk to the owners of all lands abutting the street, alley, right-of-way or easement. For all intents and purposes such notice shall be deemed sufficient if it has been published in a newspaper of general circulation once each week for two consecutive weeks, stating in substance that at a specified time, on a date not less than 14 days from the date of the first publication, and at a place, such city commission intends to consider the request to change or vacate such city street, alley, right-of-way or easement, naming or describing it and calling on all persons to show cause why the proposed action should not be taken by such commission.

(4) At the hearing the commission shall give due consideration to any objections that are proposed and shall determine the matter affirmatively or to the contrary at its discretion.

(Code 1980, § 110.09)