DIVISION 1. - GENERAL PROVISIONS

Section C-101. - Intent and purpose.

The intent and purpose of the Downtown District and Development Standards is to guide the development and redevelopment of sites in Downtown Clearwater consistent with the vision, guiding principles, goals, objectives and policies in the Clearwater Downtown Redevelopment Plan to achieve quality urban and architectural design throughout Downtown and provide regulatory clarity and predictability for property owners, investors, residents, and business owners. The standards are designed to accomplish the following:

- Encourage mixed use, pedestrian-oriented development;
- Promote context-sensitive forms, patterns, and intensities of development;
- Support a variety of new housing types to provide for a range of affordability and mix of incomes;
- Preserve and celebrate the unique features of Downtown's community and neighborhoods;
- Encourage the renovation, restoration and/or reuse of existing historic structures: and
- Provide for the design of safe, attractive, and accessible places for working, living, and shopping.

(Ord. No. 9149-18, § 8, 8-2-18)

Section C-102. - Relation to the Community Development Code.

The Downtown District and Development Standards are part of Community Development Code (CDC) Article 2, Division 9 and Article 3. Division 5. Wherever there appears to be a conflict between the Downtown District and Development Standards and other sections of the CDC, the standards set forth in the Downtown District and Development Standards shall prevail. For conditions not covered by these standards, other applicable sections of the CDC shall apply.

(Ord. No. 9149-18, § 8, 8-2-18)

Section C-103. - Organization of standards.

Standards regulating development in the Downtown District are organized as follows:

A. Regulating Plans. The Regulating Plans included in Division 2 determine how the Downtown District and Development Standards are applied by character district and street type. The Character District Regulating Plan defines the limits of five different character districts which determine the applicability of requirements in Division 3. The Street Type Regulating Plan defines

six street types which determine the applicability of requirements in Division 4. The Street Type Regulating Plan also identifies the location of key corners which are subject to special requirements.

B. Development Standards. Standards regulating development in the Downtown District are included in Divisions 3, 4, 5, 6, and 7 as described below:

1. The Character District Standards in Division 3 regulate development potential, building heights, permitted uses, and parking requirements.

2. The Frontage Standards in Division 4 regulate building setbacks, front setback improvements, ground floor façades and entries, and certain locational requirements for parking and vehicular circulation.

3. The Site Design Standards in Division 5 regulate development patterns in Downtown, site access, circulation, parking design, service area location and design, garage location for residential uses, landscaping, fencing and walls, location of stormwater facilities, waterfront lots, and the design of drive-through facilities.

4. The Building Design Standards in Division 6 regulate the treatment of front building façades and other features related to the architectural design of buildings.

5. The Sign Standards in Division 7 regulate signage in the Downtown District.

C. Flexibility Provisions. Division 8 provides processes and standards for the approval of flexibility in the application of Downtown District and Development Standards.

(Ord. No. 9149-18, § 8, 8-2-18)

Section C-104. - Applicability of development standards.

A. General. The Development Standards in Appendix C, Divisions 3, 4, 5, and 6 are intended to ensure that new development and significant renovations and additions to existing developments are designed in accordance with the vision described in the Clearwater Downtown Redevelopment Plan, while allowing for incremental improvements to existing buildings and sites. Provisions addressing flexibility in the application of these Development Standards are included in Appendix C, Division 8.

B. Exemptions. The following types of development are exempt from all or a portion of the Development Standards as follows:

1. Change of Use. Projects involving only a change in use are exempt from the Development Standards in Appendix C, Divisions 4, 5 and 6 and bicycle parking requirements in Section C-303.C.

2. Detached Dwellings. Detached dwellings lawfully existing on the date of the original adoption (August 2, 2018) of these Development Standards may be expanded or rebuilt. The location of any new or reconstructed floor area shall be compliant with all setback requirements in

Division 4 of these standards to the greatest extent practicable as determined by the Community Development Coordinator. Existing driveways or parking that does not comply with the parking location standards for the applicable frontage type may remain. Existing carports may be enclosed, but new garages shall comply with Section C-505.

3. Improvement or Remodel. Building improvement and remodel projects, including projects with up to 7.5 percent or 5,000 square feet of additional gross floor area, whichever is less, excluding detached dwellings, shall be exempt from the Development Standards as follows.

    a. Building improvement or remodel projects valued at less than 25 percent of the total assessed building value as reflected in the Property Appraiser's current records at the time of application or as established by a qualified independent appraiser using a recognized appraisal method are exempt from the Development Standards in Appendix C, Divisions 4, 5 and 6, except that the location of any new floor area, including accessory structures, shall be compliant with all setback requirements in Division 4 of these standards to the greatest extent practicable as determined by the Community Development Coordinator.

    b. Building improvement or remodel projects valued at 25 percent or more of the total assessed building value as reflected in the Property Appraiser's current records at the time of application or as established by a qualified independent appraiser using a recognized appraisal method are exempt from all but the existing street preservation standards in C-502.A, the pedestrian circulation and access standards in C-503.C, the parking and service area standards in C-504, and the landscaping and fencing/walls in C-506 of these standards, which shall be brought into compliance to the greatest extent practicable as determined by the Community Development Coordinator. Additionally, the location of any new floor area, including accessory structures, shall be compliant with all setback requirements in Division 4 of these standards to the greatest extent practicable as determined by the Community Development Coordinator.

4. Historic Designated Structures. The Community Development Coordinator may waive the Development Standards for the renovation, expansion, or development of structures which have been designated historic in accordance with the provisions of Section 4-607. Changes to such structures shall comply with the standards for historic preservation in Article 3, Division 10.

5. Parks and Recreation Facilities. Parks and Recreation Facilities on publicly owned land shall comply with the Development Standards in Appendix C, Divisions 3, 4, 5, 6, and 7 to the maximum extent practicable as determined by the Community Development Coordinator.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 26, 4-4-23)

DIVISION 2. - REGULATING PLAN

Section C-201. - General.

Development within the Downtown District is regulated by character district and street type, as shown in Figure 1. Character Districts and Figure 2. Regulating Plan—Street Types and Key Corners.

(Ord. No. 9149-18, § 8, 8-2-18)

Section C-202. - Character district regulating plan.

Standards and regulations in Appendix C, Division 3 related to land use and parking, development density and intensity, and building height within the Downtown District apply to properties falling within one of five character districts illustrated in Figure 1. Character Districts.

A. Downtown Core Character District. The Downtown Core Character District is intended for high intensity mixed-use, office, and residential development in building with active ground floor uses opening onto pedestrian-friendly streetscapes. Standards are designed to support a dense urban pattern of development with buildings façades aligned along public sidewalks and parking primarily located within buildings behind active uses and behind buildings. Properties adjacent to the Pinellas Trail are designed to provide pedestrian and bicycle connections to the trail.

B. Old Bay Character District. The Old Bay Character District is intended for moderate intensity residential development and mixed-use development in buildings with entries opening onto pedestrian-friendly streetscapes. Standards are designed to preserve the District's unique and charming character, while providing a transition between the high intensity mixed-use areas in the Downtown Core Character District and residential neighborhoods to the north outside of the Downtown District boundaries. Buildings with active ground floor uses along North Fort Harrison Avenue are designed with façades aligned along public sidewalks and parking and service areas primarily located behind buildings. In the remainder of the District, buildings are designed with façades aligned along streets with modest setbacks and with parking and service areas primarily located behind buildings. Properties adjacent to the Pinellas Trail are designed to provide pedestrian and bicycle connections to the Trail.

C. South Gateway Character District. The South Gateway Character District is intended for moderate intensity residential and mixed-use development in buildings with active ground floor uses opening onto pedestrian-friendly streetscapes. Buildings are designed with façades aligned along public sidewalks with parking and service areas primarily located behind buildings. Properties adjacent to the Pinellas and Druid Trails are designed to provide pedestrian and bicycle connections to the Trail(s). This character district is intended to create

a transition between higher intensity mixed-use areas in the Downtown Core Character District and residential neighborhoods to the southeast and Morton Plant Hospital farther south.

D.  Prospect Lake Character District. The Prospect Lake Character District is intended for high-intensity residential and mixed-use development in buildings with street-facing entries opening onto pedestrian-friendly streetscapes and with active ground floor uses along many streets. Buildings are designed with façades aligned along public sidewalks with parking and service areas primarily located behind buildings. This character district is intended to create a transition between higher intensity mixed-use areas in the Downtown Core Character District and residential areas to the east in the Downtown Gateway Character District.

**Figure 1. Character Districts**



Source: City of Clearwater Planning & Development Department; Engineering Department; Pinellas County Property Appraiser

Prepared by: City of Clearwater Planning & Development Department, May 2018

E.  Downtown Gateway Character District. The Downtown Gateway Character District is intended for moderate intensity residential and mixed-use development in buildings with street-facing entries opening onto pedestrian-friendly streetscapes. Buildings are designed with façades aligned along streets, modest setbacks, and parking primarily located behind buildings. This area is intended to

create a transition between higher intensity mixed-use areas to the west in the Prospect Lake Character District and lower to medium intensity residential areas outside of Downtown to the east and northeast.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9758-24, § 26, 6-6-24)

Section C-203. - Street type regulating plan.

    A.   Street Types and Key Corner Locations.

Figure 2. Regulating Plan—Street Types and Key Corners establishes the applicability of development standards in Appendix C, Division 4 based on a site's location along streets and at key corner locations. As shown in Figure 2. Regulating Plan - Street Types and Key Corners, streets are assigned a street type in descending alphabetical order based upon intensity of pedestrian activity, or as determined by the Community Development Coordinator. High levels of existing and planned pedestrian activity are assigned Street Types A, B or C; streets with modest levels of existing and planned pedestrian activity are assigned Street Type D; and streets with residential uses and the least amount of existing and planned pedestrian activity are assigned Street Types E and F. For sites at locations identified as key corners, specific development standards related to ground floor uses are included in Appendix C, Division 4. The Service Street Type is applied to streets and alleys with very low levels of anticipated pedestrian activity that provide access to parking and service areas.

    B.   Street Types Assignment.

        1.   Along existing or proposed new streets or for properties where street types are not depicted on the Regulating Plan, an appropriate street type shall be established by the Community Development Coordinator as part of an application for development approval.

        2.   If a property is landlocked, the Community Development Coordinator shall determine which street type shall be utilized for the purpose of establishing setbacks.

    C.   View Corridors. The view corridor at the western terminus of Nicholson Street shall be preserved through an open space corridor the width of the Nicholson Street right-of-way. The corridor shall extend to the west to the mean high water line. Hardscaping improvements may occupy this space provided the height does not exceed the average pre-development grade of the property within the open space corridor. View corridors are shown on Figure 2. Regulating Plan—Street Types and Key Corners.

    **Figure 2. Regulating Plan—Street Types and Key Corners**



(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 27, 4-4-23)

DIVISION 4. - FRONTAGE STANDARDS

Sec. C-401. - Relationship between street types and frontage standards and hierarchy of street types.

Street Frontage Types are described in Section C-403. Table 4. Frontages and Street Types shows which development standards in this division apply by the street types shown in Figure 2. Regulating Plan - Street Types and Key Corners. Multiple frontages can apply to a single project along a street type. Street types are organized by intensity of planned pedestrian activity with Street Type A being the highest level and Street Type F and Service Streets being the lowest level of planned pedestrian activity.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23; Ord. No. 9664-23, § 2, 5-4-23)

Section C-402. - Properties with multiple street frontages.

    A.  Definition of Primary and Secondary Street Frontages.

        1.  A primary street frontage shall be established for project sites with multiple street frontages.

        2.  The primary street frontage shall be defined as the street frontage with the highest level of designated street type or the highest level of existing and planned pedestrian activity as defined in the Clearwater Downtown Redevelopment Plan and consistent with Section C-203.A.

        3.  All other street frontages shall be secondary street frontages. As provided in Division 8. Flexibility, a limited amount of flexibility in meeting requirements for frontages defined as secondary street frontages may be approved.

    B.  Assignment of Street Frontages.

        1.  For sites where the street type is the same on all frontages, the primary street frontage shall be assigned the frontage to which the majority of buildings on adjacent sites are oriented and addressed.

        2.  In locations where the orientation of buildings on adjacent sites is unclear, the primary street frontage shall be determined by the Community Development Coordinator consistent with the vision of the area pursuant to the Clearwater Downtown Redevelopment Plan.

        3.  Primary street frontage requirements may be applied for up to 50 percent of the linear street frontage of the secondary street frontage to wrap around the corner of a building that is located at the intersection of two different street types. The balance of the secondary street frontage shall revert to the standards of the applicable street type.

    C.  Application of Setbacks

        1.  Double-Frontage Lots. For project sites with frontage on two parallel streets, the side setbacks applicable to the primary street frontage shall apply.

        2.  Corner Lots. Front setbacks shall be applicable to the street frontages of corner lots, and side setbacks shall apply to non-street frontages.

        3.  Multi-Frontage Lots. Front setbacks shall be applicable to all street frontages on multi-frontage lots, and side setbacks shall apply to all non-street frontages.

  (Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23)

Section C-403. - Key corner requirements.

For locations identified as Key Corners on Figure 2. Regulating Plan—Street Types and Key Corners, ground floor building space within 100 feet of the corner and to a depth of 20 feet minimum from the front façade (as measured along front property lines) shall be occupied only by active uses including retail sales and services, restaurants, bars, brewpubs, microbreweries, nightclubs, and/or lobbies to upper story building space. For buildings occupied only by residential uses, ground floor amenity areas such as offices, lobbies, or fitness centers shall count toward meeting this requirement only if the ground floor façade meets the requirements applicable to Storefront 1 or Storefront 2 frontages. Ground floor building space designed for open air dining or cafe use may count towards this requirement. Flexibility in meeting façade transparency requirements in these locations shall not be permitted. Key corner requirements shall not apply to publicly owned park and plaza space.

| Table 4. Frontages and Street Types | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Frontages | General Character | Front Setback | Parking Location | Street Types | | | | | |
| | | | | A | B | C | D | E | F |
| Storefront 1 | Traditional "Main Street" conditions with continuous storefronts with high levels of storefront transparency. | 3' max. | Rear yard parking. No parking along street frontages. | ● | ● | ● | | | |
| Storefront 2 | Traditional "Main Street" conditions with moderate levels of storefront transparency and allowance for side yard parking. | 3' max. | Rear yard and limited side parking permitted. | | | ● | | | |
| Workshop/ Flex | Flexible frontages with modest setbacks, discontinuous frontage and moderate transparency. | 5' min. —10' max. | Rear yard and limited side parking permitted. | | | | ● | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Urban Residential 1 | Urban townhouse and apartments with individual entries and front stoops. | 3' min.—5' max. | Rear yard parking. No parking along street frontages. | | • | • | | | |
| Residential* and Overnight Accommodation (Bed & Breakfast) Uses Only | | | | | | | | | |
| Urban Residential 2 | Urban townhouse and apartments with modest landscaped setbacks and allowance for front porches and shared entries | 8' min.—15' max. | Rear yard parking and limited side parking permitted. | | | | • | | |
| Neighborhood Infill | Single family houses, duplexes, townhouses, and small apartments with modest landscaped setbacks. | 8' min.—15' max. | Parking behind units accessed from side streets or shared drives. | | | | | • | |
| Neighborhood Conservation | Single family houses and duplexes with traditional front yards. | 20' min. | Parking behind front façades accessed from private driveways. | | | | | | • |

* Except as provided for in Division 8, Flexibility.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9664-23, § 3, 5-4-23)

Section C-404. - Storefront 1 frontage.



Figure 9. Storefront 1 Example



Figure 10. Storefront 1 Building Placement



Figure 11. Storefront 1 Parking & Projections

A. General. The Storefront 1 Frontage Standards are intended for application along Street Types A, B, and C which are identified as appropriate for high levels of existing or planned pedestrian activity and active ground floor uses. Development standards for this type of frontage require buildings aligned along adjacent streets, front building façades and building entries oriented to public sidewalks with traditional storefront design treatments with large, transparent display windows, building entries at sidewalk grade, awnings or canopies, minimal front setbacks, and parking to the rear of occupied building space.

(In the sections below, the bold lettering in parentheses refers to the annotations in Figures 10 and 11.)

B. Building Setbacks

1. Buildings shall be placed along street frontages consistent with the following building setbacks from property lines:

   a. Front Setbacks **(A)**: 0 feet minimum, 3 feet maximum.

   b. Side Setbacks **(B)**: 0 feet maximum, or as required by applicable building and fire codes.

   c. Rear Setbacks **(C)**: 10 feet minimum.

2. Front building setbacks on Fort Harrison Avenue, Cleveland Street, and Osceola Avenue shall be increased to the extent required to allow for the creation of sidewalks widths consistent with the Master Streetscape Plan within the Clearwater Downtown Redevelopment Plan.

3. To promote continuity of frontages along front setbacks, the space between buildings on the same or adjacent sites shall be 20 feet maximum and may be occupied by a mid-block pedestrian passageway open for public use during regular business hours. Where such space is provided with no pedestrian passageway, a 6-foot minimum, 8-foot maximum high brick or other masonry wall, wall with masonry columns linked by substantial grill work, or wall designed to match the architectural design of the building shall be constructed in line with the front building façade.

C. Front Setback Improvements. Where front setbacks are provided, the area within the setback shall be improved as a hardscape extension of the public streetscape with no change in elevation from adjacent sidewalks, no landscape areas, and no permanent physical obstructions such as a curbing, railing, or fencing. Movable furnishings, including tables, seats, and landscape planters, are permitted.

D. Ground Floor Façades and Entries.

1. Building façades along street frontages shall meet building design standards in Appendix C, Division 6.

2. Ground floor front building façades shall meet the following standards (D):

   a.

Building façades shall be located along front setbacks and aligned generally parallel to the primary street frontage property line.

    b. A minimum of 60 percent of the area of the ground floor façade between 2 and 10 feet in height above adjacent ground level shall be comprised of transparent windows or doors. Glass utilized to provide this transparency shall have visible light transmittance to the maximum allowed by the Energy Code, shall not have reflective or mirrored coating or other treatments including but not limited to dark tinting, colored or opaque films, boards or paint. Transom windows are encouraged above storefront display windows. Residential window types, with closely spaced mullions and recessed punched windows, are not allowed for storefront frontages. The bottom of storefront windows shall be no more than 2 feet above the adjacent ground level.

    c. Primary entries to individual ground floor tenant spaces and entries to shared lobbies for upper story spaces shall be located along the front façade and may be recessed 18 inches maximum.

    d. For sites with multiple frontages, there shall be at least one entry to individual ground floor tenant spaces or entries to shared lobbies on each street frontage unless provided on the corner of the primary street frontage and secondary street frontage.

    e. Thresholds at front building entries and the ground floor finished floor elevation shall match the elevation of the abutting public sidewalk or publicly accessible plaza.

    f. The ground floor floor-to-structural-ceiling height shall be 14 feet minimum and ground floor building space shall be designed to meet Florida Building Code requirements for commercial uses.

3. Awnings, canopies, or other forms of weather protection shall be required along at least 80 percent of the front façade and shall meet the standards in Appendix C, Division 6 **(E)**.

E. Parking.

1. In addition to the following standards, parking location, design and access shall meet the standards in Appendix C, Division 5.

2. Parking shall be located to the rear of the property away from the primary street frontage and corner locations. Parking to the side of buildings is prohibited.

3. Parking, vehicular loading/unloading areas, and passenger drop off areas are prohibited in front setbacks.

4. Parking and vehicular circulation areas incorporated in the ground floor of a building along street frontages shall be located behind fully-enclosed, occupied building space with a depth of 20 feet minimum **(F)**.

5.

Surface and structured parking shall comply with side and rear building setbacks. Side and/or rear setbacks shall not apply between surface parking areas on abutting properties which provide for shared access and use.

6.  With approval from appropriate City, County or State authorities, parallel parking may be constructed within the right-of-way along streets abutting the property.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23)

Section C-405. - Storefront 2 frontage.



Figure 12. Storefront 2 Example



Figure 13. Storefront 2 Building Placement



Figure 14. Storefront 2 Parking & Projections

A.  General. The Storefront 2 Frontage Standards are intended for application along Street Type C which is identified as appropriate for moderate levels of existing or planned pedestrian activity. Development standards for this frontage require buildings aligned along adjacent streets, front building façades and building entries oriented to public sidewalks with traditional storefront design treatments with large, transparent display windows, building entries at sidewalk grade, awnings or canopies, minimal front setbacks, and parking to the side and rear of occupied building space.

(In the sections below, the bold lettering in parentheses refers to the annotations in Figures 13 and 14.)

B.  Building Setbacks.

1.  Buildings shall be placed along street frontages consistent with the following building setbacks from property lines:

    a.  Front Setbacks **(A)**: 0 feet minimum, 3 feet maximum.

    b.  Side Setbacks **(B)**: 0 feet maximum, or as required by applicable building and fire codes.

    c.  Rear Setbacks **(C)**: 10 feet minimum.

2.  Front building setbacks on Fort Harrison Avenue, Cleveland Street, and Osceola Avenue shall be increased to the extent required to allow for the creation of sidewalks widths consistent with the Master Streetscape Plan within the Clearwater Downtown Redevelopment Plan.

3.  To promote the continuity of frontages along front setbacks, the space between buildings on the same or adjacent sites, or between building wings for "U"-shaped buildings, shall be 80 feet maximum.

C.  Front Setback Improvements.

1.  Where front setbacks are provided, the area within the setback shall be improved primarily as a hardscape extension of the public streetscape with no change in elevation from adjacent sidewalks.

2.  Landscape areas may account for 35 percent maximum of the front setback area. Such landscaping shall comply with landscape requirements in Section 3-1202.

3.  Low curbing up to 6 inches in height may be used to define the edge of landscape areas but no permanent physical obstructions such as walls, railing, or fencing are permitted.

D.  Ground Floor Façades and Entries.

1.  Building façades along street frontages shall meet building design standards in Appendix C, Division 6.

2.  Ground floor front building façades shall meet the following standards **(D)**:

    a.  Building facades shall be located along front setbacks and aligned generally parallel to the primary street frontage property line.

    b.  A minimum of 50 percent of the area of the ground floor facade between 2 and 10 feet in height above adjacent ground level shall be comprised of transparent windows or doors. Glass utilized to provide this shall have visible light transmittance to the maximum allowed by the Energy Code, shall not have reflective or mirrored coating or other treatments including but not limited to dark tinting, colored or opaque films, boards or paint. Transom windows are encouraged above storefront display windows. Residential window types, with closely spaced mullions and recessed punched windows, are not allowed for storefront frontages. The bottom of storefront windows shall be no more than 2 feet above the adjacent ground level.

    c.  Primary entries to individual ground floor tenant spaces and entries to shared lobbies for upper story spaces shall be located along the front façade and may be recessed 18 inches maximum.

    d.  Thresholds at front building entries and the ground floor finished floor elevation shall match the elevation of the abutting public sidewalk or publicly accessible plaza.

    e.  The ground floor floor-to-structural-ceiling height shall be 14 feet minimum and ground floor building space shall be designed to meet Florida Building Code requirements for commercial uses.

3.  Awnings, canopies, or other forms of weather protection shall be required along at least 80 percent of the front façade and shall meet the standards in Appendix C, Division 6 **(E)**.

E.  Parking.

1.

In addition to the following standards, parking location, design and access shall meet standards in Appendix C, Division 5.

2.  Parking, vehicular loading/unloading areas, and passenger drop off areas are prohibited in front setbacks.

3.  Surface parking located to the side of buildings along streets shall be no greater than 1 bay in width or 60 feet maximum as measured along the street frontage and shall be set back 5 feet behind front building façades and screened from public sidewalks by an opaque hedge or wall 24 to 36 inches in height **(F)**. Where provided, side surface parking shall be located along a single building side.

4.  Parking and vehicular circulation areas incorporated in the ground floor of a building along street frontages shall be located behind fully-enclosed, occupied building space with a depth of 20 feet minimum **(G)**.

5.  Surface and structured parking shall comply with side and rear building setbacks. Side and/or rear setbacks shall not apply between surface parking areas on abutting properties which provide for shared access and use.

6.  With approval from appropriate City, County or State authorities, parallel parking may be constructed within the right-of-way along streets abutting the property.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23; Ord. No. 9712-23, § 9, 11-2-23; Ord. No. 9740-24, § 9, 2-1-24)

Section C-406. - Workshop/flex frontage.



Figure 15. Workshop/Flex Example



Figure 16. Workshop/Flex Building Placement



Figure 17. Workshop/Flex Parking & Projections

A. General. The Workshop/Flex Frontage Standards are intended for application along Street Type D which is identified as appropriate for a mix of land uses and building types. Development standards for this frontage require buildings aligned along adjacent streets, front building façades and building entries oriented to public sidewalks with modest front setbacks and façade transparency, and parking to the rear or side of occupied building space.

(In the sections below, the bold lettering in parentheses refers to the annotations in Figures 16 and 17.)

B. Building Setbacks.

   1. Buildings shall be placed along street frontages consistent with the following building setbacks from property lines:

a. Front Setbacks **(A)**: 5 feet minimum, 10 feet maximum.

b. Side Setbacks **(B)**: 5 feet minimum or as required by applicable building and fire codes.

c. Rear Setbacks **(C)**: 10 feet minimum.

2. Front building setbacks on Fort Harrison Avenue, Cleveland Street, and Osceola Avenue shall be increased to the extent required to allow for the creation of sidewalks widths consistent with the Master Streetscape Plan within the Clearwater Downtown Redevelopment Plan.

3. To promote the continuity of frontages along front setbacks, the space between buildings on the same or adjacent sites, or between building wings for "U"-shaped buildings, shall be 80 feet maximum.

C. Front Setback Improvements.

1. The front setback area shall be improved as a landscape area with walkway connections between sidewalks and front building entries. Low curbing up to 6 inches in height may be used to define the edge of landscape areas but no permanent physical obstructions such as walls, railings, or fencing are permitted between the street and front building façade.

2. Landscaping in the front setback area shall comply with landscape requirements in Section 3-1202.

3. Hardscape areas improved as open air patio or café space may account for 50 percent maximum of the front setback area. Such areas may be defined by railings or low walls 36 inches maximum in height.

D. Ground Floor Façades and Entries.

1. Building façades along street frontages shall meet building design standards in Appendix C, Division 6.

2. Ground floor front building façades shall be designed to meet the following standards **(D)**:

a. Building façades shall be located along front setbacks and aligned generally parallel to the primary street frontage property line.

b. A minimum of 40 percent of the area of the ground floor façade between 2 and 10 feet in height above adjacent ground level shall be comprised of transparent windows or doors. Glass utilized to provide this transparency shall have visible light transmittance to the maximum allowed by the Energy Code, shall not have reflective or mirrored coating or other treatments including but not limited to dark tinting, colored or opaque films, boards or paint.

c. Primary entries to individual ground floor tenant spaces and entries to shared lobbies for upper story spaces shall be located along the front façade and may be recessed 18 inches maximum.

d.

Thresholds at front building entries and the ground floor finished floor elevation may be elevated 18 inches maximum above the grade of the abutting public sidewalk or publicly accessible plaza.

  e. The ground floor floor-to-structural-ceiling height shall be 14 feet minimum and ground floor building space shall be designed to meet Florida Building Code requirements for commercial uses.

 3. Awnings, canopies, or other forms of weather protection shall be required at building entries and shall meet the standards in Appendix C, Division 6 **(E)**.

E. Parking.

 1. In addition to the following standards, parking location, design and access shall meet standards in Appendix C, Division 5.

 2. Parking, vehicular loading/unloading areas, and passenger drop off areas are prohibited in front setbacks.

 3. Surface parking located to the side of buildings along streets shall be no greater than 1 bay in width or 60 feet maximum as measured along the street frontage and shall be set back 5 feet behind front building façades and screened from public sidewalks by an opaque hedge or wall 24 to 36 inches in height **(F)**. Where provided, side surface parking shall be located along a single building side.

 4. Surface parking and vehicular circulation areas incorporated in the ground floor of a building along street frontages shall be located behind fully-enclosed, occupied building space with a depth of 20 feet minimum **(G)**.

 5. Surface and structured parking shall comply with side and rear building setbacks. Side and/or rear setbacks shall not apply between surface parking areas on abutting properties which provide for shared access and use.

 6. With approval from appropriate City, County or State authorities, parallel parking may be constructed within the right-of-way along streets abutting the property.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23; Ord. No. 9664-23, § 3, 5-4-23; Ord. No. 9712-23, § 9, 11-2-23; Ord. No. 9740-24, § 9, 2-1-24)

Section C-407. - Urban residential 1 frontage.



Figure 18. Urban Residential 1 Example



Figure 19. Urban Residential 1 Building Placement



Figure 20. Urban Residential 1 Parking & Projections

A.

General. The Urban Residential 1 Frontage Standards are intended for application along Street Types B and C which are identified as appropriate for high levels of existing or planned pedestrian activity. Development standards for this frontage require buildings aligned along adjacent streets, oriented to public sidewalks with residential ground floor uses with minimal front setbacks, ground floors elevated above adjacent sidewalk grade, and parking to the rear of occupied building space.

> (In the sections below, the bold lettering in parentheses refers to the annotations in Figures 19 and 20.)

B.  Building Setbacks.

1.  Buildings shall be placed along street frontages consistent with the following building setbacks from property lines:

    a.  Front Setbacks **(A)**: 3 feet minimum, 5 feet maximum.

    b.  Side Setbacks **(B)**: 0 feet maximum, or as required by applicable building and fire codes.

    c.  Rear Setbacks **(C)**: 10 feet minimum.

2.  Front building setbacks on Fort Harrison Avenue, Cleveland Street, and Osceola Avenue shall be increased to the extent required to allow for the creation of sidewalks widths consistent with the Master Streetscape Plan within the Clearwater Downtown Redevelopment Plan.

3.  To promote continuity of frontages along front setbacks, the space between buildings on the same or adjacent sites, or between building wings for "U"-shaped buildings, shall be 20 feet maximum and may be occupied by a mid-block pedestrian passageway open for tenant use. Where such space is provided with no pedestrian passageway or to provide for a private courtyard, a 6-foot minimum, or 8-foot maximum high brick or other masonry wall, wall with masonry columns linked by substantial grill work, or wall designed to match the architectural design of the building shall be constructed in line with the front building façade.

C.  Front Setback Improvements.

1.  The front setback area shall be improved with landscape areas and walkways providing access to common building entries and to porches or stoops at entries to ground floor units. Walkways to building entries shall generally match sidewalk grade.

2.  Landscaping in the front setback area shall comply with landscape requirements in Section 3-1202.

3.  Walls, railings, fencing, or other similar improvements not part of a porch or stoop are prohibited within front setbacks.

4.  Fenced, walled, or otherwise enclosed patios or other forms of enclosed outdoor space are not permitted for ground floor units along street frontage.

D.  Ground Floor Façades and Entries.

1.

Building façades along street frontages shall meet building design standards in Appendix C, Division 6.

2. Ground floor front building façades shall meet the following standards **(D)**:

a. Building façades shall be located along front setbacks and aligned generally parallel to the primary street frontage property line.

b. The finished floor elevation of ground floor residential units along front setbacks shall be elevated 18 inches minimum, 36 inches maximum above the grade of adjacent sidewalks.

c. Primary entries to individual ground floor units and shared lobby space providing access to upper story units shall be located along the front façade and be visible from streets and sidewalks.

3. Stoops shall be provided at entries to individual ground floor units and be designed to meet the following standards **(E)**:

a. Stoops may project 5 feet maximum from front building façades into setbacks.

b. Stoops shall include stairs and landings providing access to unit entries with low walls or railings on stairs and landings as required by Florida Building Code.

c. No more than two front stoops serving adjacent units shall be connected.

d. Landscape areas between stoops may be defined by curbing or low walls. Such landscaping shall comply with landscape requirements in Section 3-1202.

4. Canopies or other forms of weather protection shall be provided at front building entries to shared ground floor lobby space and shall meet the standards in Appendix C, Division 6 **(E)**.

E. Parking.

1. In addition to the following standards, parking location, design and access shall meet standards in Appendix C, Division 5.

2. Parking shall be located to the rear of the property away from the primary street frontage and corner locations. Parking to the side of buildings is prohibited.

3. Parking, vehicular loading/unloading areas, and passenger drop off areas are prohibited in front setbacks.

4. Parking and vehicular circulation areas incorporated in the ground floor of a building along street frontages shall be located behind fully-enclosed, occupied building space with a depth of 20 feet minimum **(F)**.

5. Surface and structured parking shall comply with side and rear building setbacks. Side and/or rear setbacks shall not apply between surface parking areas on abutting properties which provide for shared access and use.

6. With approval from appropriate City, County or State authorities, parallel parking may be constructed within the right-of-way along streets abutting the property.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23)

Section C-408. - Urban residential 2 frontage.



Figure 21. Urban Residential 2 Example



Figure 22. Urban Residential 2 Building Placement



Figure 23. Urban Residential 2 Parking & Projections

A.  General. The Urban Residential 2 Frontage Standards are intended for application along Street Type D which is identified as appropriate for a mix of land uses and building types. Development standards for this frontage require buildings aligned along adjacent streets, oriented to public sidewalks with residential ground floor uses with modest front setbacks, ground floors elevated above adjacent sidewalk grade, and parking to the rear of occupied building space.

(In the sections below, the bold lettering in parentheses refers to the annotations in Figures 22 and 23.)

B.  Building Setbacks.

1.  Buildings shall be placed along street frontages consistent with the following building setbacks from property lines:

    a.  Front Setbacks **(A)**: 8 feet minimum, 15 feet maximum.

    b.  Side Setbacks **(B)**: 5 feet minimum or as required by applicable building and fire codes.

    c.  Rear Setbacks **(C)**: 10 feet minimum.

2.  Front building setbacks on Fort Harrison Avenue, Cleveland Street, and Osceola Avenue shall be increased to the extent required to allow for the creation of sidewalks widths consistent with the Master Streetscape Plan within the Clearwater Downtown Redevelopment Plan.

3.  To promote the continuity of frontages along front setbacks, the space between buildings on the same or adjacent sites, or between building wings for "U"-shaped buildings, shall be 80 feet maximum.

C.  Front Setback Improvements.

1.  The front setback area shall be improved with landscape areas and walkways providing access to common building entries and to porches or stoops at entries to ground floor units. Walkways to building entries shall generally match sidewalk grade.

2.  Landscaping in the front setback area shall comply with landscape requirements in <u>Section 3-1202</u>.

3.  Walls, railings, fencing, or other similar improvements not part of a porch or stoop are prohibited within front setbacks.

D.  Ground Floor Façades and Entries.

1.  Building façades along street frontages shall meet building design standards in Appendix C, Division 6.

2.  Ground floor front building façades shall meet the following standards **(D)**:

    a.  Building façades shall be located along front setbacks and aligned generally parallel to the primary street frontage property line.

    b.

The finished floor elevation of ground floor residential units along front setbacks shall be elevated 18 inches minimum, 36 inches maximum above the grade of adjacent sidewalks.

    c. Primary entries to individual ground floor units, where provided, and shared lobby space shall be located along the front façade and be visible from streets and sidewalks.

3. Where primary entries to individual ground floor units are located along the front façade, front porches or stoops shall be provided at entries and designed to meet the following standards **(E)**:

    a. Porches and stoops may project 4 feet minimum, 8 feet maximum from front building façades into setbacks but shall be located no closer than 2 feet from public sidewalks.

    b. No more than two front porches or stoops serving adjacent units shall be connected.

    c. Landscape areas at least 8 feet in width as measured along the front building façade shall be provided between individual or connected porches or stoops.

4. Canopies or other forms of weather protection shall be provided at front building entries to shared ground floor lobby space and shall meet the standards in Appendix C, Division 6 **(E)**.

E. Parking.

1. In addition to the following standards, parking location, design and access shall meet standards in Division 5.

2. Parking, vehicular loading/unloading areas, and passenger drop off areas are prohibited in front setbacks.

3. Surface parking located to the side of buildings along streets shall be no greater than 1 bay in width or 60 feet maximum as measured along the street frontage and shall be set back 5 feet behind front building façades and screened from public sidewalks by an opaque hedge or wall 24 to 36 inches in height **(F)**. Side surface parking shall be located along a single building side.

4. Parking and vehicular circulation areas incorporated in the ground floor of a building along street frontages shall be located behind fully-enclosed, occupied building space with a depth of 20 feet minimum **(G)**.

5. Surface and structured parking shall comply with side and rear building setbacks. Side and/or rear setbacks shall not apply between surface parking areas on abutting properties which provide for shared access and use.

6. With approval from appropriate City, County or State authorities, parallel parking may be constructed within the right-of-way along streets abutting the property.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23; Ord. No. 9664-23, § 3, 5-4-23)

Section C-409. - Neighborhood infill frontage.



Figure 24. Neighborhood Infill Example



Figure 25. Neighborhood Infill Building Placement



Figure 26. Neighborhood Infill Parking & Projections

A.

General. The Neighborhood Infill Frontage Standards are intended for application along Street Type E which is identified as appropriate for residential development and redevelopment. Development standards for this frontage require attached and detached dwellings oriented to public sidewalks with modest landscaped front setbacks and parking to the rear of occupied building space.

(In the sections below, the bold lettering in parentheses refers to the annotations in Figures 25 and 26.)

B.  Building Setbacks.

1.  Buildings shall be placed along street frontages consistent with the following building setbacks from property lines:

    a.  Front Setbacks **(A)**: 8 feet minimum, 15 feet maximum.

    b.  Side Setbacks **(B)**: 5 feet minimum or as required by applicable building and fire codes.

    c.  Rear Setbacks **(C)**: 10 feet minimum.

C.  Front Setback Improvements.

1.  The front setback area shall be improved with landscape areas and walkways providing access to common building entries and to porches or stoops at entries to ground floor units. Walkways to building entries shall generally match sidewalk grade.

2.  Walls, railings, fencing, or other similar improvements not part of a porch or stoop are not permitted within front setbacks.

3.  Fenced, walled, or otherwise enclosed patios or other forms of outdoor space are not permitted for ground floor units along street frontage.

D.  Ground Floor Façades and Entries.

1.  Building façades along street frontages shall meet building design standards in Appendix C, Division 6.

2.  Ground floor front building façades shall meet the following standards **(D)**:

    a.  Building façades shall be located along front setbacks and aligned generally parallel to the primary street frontage property line.

    b.  The finished floor elevation of ground floor residential units along front setbacks shall be elevated 18 inches minimum, 36 inches maximum above the grade of adjacent sidewalks.

    c.  Primary entries to ground floor units and shared lobby space shall be located along the front façade and be visible from streets and sidewalks.

3.  Front porches or stoops shall be provided at entries to individual ground floor units and be designed to meet the following standards **(E)**:

    a.

Porches may project 6 feet minimum, 10 feet maximum from front building façades into setbacks. Stoops may project 4 feet minimum, 6 feet maximum from front building façades into setbacks. Neither shall be located closer than 2 feet from front property line.

    b. For buildings at corner locations, porches shall be oriented to the primary street frontage and wrap around the façade a minimum of 6 feet along the secondary street frontage.

    c. No more than two front porches or stoops serving adjacent units shall be connected.

    d. Landscape areas shall be provided between individual or connected porches or stoops and shall be at least 8 feet in length as measured along the front building façade.

4. Canopies or other forms of weather protection shall be provided at front building entries to shared ground floor lobby space and shall meet the standards in Appendix C, Division 6 **(E)**.

E. Parking.

1. In addition to the following standards, parking location, design and access shall meet the standards in Appendix C, Division 5.

2. Surface parking shall be located to the rear of buildings away from the primary street frontage and corner locations and shall comply with side and rear building setbacks.

3. Parking to the side of buildings behind front building façades is permitted only for single family detached dwellings and duplex building types. Such parking shall be in single width private driveways perpendicular to the right-of-way and may be located in front and side setbacks but may be no closer than 2 feet from side lot lines.

4. Surface parking lots serving multiple dwelling units shall comply with side and rear building setbacks. Side and/or rear setbacks shall not apply between surface parking lots on abutting properties which provide for shared access and use.

5. Parking, vehicular loading/unloading areas, and passenger drop off areas are prohibited in front setbacks.

6. Parking and vehicular circulation areas incorporated in the ground floor of a building or parking garage shall be located behind fully-enclosed, occupied building space along street frontages with a depth of 20 feet minimum **(F)**.

7. With approval from appropriate City, County or State authorities, parallel parking may be constructed within the right-of-way along streets abutting the property.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23)


Section C-410. - Neighborhood conservation frontage.



Figure 27. Neighborhood Conservation Example



Figure 28. Neighborhood Conservation Building Placement



Figure 29. Neighborhood Conservation Parking & Projections

A.

General. The Neighborhood Conservation Frontage Standards are intended for application along Street Type F which is identified as appropriate for residential development and redevelopment. Development standards for this frontage require detached dwellings and attached dwellings, as described in Table 5. Attached Dwelling Types General, oriented to public sidewalks with front lawns and parking to the rear of occupied building space with allowance for limited parking in private driveways to the side of houses. On local streets, two units maximum may be permitted including one duplex or one detached dwelling with one carriage house. On collector streets, three units maximum may be permitted, including one duplex and one carriage house.

(In the sections below, the bold lettering in parentheses refers to the annotations in Figures 28 and 29.)

B.  Building Setbacks.

1.  Buildings shall be placed along street frontages consistent with the following building setbacks from property lines:

   a.  Front Setbacks **(A)**: 20 feet minimum.

   b.  Side Setbacks **(B)**: 5 feet minimum.

   c.  Rear Setbacks **(C)**: 10 feet minimum.

2.  Front setbacks shall be no greater than the average setback for buildings along the same block frontage.

C.  Front Setback Improvements.

1.  The front setback area shall be improved with lawn and landscape areas.

2.  Walkways may be provided to connect public sidewalks with porches or stoops at entries to ground floor units. Walkways to building entries shall generally match sidewalk grade.

3.  Walls, railings, fencing, or other similar improvements not part of a porch or stoop are not permitted within front setbacks except that picket fences no higher than 36 inches in height may be permitted to define the front yards of individual units.

4.  Fenced, walled, or otherwise enclosed patios or other forms of enclosed outdoor space are not permitted in front setbacks.

D.  Ground Floor Façades and Entries.

1.  Building façades along street frontages shall meet building design standards in Appendix C, Division 6.

2.  Ground floor front building façades shall meet the following standards **(D)**:

   a.  Building façades shall be located along front setbacks and aligned generally parallel to the primary street frontage property line.

   b.

Primary entries to ground floor units shall be located along the front façade and be visible from streets and sidewalks.

3.  Front porches or stoops shall be provided at entries to individual units and be designed to meet the following standards **(E)**:

    a.  Porches may project 6 feet minimum, 10 feet maximum from front building façades into setbacks. Stoops may project 4 feet minimum, 6 feet maximum from front building façades into setbacks.

    b.  For buildings at corner locations, porches shall be oriented to the primary street frontage and wrap around the façade a minimum of 6 feet along the secondary street frontage.

    c.  No more than two front porches or stoops serving attached units shall be connected.

    d.  Landscape areas shall be provided between individual or connected porches or stoops and shall be at least 8 feet in length as measured along the front building façade.

E.  Parking.

1.  In addition to the following standards, parking location, design and access shall meet the standards in Appendix C, Division 5.

2.  Surface parking lots shall be located to the rear of buildings away from the primary street frontage and corner locations and shall comply with side and rear building setbacks.

3.  Parking is permitted in single width private driveways. Such driveways shall meet the side setback requirement and be located to the side of buildings **(F)**.

4.  Parking incorporated in enclosed garages or the ground floor of a detached or attached dwelling shall be set back 5 feet minimum from the front building façade **(G)**.

5.  With approval from appropriate City, County or State authorities, parallel parking may be constructed within the right-of-way along streets abutting the property.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23; Ord. No. 9664-23, § 2, 5-4-23)

Section C-411. - Frontage along service streets.

A.  Building Setbacks. Except as provided in Section C-402.C, buildings with frontage along streets designated as Service Streets on Figure 2. Regulating Plans - Street Types and Key Corners, shall be placed consistent with the following building setbacks from property lines:

1.  Front Setbacks: 5 feet minimum.

2.  Side Setbacks: 10 feet minimum.

3.  Rear Setbacks: 10 feet minimum.

B.

Front Setback Improvements. The front setback area may be improved with landscaping and fencing to buffer parking lot or parking structures and service areas. Such buffers and fencing shall comply with standards in Appendix C, Division 5.

C.  Parking and Vehicular Circulation. Parking, vehicular circulation, and other vehicular use areas are permitted along the frontage and shall be located and designed to meet standards in Appendix C, Division 5.

(Ord. No. 9149-18, § 8, 8-2-18; Ord. No. 9643-23, § 29, 4-4-23)