**From:** Rector, Bruce
**Sent:** Friday, March 14, 2025 8:25 AM
**To:** Bruce Rector
**Subject:** Fw: Clearwater - Agenda Item 9812-25

*Bruce Rector*
Mayor
City of Clearwater
Office: (727) 562-4050
Mobile: (727) 580-7860

**From:** Kelly Myer <clearwaterpatriot@gmail.com>
**Sent:** Thursday, March 13, 2025 9:53:46 AM
**To:** Rector, Bruce <Bruce.Rector@MyClearwater.com>
**Cc:** wrice@calvary.us <wrice@calvary.us>; Dan Myer <danmyer78@gmail.com>
**Subject:** Clearwater - Agenda Item 9812-25

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mayor Rector,

I hope all is well with you and thank you for all that you do to lead our beautiful City.

I recently became aware of Scientology's intense efforts to purchase the Garden Ave right-of-way (ROW). Can you give me clarity about the situation?

I understand that Scientology already owns the adjacent land and intends to build a theatre hall/museum to L. Ron Hubbard.

According to the City's records in the attached link, this right-of-way sale would eliminate 22 City parking spaces. Also, there is no guarantee that the resulting green space and "park" would be accessible to the public. The citizens of Clearwater lose on this deal.

My largest concern, however, is the idea that Scientology plans to build a hall/museum to L. Ron Hubbard, which literally means erecting a memorial of an antichrist in our City's downtown. This is an abomination.

I understand that, right now, there is only one Councilmember who is in clear opposition to Scientology's purchase. I applaud her courage.

Please vote "No" on this ROW sale and send a message to Scientology that the citizens of Clearwater will not participate in their outright rejection of Jesus Christ.

1

https://clearwater.legistar.com/LegislationDetail.aspx?ID=7258648&GUID=6834506C-C2A7-4681-A2C1-A56D35FC6FD2

Blessings,

**Kelly Myer**
Action Partner, My Faith Votes
Constitution Coach, The Patriot Academy
(813) 766-0693 mobile
clearwaterpatriot@gmail.com

*"And whatever you do, in word or in deed, do everything in the name of the Lord Jesus, giving thanks to God the Father through him." Colossians 3:17*





# City of Clearwater

Main Library - Council
Chambers
100 N. Osceola Avenue
Clearwater, FL 33755

## Legislation Details (With Text)

| | | | |
|---|---|---|---|
| **File #:** | 9812-25 **Version: 1** | **Name:** | Vacation of S Garden Ave. |
| **Type:** | Ordinance | **Status:** | Agenda Ready |
| **File created:** | 3/7/2025 | **In control:** | Public Works |
| **On agenda:** | 3/17/2025 | **Final action:** | |

**Title:** Approve the Right of Way (ROW) Vacation request from the Church of Scientology Flag Service Organization to vacate the southern portion of South Garden Avenue between Court Street and Franklin Street, as owned in fee-simple by the City of Clearwater and recorded in Plat Book 5, Page 53 of the Public Records of Pinellas County, and pass Ordinance 9812-25 on first reading.

**Sponsors:**

**Indexes:** 1. High Performing Government, 3. Community Well-Being

**Code sections:**

**Attachments:** 1. Aerial - VAC2025-03 - S_Garden_Ave ROW.pdf, 2. Exhibits 1-3 - Sketch & Legal - VAC2025-03 - S Garden Ave.pdf, 3. Frontier Objection Letter - VAC2025- 03 - S Garden Ave ROW.pdf, 4. Site Plan - VAC2025-03 - S Garden Ave ROW.pdf, 5. Ordinance 9812-25.pdf

| Date | Ver. | Action By | Action | Result |
|---|---|---|---|---|
| 3/17/2025 | 1 | City Council | | |

## SUBJECT/RECOMMENDATION:

Approve the Right of Way (ROW) Vacation request from the Church of Scientology Flag Service Organization to vacate the southern portion of South Garden Avenue between Court Street and Franklin Street, as owned in fee-simple by the City of Clearwater and recorded in Plat Book 5, Page 53 of the Public Records of Pinellas County, and pass Ordinance 9812-25 on first reading.

## SUMMARY:

On December 5, 2024, the Church of Scientology Flag Service Organization submitted an application to vacate City ROW, located at South Garden Avenue between Court Street and Franklin Street.

The City is the fee-simple owner of this land by statute since the right of way has been fully improved and maintained for a significant period. The area proposed to be vacated contains .65 acres more or less, including 22 city-paid parking spaces.

A multi-departmental internal review was completed on January 13, 2025. Said Internal review identified the following utilities or interests on the property:

Stormwater- a 48-inch gravity-fed pipe runs the entire length of the vacated area.

Utility- an 8-inch gravity-fed sanitary sewer pipe with laterals crosses over the vacated area.

Parking- there are 22 paid parking spaces.

Planning & Development - Vacation of this ROW is inconsistent with the Clearwater 2045 Comprehensive Plan Mobility Policies M 1.1.14 and M 1.1.15 and the Downtown Redevelopment Plan, Goal 2 which promotes a connected network with mobility choices and Objective 2A which discourages the vacation of streets unless new public streets and alleys are constructed to replace and service the function of the street being vacated;

File #: 9812-25, Version: 1

promotes retaining the existing street grid. However, while the vacation of this right-of-way would be inconsistent with certain policies, the purpose of the request would support other policies. The conceptual site plan appears to maintain access across Garden Avenue for pedestrians, although this would be privatized space, and the current design does not necessarily indicate whether anyone could use/traverse. There may be modifications that could be made to the site plan to better meet the Downtown District standards.

<u>Frontier Communication</u> - submitted a written Notice of having facilities within this area on 11/18/24. The Applicant's representative has stated that an Easement in favor of Frontier will be executed. The proposed ordinance reserves utility easements until such time as new easements as necessary are conveyed.

<u>PSTA</u> - the PSTA's Proposed Multi-Modal Transit Center had contemplated bus routing using the subject ROW as an alternative option. PSTA has been advised that this application is pending.

The Applicant seeks to vacate this ROW portion as part of an assemblage for development of an Entry Plaza and Performance Hall. Should Council approve to vacate the ROW, Council will consider at the Council work session and Council meeting on March 31, 2025, and April 3, 2025, (respectively), the negotiated conditional sale of this improved ROW in the amount of $1,375,000 to be paid by the Applicant to the City as fair market value for the Property.

Conditions include: 1. Said ROW will become a friendly outdoor gathering space thereby increasing City green space; 2. All construction permits shall be obtained before December 31, 2029; 3. The City shall continue to collect all associated Parking revenue until such time a "TCE" is issued; 4. The Applicant is confirmed as the adjoining property owner; 5. The Applicant shall pay to relocate all identified City utilities if necessary; 6. This vacation Ordinance would not take effect until an Approved Deed is executed and recorded in the Public records of Pinellas County in order to ensure that all conditions are met.

Upon Departmental review with having addressed all concerns City staff presents this vacation for Council consideration.

**STRATEGIC PRIORITY:**
1. High Performing Government: Embrace a culture of innovation that rives continuous improvement

2. Preserve community livability through responsible development standards, proactive code compliance, and targeted revitalization.






**From:** Brooks Gibbs <brooks@brooksgibbs.com>
**Sent:** Wednesday, April 02, 2025 3:22 PM
**To:** Rector, Bruce
**Subject:** Garden Ave Bid

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mayor Bruce,

I'm Brooks Gibbs, fellow calvary member and husband to Jill Gibbs (girl in wheelchair you met). I have a group of investors interested in bidding on the Garden Ave property but I would need more time.

We are interested in keeping it a through street and beautifying it for the benefit of the city. Is there a bidding process that we can go through to try and secure it?

I know it's the 11th hour here, but we all just recently learned about the upcoming decision and are scrambling to figure out how we can be a part of the solution to the recent street changes.

Thanks,
Brooks
248-924-6425

-----

www.BrooksGibbs.com
All Socials: @BrooksGibbs

1

| From: | Brooks Gibbs <brooks@brooksgibbs.com> |
| Sent: | Thursday, April 03, 2025 1:26 PM |
| To: | Rector, Bruce |
| Subject: | Re: Garden Ave Bid |
| Attachments: | Mac Dixon Memorial Garden - Proposal to the City of Clearwater.pdf |

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mayor Bruce,
Please see attached proposal for the South Garden Ave. property. I will be driving this over right now to the City Manager for submission.

Thank you,
Brooks
-----
www.BrooksGibbs.com
All Socials: @BrooksGibbs

On Wed, Apr 2, 2025 at 10:10 PM Rector, Bruce <Bruce.Rector@myclearwater.com> wrote:
Thank you for sharing your thoughts with me Brooks.

**Bruce Rector**
Mayor
City of Clearwater
Office: (727) 562-4050
Mobile: (727) 580-7860

**From:** Brooks Gibbs <brooks@brooksgibbs.com>
**Sent:** Wednesday, April 2, 2025 4:21:39 PM
**To:** Rector, Bruce <Bruce.Rector@MyClearwater.com>
**Subject:** Garden Ave Bid

**CAUTION:** This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Mayor Bruce,

I'm Brooks Gibbs, fellow calvary member and husband to Jill Gibbs (girl in wheelchair you met).
I have a group of investors interested in bidding on the Garden Ave property but I would need more time.

1

We are interested in keeping it a through street and beautifying it for the benefit of the city. Is there a bidding process that we can go through to try and secure it?

I know it's the 11th hour here, but we all just recently learned about the upcoming decision and are scramblin to figure out how we can be a part of the solution to the recent street changes.

Thanks,
Brooks
248-924-6425


-----

www.BrooksGibbs.com
All Socials: @BrooksGibbs

2

Good morning Mayor Rector,

Our team would like to request a meeting to explore a potential public-private partnership for our vision for The Garden memorial highlighting Clearwater's history. We would be honored to meet with City representatives sometime next week, if possible. Monday, May 19th, or Friday, May 23rd would be our preferred dates, but we are happy to adjust to accommodate schedules.

Thank you for your time and consideration.

Warm regards,

Kelly Myer

on behalf of the #SaveTheGarden Team