IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAVE THE GARDEN, BROOKS
GIBBS, KELLY MYER, JESSICA
ANDUJAR, TONATIUH TELLO, JILL
GIBBS, WILLIAM MATHIS, and
JANICE BASLER,

     *Plaintiffs*,

v.

CITY OF CLEARWATER,

     *Defendant*.

_____/

Case No. 8:26-cv-1662-KKM-AEP

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF PRELIMINARY INJUNCTION MOTION**

Plaintiffs respectfully seek leave to file a reply in support of their preliminary injunction motion (ECF No. 8), and state in support:

1. Plaintiffs filed their 15-page preliminary injunction motion on June 5, 2026. ECF No. 8.

2. The Court ordered Defendant City of Clearwater to respond by June 15. ECF No. 14.

3. On June 15, the City filed a 27-page response, exceeding Local Rule 3.01(c)'s 20-page limit. ECF No. 16.

4. On June 16, the City filed a 25-page corrected response, which differed from its initial filing in several respects, along with 23 exhibits. ECF No. 18.

5. The City's response (and corrected response) raise several new issues not addressed in Plaintiffs' motion. Plaintiffs seek leave to file a 7-page reply, in

1

accordance with Local Rule 3.01(e), to address the issues, factual assertions, and authorities raised in the City's response (and corrected response).

6.     A brief reply will aid the Court in resolving the motion, particularly should the Court choose not hold oral argument.

7.     The City does not oppose the requested relief.

## Local Rule 3.01(g) Certificate

I certify that I conferred with counsel for the City, which does not oppose the requested relief.

Respectfully submitted June 16, 2026,

*/s/ Nicholas L.V. Warren*

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Anthony F. Sabatini (FBN 1018163) |
| Caroline A. McNamara (FBN 1038312) | **Sabatini Law Firm P.A.** |
| Daniel B. Tilley (FBN 102882) | 1601 East 1st Avenue |
| **ACLU Foundation of Florida** | Mount Dora, FL 32757 |
| 4343 West Flagler Street, Suite 400 | (352) 455-2928 |
| Miami, FL 33134 | anthony@sabatinilegal.com |
| (786) 363-1769 | |
| nwarren@aclufl.org | |
| cmcnamara@aclufl.org | |
| dtilley@aclufl.org | |

*Counsel for Plaintiffs*

2