**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAVE THE GARDEN, BROOKS GIBBS,
KELLY MYER, JESSICA ANDUJAR,
TONATIUH TELLO, JILL GIBBS,
WILLIAM MATHIS, and JANICE BASLER,
     Plaintiffs,                          Case No. 8:26-cv-01662

v.

CITY OF CLEARWATER,
     Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, the City of Clearwater, moves for a two-day extension of time in which to file its response to Plaintiffs' amended complaint (DE 7). M.D. Local R. 3.01.

The original complaint (DE 1) was served on the City on June 1, 2026. Before the City filed a response, Plaintiffs filed an amended complaint on June 5. (DE 7.) The City has not previously obtained an extension of the deadline to respond to the amended complaint. If this motion is granted, the original response deadline of June 22, 2026, will be extended to June 24, 2026.

The City is in the process of finalizing its response; however, due to the undersigned counsel's obligations in other cases (including four principal appellate

1

briefs due over the next 7 calendar days),[1] a very short extension is requested to allow time to finalize the response. The City contacted Plaintiffs' counsel today, June 23, to confer regarding the City's intent to file a motion for a one-day extension of time (until June 24). In conferring with Plaintiffs' counsel, it came to the undersigned's attention that the deadline to respond to the complaint was inadvertently calendared for today, June 23, instead of yesterday. Therefore, while the requested extended deadline of June 24 remains the same, the extension requested is a two-day extension from the original deadline, June 22.

This motion is filed in good faith due to the City's counsel's deadlines in other cases and not for any improper purpose. Plaintiffs have no objection to an extension of time until June 24 and will not be prejudiced if it is granted.

For the forgoing reasons, the City requests that the Court enter an order granting this motion and extending the time for the City to respond to the complaint by two days to **June 24, 2026**.

<u>**Local Rule 3.01(g) Certification**</u>

I certify that, on June 23, 2026, I conferred with counsel for Plaintiffs, Nicholas L.V. Warren, by email regarding the relief requested in this motion, who stated that

---

[1] The briefs are due in the following appeals: *City of Avon Park v. Phillips*, No. 6D2025-2914 (Fla. 6th DCA) (initial brief); *City of North Port v. Richter*, No. 2D26-0246 (Fla. 2d DCA) (initial brief); *West Villagers for Responsible Government v. City of North Port*, No. SC2026-0632 (Fla. S. Ct.) (jurisdictional answer brief); *Chase v. Arbor Properties*, No. 26-10536-C (11th Cir.) (answer brief).

2

Plaintiff has no objection to an extension of time until June 24, 2026, for the City's response to the complaint.

*s/Elizabeth W. Neiberger*
Elizabeth W. Neiberger
FL Bar No. 70102
BRYANT MILLER OLIVE P.A.
One S.E. Third Avenue, Suite 2200
Miami, FL  33131
(305) 374-7349 (Tel)
(305) 374-0895 (Fax)
eneiberger@bmolaw.com
akilpatrick@bmolaw.com
*Lead Counsel for Defendant, City of Clearwater*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 23, 2026, this document was filed electronically with the clerk of the court by using the CM/ECF system, and a copy was served by email on the persons identified on the Service List below.

*s/Elizabeth W. Neiberger*
Elizabeth W. Neiberger

## Service List

Nicholas L.V. Warren, Esq.
Daniel B. Tilley, Esq.
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
nwarren@aclufl.org
dtilley@aclufl.org

3

*Attorneys for Plaintiffs*

4