**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAVE THE GARDEN, BROOKS GIBBS,
KELLY MYER, JESSICA ANDUJAR,
TONATIUH TELLO, JILL GIBBS,
WILLIAM MATHIS, and JANICE BASLER,
     Plaintiffs,                             Case No. 8:26-cv-01662

v.

CITY OF CLEARWATER,
     Defendant.
_____/

**SUPPLEMENTAL NOTICE TO COURT OF COMPLIANCE WITH**
**LOCAL RULE 3.01(g) FOR DEFENDANT, CITY OF CLEARWATER'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [DOC. 26]**

Defendant, City of Clearwater (City) gives the following notice to the Court:

Pursuant to M.D. Fla. Local Rule 3.01(g)(3), the undersigned counsel for the City certifies that the City conferred with Plaintiffs' counsel, Nicholas Warren, via email on June 24 and 25, 2026, regarding Plaintiffs' position on the City's Motion to Dismiss for Failure to State a Claim [Doc. 26]. The parties were unable to agree on the resolution of all or part of the motion, as Plaintiffs' counsel advised that Plaintiff opposes the motion.

Dated: June 25, 2026.             *s/Elizabeth W. Neiberger*
                                 Elizabeth W. Neiberger
                                 FL Bar No. 70102
                                 BRYANT MILLER OLIVE P.A.
                                 One S.E. Third Avenue, Suite 2200
                                 Miami, FL  33131

(305) 374-7349 (Tel)
(305) 374-0895 (Fax)
eneiberger@bmolaw.com
akilpatrick@bmolaw.com
*Lead Counsel for Defendant, City of Clearwater*

Jamie A. Kilpatrick
FL Bar No. 103267
BRYANT MILLER OLIVE P.A.
400 North Tampa Street, Suite 1600
Tampa, FL 33602
(813) 273-6677 (Tel)
(813) 223-2705 (Fax)
jkilpatrick@bmolaw.com
smcgee@bmolaw.com

*Attorneys for Defendant, City of Clearwater*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2026, this document was filed electronically with the clerk of the court by using the CM/ECF system, and a copy was served by email on the persons identified on the Service List below.

*s/Elizabeth W. Neiberger*
Elizabeth W. Neiberger

### Service List

Nicholas L.V. Warren, Esq.
Daniel B. Tilley, Esq.
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
nwarren@aclufl.org
dtilley@aclufl.org

*Attorneys for Plaintiffs*