# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SAVE THE GARDEN, BROOKS
GIBBS, KELLY MYER, JESSICA
ANDUJAR, TONATIUH TELLO,
JILL GIBBS, WILLIAM MATHIS,
and JANICE BASLER,

    *Plaintiffs*,

v.

CITY OF CLEARWATER,

    *Defendant*.

_____/

Case No. 8:26-cv-1662-KKM-AEP

## NOTICE OF DISMISSAL

Plaintiffs dismiss this action without prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).

Respectfully submitted July 10, 2026,

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Anthony F. Sabatini (FBN 1018163)
**Sabatini Law Firm P.A.**
1601 East 1st Avenue
Mount Dora, FL 32757
(352) 455-2928
anthony@sabatinilegal.com

*Counsel for Plaintiffs*

1